UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TRANSFIELD ER CAPE LIMITED,

                Plaintiff,

  - against -

FUCHUEN DIHAI SHIPPING CO. LTD. and ZHEJIANG
FUCHUEN CO. LTD.,

                Defendants.
------------------------------------------------------------X

07 CIV 4528

07 CV _____

ECF CASE

RECEIVED
MAY 30 2007
U.S.D.C. S.D.N.Y.
CASHIERS

## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

                NONE.

Dated: May 30, 2007
       Southport, CT

                      The Plaintiff,
                      TRANSFIELD ER CAPE LIMITED

By: _____
      Patrick F. Lennon (PL 2162)
      Nancy R. Peterson (NP 2871)
      LENNON, MURPHY & LENNON, LLC
      The Gray Bar Building
      420 Lexington Ave., Suite 300
      New York, NY 10170
      Phone (212) 490-6050
      Fax (212) 490-6070
      pfl@lenmur.com
      nrp@lenmur.com