CHALOS, O'CONNOR & DUFFY, LLP
Attorneys for Defendant,
ZHEJIANG FUCHUEN CO. LTD.
366 Main Street
Port Washington, New York 110050
Telephone:   516-767-3600
Telefax:      516-767-3605
Owen F. Duffy (OD-3144)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
TRANSFIELD ER CAPE LIMITED,

        Plaintiff,

   - against -

FUCHUEN DIHAI SHIPPING CO. LTD. and
ZHEJIANG FUCHUEN CO. LTD.

        Defendants.
-----------------------------------------------------------x

07 CV 4528 (MGC)

**STATEMENT PURSUANT TO FED. R. CIV. P. 7.1**

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Defendant ZHEJIANG FUCHUEN CO. LTD. certifies that there are no corporate parents, subsidiaries, or affiliates of that party, which are publicly held in the United States.

Dated: Port Washington, New York
       June 14, 2007

By: _____
CHALOS O'CONNOR & DUFFY
Attorneys for Defendant
ZHEJIANG FUCHUEN CO. LTD.

Owen F. Duffy (OD-3144)
George E. Murray (GM-4172)
366 Main Street
Port Washington, New York
11050
Tel:   516-767-3600
Telefax: 516-767-3605
Email: ofd@codus-law.com