CHALOS, O'CONNOR & DUFFY, LLP
Attorneys for Defendant,
ZHEJIANG FUCHUEN CO. LTD.
366 Main Street
Port Washington, New York 110050
Telephone:   516-767-3600
Telefax:   516-767-3605
Owen F. Duffy (OD-3144)
George E. Murray (GM-4172)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
TRANSFIELD ER CAPE LIMITED,           :

      Plaintiff,           :  07 CV 4528 (MGC)

  - against -           :  **VERIFICATION**

FUCHUEN DIHAI SHIPPING CO. LTD. and   :
ZHEJIANG FUCHUEN CO. LTD.           :

      Defendants.           :
-----------------------------------------------------------x

STATE OF NEW YORK   :
       : ss.
COUNTY OF NASSAU   :

    BEFORE ME, the undersigned authority, personally came and appeared Owen F. Duffy who, after being duly sworn, did depose and state:

    That he is a partner in the law firm of Chalos, O'Connor & Duffy LLP, counsel for the Defendant, ZHEJIANG FUCHUEN CO. LTD. (hereinafter "ZHEJIANG"), herein;

    That he has read the foregoing Answer with Affirmative Defenses and knows the contents thereof; and

1

That he believes the matters to be true based on documents and information obtained from employees and representatives of the Defendant ZHEJIANG through its agents, underwriters and attorneys.

The reason that this verification was made by deponent and not by the Defendant ZHEJIANG is because Defendant ZHEJIANG is a foreign corporation, whose officers are not in this district, and whose verification cannot be obtained within the time constraints presented by the circumstances of this case.

Dated: Port Washington, New York
June 17, 2007

By: _____

CHALOS, O'CONNOR & DUFFY
Attorneys for Defendant,
ZHEJIANG FUCHUEN CO. LTD.

Owen F. Duffy (OD-3144)
366 Main Street
Port Washington, New York 11050
Telephone: 516-767-3600
Telefax:    516-767-3605

Subscribed and sworn to before me this
June 17, 2007

_____
Notary Public, State of New York

GEORGE E. MURRAY
Notary Public, State of New York
No. 02MU6108120
Qualified in New York County
Commission Expires April 12, 2008

2