Joseph A. Vogel (JV-5533)
KRAVET & VOGEL, LLP
1040 Avenue of the Americas, Suite 1101
New York, New York 10018-3703
212-997-7634

*Attorneys for Garnishee Standard Chartered Bank*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
TRANSFIELD ER CAPE LIMITED,

|  |  |
|---|---|
| Plaintiff, | 07 CIV 4528 (WHP) |
| -against- |  |
| FUCHUEN DIHAI SHIPPING CO. LTD. and ZHEJIANG FUCHUEN CO. LTD., | ANSWER OF GARNISHEE STANDARD CHARTERED BANK IN RESPONSE TO MARITIME ATTACHMENT AND GARNISHMENT |
| Defendants. |  |

-----------------------------------------------------------x

TO THE MARSHALL OF THE SOUTHERN DISTRICT OF NEW YORK:

In compliance with Rule B(3)(a) of the Supplemental Rules for Certain Admiralty and

Maritime Claims of the Federal Rules of Civil Procedure, and in reference to that certain Process of

Maritime Attachment and Garnishment, dated June 1, 2007, as initially served upon garnishee

STANDARD CHARTERED BANK, One Madison Avenue, New York, New York 10010 and again

thereafter; garnishee STANDARD CHARTERED BANK, by its attorneys Kravet & Vogel, LLP, as

its verified answer does hereby state that on the date of service upon garnishee of another copy of the

aforementioned Process of Maritime Attachment and Garnishment, and as of the date of this

response, STANDARD CHARTERED BANK, New York Branch, had no property or assets in its

possession or custody owing or belonging to the defendants, except for the following two (2) wire

#1099                                              1

transfers which have been restrained pending further court order pursuant to the aforesaid Process of

Maritime Attachment and Garnishment:

Wire No. 1:

| | |
|---|---|
| Transaction Reference: | 20070608-00029277 |
| Sender Reference Number: | P0706080160OP01 |
| Wire Transfer Request Received (NY): | June 8, 2007 |
| Value Date: | June 8, 2007 |
| Amount of Wire: | US$3,050,000.00 |
| Amount Restrained: | US$3,050,000.00 |
| Originator: | **Zhejiang Fuchuen Co Ltd** |
| | 35.F, Flat B, United Centre |
| | 95 Queensway |
| | Hong Kong |
| Originator's Bank: | Fortis Bank HK |
| | Attn Zonnie Leung Rm Inst Bkg Fds |
| | 27.F Fortis Bk Twr 77-79 Gloucester |
| | Wanchai Hong Kong |
| Beneficiary: | Zhejiang Fuchuen Co Ltd. |
| Beneficiary Bank: | Standard Chartered Bank HK Ltd. |
| | 4-4A Des Voeux Road Central |
| | Hong Kong |

Wire No. 2:

| | |
|---|---|
| Transaction Reference: | 20070611-00019012 |
| Sender Reference Number: | 070611MS99241100 |
| Wire Transfer Request Received (NY): | June 11, 2007 |
| Value Date: | June 11, 2007 |
| Amount of Wire: | US$193,640.65 |
| Amount Restrained: | US$193,640.65 |
| Originator: | **Zhejiang Fuchuen Co Ltd** |
| | Office B 35/F United Ctr |
| | 95 Queensway |
| | HK |
| Originator's Bank: | Bank of China (Hong Kong) Ltd. |
| | Settlement Division |
| | 24/F Bank of China Center |
| | Olympian City 1, 11 Hoi Fai Road |
| Beneficiary: | Sang Thai Shipping Agency(s) Pte Ltd |
| Beneficiary Bank: | Standard Chartered Bank |
| | Maxwell Road |
| | Singapore 9038 |

#1099                                        2

Dated:      New York, New York
            June 20, 2007

                                      KRAVET & VOGEL, LLP

                                      By: _____
                                          Joseph A. Vogel (JV 5533)

                                      1040 Avenue of the Americas, Suite 1101
                                      New York, New York 10018-3703
                                      212-997-7634
                                      *Attorneys for Garnishee Standard Chartered Bank*

TO:    Lennon, Murphy & Lennon, LLC
       420 Lexington Avenue, Suite 300
       New York, New York 10170
       (212) 490-6050

       *Attorneys for Plaintiff*

#1099                          3

<u>VERIFICATION</u>

STATE OF NEW YORK           )
                           )ss.:
COUNTY OF NEW YORK         )

JAYSON JARUSHEWSKY, being duly sworn, deposes and states as follows: I am an Executive Vice President and Head of Legal –The Americas, for Standard Chartered Bank, and have reviewed the contents of the forgoing Answer of Garnishee Standard Chartered Bank in Response to Maritime Attachment and Garnishment and know the contents thereof and that the same are true as to my own personal knowledge, except as to those matters stated to be upon information and belief, and as to those matters I believe them to be true. I base my information upon personal knowledge and a review of the Bank's files relating to this matter.

JAYSON JARUSHEWSKY

Sworn to before me this
26th day of June 2007

Notary Public

CHARLENE SUMPTER
Notary Public, State of New York
No. 01SU5042463
Qualified in New York County
Commission Expires April 24, 2007 2011

#1099                                    4