**LAW OFFICES OF RAHUL WANCHOO** (RW-8725)
Attorneys for Defendant
Fuchuen Dihai Shipping Co. Ltd.
Empire State Building
350 Fifth Avenue, Suite 3304
New York, New York 10118
Phone: (201) 882-0303
Fax:    (201) 301-3576
E-mail: rwanchoo@wanchoolaw.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

TRANSFIELD ER CAPE LIMITED

                Plaintiff,

- against -

FUCHUEN DIHAI SHIPPING CO. LTD., AND
ZHEJIANG FUCHUEN CO. LTD.

                Defendants.
-----------------------------------------------------------X

ECF CASE

07 cv 4528 (MGC)

**FED. R. CIV. P.
§7.1 STATEMENT**

Pursuant to Fed. R. Civ. P. §7.1(a), the undersigned attorney of record for Defendant, Fuchuen Dihai Shipping Co. Ltd. certifies that Defendant has no U.S. corporate parents or publicly held corporations owning 10% or more of its stock.

Dated: New York, New York
        June 22, 2007

                                          **LAW OFFICES OF RAHUL WANCHOO**
                                          Attorneys for Defendant
                                          FUCHUEN DIHAI SHIPPING CO. LTD.

                                          By: _____Rahul Wanchoo_____
                                                Rahul Wanchoo (RW-8725)