**LAW OFFICES OF RAHUL WANCHOO** (RW-8725)
Attorneys for Defendant
Fuchuen Dihai Shipping Co. Ltd.
Empire State Building
350 Fifth Avenue, Suite 3304
New York, New York 10118
Phone: (201) 882-0303
Fax:    (201) 301-3576
E-mail: rwanchoo@wanchoolaw.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

TRANSFIELD ER CAPE LIMITED

                Plaintiff,

      - against -

FUCHUEN DIHAI SHIPPING CO. LTD., AND
ZHEJIANG FUCHUEN CO. LTD.

                Defendants.

-------------------------------------------------------------X

ECF CASE

07 cv 4528 (MGC)

**NOTICE OF RESTRICTED APPEARANCE PURSUANT TO SUPPLEMENTAL RULE E(8)**

Fuchuen Dihai Shipping Co. Ltd., by and through undersigned counsel, Law Offices of Rahul Wanchoo, hereby enters a restricted appearance in this matter pursuant to Supplemental Rule E(8) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure for the sole purpose of seeking an Order dismissing the Verified complaint and vacating the Ex Parte Order for Process of Maritime Attachment against defendant, Fuchuen Dihai Shipping Co. Ltd.

Dated: New York, New York
June 22, 2007

                        **LAW OFFICES OF RAHUL WANCHOO**
                        Attorneys for Defendant
                        FUCHUEN DIHAI SHIPPING CO. LTD.

By: _Rahul Wanchoo_
          Rahul Wanchoo (RW-8725)