**EXHIBITS TO AFFIDAVIT OF OWEN F. DUFFY**

**EXHIBIT 1**

# TERRITORY OF THE BRITISH VIRGIN ISLANDS

## THE INTERNATIONAL BUSINESS COMPANIES ACT
### (CAP. 291)
#### (SECTIONS 14 AND 15)

### CERTIFICATE OF INCORPORATION

No. 538944

The Registrar of Companies of the British Virgin Islands HEREBY CERTIFIES pursuant to the International Business Companies Act, Cap. 291 that all the requirements of the Act in respect of incorporation having been satisfied,

**Fuchuen Dihai Shipping Co., Ltd.**

is incorporated in the British Virgin Islands as an International Business Company this 25th day of March, 2003.

Given under my hand and seal at Road Town, in the Territory of the British Virgin Islands

REGISTRAR OF COMPANIES

CRTI001L