# EXHIBITS TO AFFIDAVIT OF OWEN F. DUFFY

# EXHIBIT 2

**U.S. District Court**
**United States District Court for the Southern District of New York (Foley Square)**
**CIVIL DOCKET FOR CASE #: 1:04-cv-04395-WHP**

| | |
|---|---|
| Transfield ER Cape Limited v. Fuchuen Dihai Shipping Co., Ltd., Hong Kong<br>Assigned to: Judge William H. Pauley, III<br>Cause: 28:1333 Admiralty | Date Filed: 06/10/2004<br>Date Terminated: 09/17/2004<br>Jury Demand: None<br>Nature of Suit: 120 Contract: Marine<br>Jurisdiction: Diversity |

**Plaintiff**

**Transfield ER Cape Limited**                represented by    **Charles Edmund Murphy**
Tisdale & Lennon, LLC
11 West 42th Street, Suite 900
New York, NY 10036
Email: cem@lenmur.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin John Lennon**
Tisdale & Lennon, LLC
11 West 42th Street, Suite 900
New York, NY 10036
Email: kjl@lenmur.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Fuchuen Dihai Shipping Co., Ltd., Hong Kong**

| Date Filed | # | Docket Text |
|---|---|---|
| 06/10/2004 | 1 | COMPLAINT against Fuchuen Dihai Shipping Co., Ltd., Hong Kong. (Filing Fee $ 150.00, Receipt Number 511260)Document filed by Transfield ER Cape Limited.(gf, ) Additional attachment(s) added on 6/16/2004 (gf, ). Additional attachment(s) added on 6/16/2004 (gf, ). (Entered: 06/14/2004) |
| 06/10/2004 | | SUMMONS ISSUED as to Fuchuen Dihai Shipping Co., Ltd., Hong Kong. (gf, ) (Entered: 06/14/2004) |
| 06/10/2004 | 2 | RULE 7.1 DISCLOSURE STATEMENT. Document filed by Transfield ER Cape Limited.(gf, ) Additional attachment(s) added on 6/16/2004 (gf, ). (Entered: 06/14/2004) |
| 06/10/2004 | 3 | AFFIDAVIT of Kevin J. Lennon in Support of Prayer for Mart=itime Attachment. Document filed by Transfield ER Cape Limited. (gf, ) Additional attachment(s) added on 6/16/2004 (gf, ). (Entered: 06/14/2004) |
| 06/10/2004 | | Magistrate Judge Theodore H. Katz is so designated. (gf, ) (Entered: 06/14/2004) |
| 06/10/2004 | | Case Designated ECF. (gf, ) (Entered: 06/14/2004) |

| | | |
|---|---|---|
| 06/17/2004 | 4 | EX PARTE ORDER directing the clerk to issue Maritime Attachment and Garnishment. (Signed by Judge William H. Pauley III on 6/17/04) (cd, ) (Entered: 06/18/2004) |
| 06/21/2004 | 5 | SUPPLEMENTAL ORDER re: 4 Order Issuing Maritime Attachment and Garnishment (Signed by Judge William H. Pauley III on 6/21/04) (cd, ) (Entered: 06/22/2004) |
| '21/2004 | 7 | AMENDED COMPLAINT amending 1 Complaint, against Fuchuen Dihai Shipping Co., Ltd., Hong Kong.Document filed by Transfield ER Cape Limited. Related document: 1 Complaint, filed by Transfield ER Cape Limited.(cd, ) (Entered: 06/24/2004) |
| 06/21/2004 | | Set Answer Due Date re: 7 Amended Complaint as to Fuchuen Dihai Shipping Co., Ltd., Hong Kong answer due on 7/1/2004. (cd, ) (Entered: 06/24/2004) |
| 06/22/2004 | 6 | ORDER RE SCHEDULING AND INITIAL PRETRIAL CONFERENCE: Initial Conference set for 9/10/2004 09:30 AM before Judge William H. Pauley III, in Courtroom 11D. (Signed by Judge William H. Pauley III on 6/21/04) (cd, ) (Entered: 06/23/2004) |
| 07/21/2004 | | MARITIME ATTACHMENT AND GARNISHMENT ISSUED as to Fuchuen Dihai Shipping Co., Ltd., Hong Kong on 07/21/04 in the amount of $2,381,800.00. (js, ) (Entered: 07/21/2004) |
| 07/27/2004 | | MARITIME ATTACHMENT AND GARNISHMENT ISSUED as to Fuchuen Dihai Shipping Co., Ltd., Hong Kong on 7/27/04 in the amount of $2,381,800. (kre, ) (Entered: 07/29/2004) |
| 09/16/2004 | 8 | ENDORSED LETTER addressed to Judge Pauley from Kevin Lennon dated 9/9/04: the 9/10/04 conference is rescheduled to 10/15/04 at 9:45 am. (Signed by Judge William H. Pauley III on 9/10/04) (cd, ) (Entered: 09/17/2004) |
| '17/2004 | 9 | ORDER OF DISCONTINUANCE, plntf hereby voluntarily discontinues this action without prejudice purs to FRCP 41(a)(1). (Signed by Judge William H. Pauley III on 9/17/04) (cd, ) (Entered: 09/20/2004) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 06/19/2007 14:01:29 | | | |
| PACER Login: | fr0689 | Client Code: | 500443-001-gem |
| Description: | Docket Report | Search Criteria: | 1:04-cv-04395-WHP |
| Billable Pages: | 1 | Cost: | 0.08 |