**EXHIBITS TO AFFIDAVIT OF OWEN F. DUFFY**

**EXHIBIT 4**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/17/04
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X
TRANSFIELD ER CAPE LIMITED,

        Plaintiff,              04 CV 4395   (WHP)(THK)

    - against -

FUCHUEN DIHAI SHIPPING CO.,
LTD., HONG KONG,

        Defendant.
------------------------------------------------X

Plaintiff hereby voluntarily discontinues this action without prejudice pursuant to F. R. Civ. P. 41(a)(1).

Dated:    New York, NY
            September 15, 2004

The Plaintiff,
TRANSFIELD ER CAPE LIMITED

By: _____
Kevin J. Lennon (KL- 5072)

Tisdale & Lennon, LLC
11 West 42nd Street
Suite 900
New York, NY 10036
(212) 354-0025 - phone
(212) 869-0067 - fax

SO ORDERED:

SO ORDERED: 9/17/04

_____
WILLIAM H. PAULEY III U.S.D.J.