# EXHIBITS TO AFFIDAVIT OF OWEN F. DUFFY

# EXHIBIT 17

Joseph A. Vogel (JV-5533)
KRAVET & VOGEL, LLP
1040 Avenue of the Americas, Suite 1101
New York, New York 10018-3703
212-997-7634

*Attorneys for Garnishee Standard Chartered Bank*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
TRANSFIELD ER CAPE LIMITED,

                            Plaintiff,                07 CIV 4528 (WHP)

-against-

FUCHUEN DIHAI SHIPPING CO. LTD. and    ANSWER OF GARNISHEE
ZHEJIANG FUCHUEN CO. LTD.,                 STANDARD CHARTERED BANK IN
                                                                     RESPONSE TO MARITIME
                                                                       ATTACHMENT AND GARNISHMENT

                            Defendants.
------------------------------------------------------------x

TO THE MARSHALL OF THE SOUTHERN DISTRICT OF NEW YORK:

In compliance with Rule B(3)(a) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, and in reference to that certain Process of Maritime Attachment and Garnishment, dated June 1, 2007, as initially served upon garnishee STANDARD CHARTERED BANK, One Madison Avenue, New York, New York 10010 and again thereafter; garnishee STANDARD CHARTERED BANK, by its attorneys Kravet & Vogel, LLP, as its verified answer does hereby state that on the date of service upon garnishee of another copy of the aforementioned Process of Maritime Attachment and Garnishment, and as of the date of this response, STANDARD CHARTERED BANK, New York Branch, had no property or assets in its possession or custody owing or belonging to the defendants, except for the following two (2) wire

#1099                                                    1

transfers which have been restrained pending further court order pursuant to the aforesaid Process of Maritime Attachment and Garnishment:

Wire No. 1:

| | |
|---|---|
| Transaction Reference: | 20070608-00029277 |
| Sender Reference Number: | P07060801600P01 |
| Wire Transfer Request Received (NY): | June 8, 2007 |
| Value Date: | June 8, 2007 |
| Amount of Wire: | US$3,050,000.00 |
| Amount Restrained: | US$3,050,000.00 |
| Originator: | **Zhejiang Fuchuen Co Ltd** |
| | 35.F, Flat B, United Centre |
| | 95 Queensway |
| | Hong Kong |
| Originator's Bank: | Fortis Bank HK |
| | Attn Zonnie Leung Rm Inst Bkg Fds |
| | 27.F Fortis Bk Twr 77-79 Gloucester |
| | Wanchai Hong Kong |
| Beneficiary: | Zhejiang Fuchuen Co Ltd. |
| Beneficiary Bank: | Standard Chartered Bank HK Ltd. |
| | 4-4A Des Voeux Road Central |
| | Hong Kong |

Wire No. 2:

| | |
|---|---|
| Transaction Reference: | 20070611-00019012 |
| Sender Reference Number: | 070611MS99241100 |
| Wire Transfer Request Received (NY): | June 11, 2007 |
| Value Date: | June 11, 2007 |
| Amount of Wire: | US$193,640.65 |
| Amount Restrained: | US$193,640.65 |
| Originator: | **Zhejiang Fuchuen Co Ltd** |
| | Office B 35/F United Ctr |
| | 95 Queensway |
| | HK |
| Originator's Bank: | Bank of China (Hong Kong) Ltd. |
| | Settlement Division |
| | 24/F Bank of China Center |
| | Olympian City 1, 11 Hoi Fai Road |
| Beneficiary: | Sang Thai Shipping Agency(s) Pte Ltd |
| Beneficiary Bank: | Standard Chartered Bank |
| | Maxwell Road |
| | Singapore 9038 |

#1099

2

Dated:   New York, New York
         June 20, 2007

                                    KRAVET & VOGEL, LLP

                                    By: _____
                                        Joseph A. Vogel (JV 5533)

                                    1040 Avenue of the Americas, Suite 1101
                                    New York, New York 10018-3703
                                    212-997-7634
                                    *Attorneys for Garnishee Standard Chartered Bank*

TO:  Lennon, Murphy & Lennon, LLC
     420 Lexington Avenue, Suite 300
     New York, New York 10170
     (212) 490-6050

     *Attorneys for Plaintiff*

#1099                              3

## VERIFICATION

STATE OF NEW YORK        )
                         )ss.:
COUNTY OF NEW YORK       )

JAYSON JARUSHEWSKY, being duly sworn, deposes and states as follows: I am an Executive Vice President and Head of Legal –The Americas, for Standard Chartered Bank, and have reviewed the contents of the forgoing Answer of Garnishee Standard Chartered Bank in Response to Maritime Attachment and Garnishment and know the contents thereof and that the same are true as to my own personal knowledge, except as to those matters stated to be upon information and belief, and as to those matters I believe them to be true. I base my information upon personal knowledge and a review of the Bank's files relating to this matter.

_____
JAYSON JARUSHEWSKY

Sworn to before me this
20th day of June 2007

_____
Notary Public

CHARLENE SUMPTER
Notary Public, State of New York
No. 01SU5042463
Qualified in New York County
Commission Expires April 24, 2011

#1099                                  4