EXHIBITS TO DECLARATION OF WENG CHANGRONG

EXHIBIT A

# 中央人民政府驻香港特别行政区联络办公室经济部

## 证 明

兹证明富春有限公司为浙江省驻港中资企业（国有企业），亦为浙江省人民政府驻港联系公司。



中央政府驻港联络办经济部
2007年6月22日
经济部

### Economic Affairs Department of the Liaison Office of the Central People's Government in HK SAR

### CERTIFICATION

It is hereby certified that Zhejiang Fuchuen Company Limited is a Chinese-owned enterprise (state-owned enterprise) in Hong Kong representing Zhejiang Province. The company is also a liaison company in Hong Kong representing The People's Government of Zhejiang Province.

Economic Affairs Department of the Liaison Office
of the Central People's Government in HK SAR
18 June 2007

Chambers Translation Services
This translation reflects
the meaning of the attached original.

ACRA No. 199008156G