**EXHIBITS TO DECLARATION OF WENG CHANGRONG**

**EXHIBIT C**

No. 168004
編號



# CERTIFICATE OF INCORPORATION
## 公 司 更 改 名 稱
# ON CHANGE OF NAME
## 註 冊 證 書

Whereas FUCHUEN COMPANY LIMITED（富春有限公司）———
查

................................................................................................ was incorporated in
己 在 香 港 依 據

Hong Kong as a limited company under the Companies Ordinance on the
公 司 條 例 註 冊 成 為 有 限 公 司 ， 其 註 冊 日 期 為

Eighteenth ...... day of ......April....., 19 86 ;
一 九 八 六 年 四 月 十 八 日 ：

And whereas by special resolution of the Company and with the approval of
又 該 公 司 經 通 過 特 別 決 議 案 及 獲 公 司 註 冊 官 批
the Registrar of Companies, it has changed its name;
准 後 ， 己 將 其 名 稱 更 改 ：

Now therefore I hereby certify that the Company is a limited company
本 人 茲 證 明 該 公 司 現 為 一 有 限 公 司 ， 其 註 冊

incorporated under the name of ...ZHEJIANG FUCHUEN COMPANY LIMITED（富春...
名 稱 為
有限公司）.

Given under my hand this ......Seventeenth... day of ......February......
簽 署 於 一 九 八 七 年 二 月 十 七 日 。

One Thousand Nine Hundred and Eighty ...-seven..

3460001

................................................................
P. Registrar General
(Registrar of Companies)
Hong Kong
香港註冊總署署長暨公司註冊官
（註冊主任           代行）

R.G. 334(1)