# EXHIBITS TO DECLARATION OF WENG CHANGRONG

# EXHIBIT G



<mark>









