CHALOS, O'CONNOR & DUFFY, LLP
Attorneys for Defendant
ZHEJIANG FUCHUEN CO. LTD.
366 Main Street
Port Washington, New York 110050
Telephone:   516-767-3600
Telefax:       516-767-3605
Owen F. Duffy (OD-3144)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

TRANSFIELD ER CAPE LIMITED

        Plaintiff,                                07 CV 04528 (MGC)

   - against -

FUCHUEN DIHAI SHIPPING CO. LTD., and
ZHEJIANG FUCHUEN CO. LTD.

        Defendants,

------------------------------------------------------------x

**NOTICE OF MOTION**

PLEASE TAKE NOTICE, that pursuant to Federal Rule of Civil Procedure 7 (b)(1), Rule E (4)(f) of the Supplemental Rules for Admiralty or Maritime Claims and Local Civil Rule 6.1 of the United States District Court for the Southern District of New York, and upon the accompanying Affidavit of Owen F. Duffy, dated June 27, 2007, the exhibits thereto and the accompanying Memorandum of Law, the Defendant Zhejiang Fuchuen Co. Ltd. will move, as soon as counsel may be heard, for an Order Vacating the Process of Maritime Attachment and Garnishment issued in this action and for an Order

dismissing the Complaint against the Defendant Zhejiang Fuchuen Co. Ltd. Any opposition to this motion must be made within the time prescribed by Local Civil Rule 6.1.

Dated: New York, New York
June 28, 2007

CHALOS, O'CONNOR & DUFFY
Attorneys for Defendant
Zhejiang Fuchuen Co. Ltd.

By: _____
Owen F. Duffy (OD-3144)
366 Main Street
Port Washington, New York 11050
Telephone: 516-767-3600
Telefax:   516-767-3605

To:   Lennon, Murphy & Lennon LLP
Attorneys for Plaintiff, Transfield ER Cape Limted
420 Lexington Avenue, Suite 300
New York, New York 10170

Telephone: 212-490-6050
Telefax:   212-490-6070

Attn: Patrick F. Lennon, Esq.


To:   Law Offices of Rahul Wanchoo
Attorneys for Defendant, Fuchuen Dihai Shipping Co. Ltd.
Empire State Building
350 Fifth Avenue, Suite 3304
New York, New York 10118

Telephone: 201 882-0303
Telefax:   201 301-3576

Attn: Rahul Wanchoo, Esq.