# EXHIBITS TO AFFIDAVIT OF OWEN F. DUFFY

# EXHIBIT 4

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/17/04
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
TRANSFIELD ER CAPE LIMITED,

        Plaintiff,                  04 CV 4395   (WHP)(THK)

    - against -

FUCHUEN DIHAI SHIPPING CO.,
LTD., HONG KONG,

        Defendant.
------------------------------------------------------X

    Plaintiff hereby voluntarily discontinues this action without prejudice pursuant to F. R. Civ. P. 41(a)(1).

Dated:    New York, NY
           September 15, 2004

                              The Plaintiff,
                              TRANSFIELD ER CAPE LIMITED

                By:      */s/ Kevin J. Lennon*
                        Kevin J. Lennon (KL- 5072)

                              Tisdale & Lennon, LLC
                              11 West 42nd Street
                              Suite 900
                              New York, NY 10036
                              (212) 354-0025 - phone
                              (212) 869-0067 - fax

SO ORDERED:

                              SO ORDERED: 9/17/04
                              */s/ William H. Pauley III*
_____          WILLIAM H. PAULEY III U.S.D.J.