# EXHIBITS TO AFFIDAVIT OF OWEN F. DUFFY

# EXHIBIT 6

On company notepaper of Fuchuen Dihai Shipping Co Ltd
To: Transfield ER Cape Limited

Re: M.V.ALINA-C/P 28 November 2003-Termination of London Arbitration

We have received your letter of 28 April 2005 confirming the termination of the abovementioned arbitration proceedings. Although we have already incurred substantial legal costs for this claim, in view of our friendly cooperation between both parties, we agree with you, as you suggested, the immediate termination of application for the arbitration procedure.

Fuchuen will, as usual, maintain and strengthen the business cooperation with Transfield.

Fuchuen Dihai Shipping Co Ltd Hong Kong *(company seal)*
21 July 2005

---

This translation accurately reflects the meaning of the attached original.

Chief Translator: Nora Ali    ID No: S8242722H
Chambers Consultants Pte Ltd* Reg. No. 1990061586G * www.chambersinternational.net
1 Sophia Road, #03-09, Peace Centre, Singapore 228149. Tel: (65) 6334 6013, 6339 1886 Fax: 6339 6168

 富春帝海船務有限公司
FUCHUEN DIHAI SHIPPING CO., LTD.

致：昌运东富

关于"ALINA"轮 2003 年 11 月 28 日租约终止伦敦仲裁的事宜

贵司 2005 年 4 月 28 日发给我司的有关终止"ALINA"轮上述仲裁程序的确认已收悉。尽管我司已为此案支付了昂贵的法律费用，但为了双方的友好合作，我司同意贵司提出的立即终止仲裁程序的申请。

富春帝海公司将一如既往，和昌运东富继续保持和加强双方的业务来往。



富春帝海船务有限公司
2005 年 7 月 21 日

香港金鐘道95號統一中心35字樓
35/F.,UNITED CENTRE,95 QUEENSWAY, HONG KONG

TEL: 852-3405 1888  FAX:852-3405 1777
E-MAIL: SHIPPING@FUCHUEN.COM