**EXHIBITS TO AFFIDAVIT OF OWEN F. DUFFY**

**EXHIBIT 12**

ROSNER NOCERA & RAGONE, LLP
110 Wall Street - 23rd Floor
New York, New York 10005
(212) 635-2244
Attorneys for Wachovia Bank, N.A.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
TRANSFIELD ER CAPE LIMITED,

                  Plaintiff,

      -against-

FUCHUEN DIHAI SHIPPING CO. LTD. and
ZHEJIANG FUCHUEN CO. LTD.,

                  Defendant.
-------------------------------------------------------------X

Case No.
07-cv-04528-UA

## ANSWER TO PROCESS OF MARITIME ATTACHMENT BY WACHOVIA BANK NATIONAL ASSOCIATION

Wachovia Bank, National Association ("Wachovia"), as garnishee under a Process of Maritime Attachment dated May 31, 2007, as and for its Answer under FRCP Suppl. Admiralty and Maritime Claims Rule B, sets forth as follows:

In response to the above referenced Order of Attachment, Wachovia has restrained and is holding the sum of $2,856,852.90 out of an Electronic Funds Transfer in progress in the total amount of $ 2,856,852.90. The details of such transaction are as follows:

$ 2,856,852.90

Date --6/07/2007

Originator - H C S HOLDINGS PTE LTD 18 CROSS STREET
07-03 MARSH MCLENNAN CENTRE

Originating Bank - MAYBANK (MALAYAN BANKING
BERHAD) HEAD OFFICE SINGAPORE, SINGAPORE

Beneficiary Bank – BANK OF CHINA(HONG KONG) LTD.
HEAD OFFICE CENTRAL, HONGKONG

Beneficiary – ZHEJIANG FUCHUEN CO., LTD.

Dated: New York, New York
       June 7, 2007

Yours, etc.,

ROSNER NOCERA & RAGONE, LLP

By:   \S\John P. Foudy
      Peter A. Ragone (PR - 6714)
      John P. Foudy (JF-7322)
Attorneys for Wachovia Bank,
National Association
110 Wall Street, 23rd Floor
New York, New York 10005
(212) 635-2244

To:   Lennon, Murphy & Lennon, LLC
      420 Lexington Avenue
      Suite 300
      New York, NY 10170
      nrp@lenmur.com
      pfl@lenmur.com