# EXHIBITS TO AFFIDAVIT OF OWEN F. DUFFY

# EXHIBIT 14

## Owen Duffy

**From:** Patrick F. Lennon [pfl@lenmur.com]
**Sent:** Wednesday, June 13, 2007 3:06 PM
**To:** Owen Duffy
**Subject:** FW: Transfield ER cape Limited v. Fuchuen Dihai Shipping Co. Ltd. and Zhejiang Fuchuen Co. Ltd.; LML Ref 1056

Owen,

Please see the below message, FYI.

Regards,

Patrick F. Lennon
*Lennon, Murphy & Lennon, LLC*

The GrayBar Building
420 Lexington Ave, Suite 300
New York, NY 10170
(212) 490-6050
(212) 490-6070 fax

Tide Mill Landing
2425 Post Road
Southport, CT 06890
(203) 256-8600
(203) 256-8615 fax

www.lenmur.com

****NOTICE****
This message is being sent by a lawyer and may contain confidential information, attorney-client privileged information or attorney work-production information. If you have received this message in error, please notify the sender and delete the message. Thank you.

---

**From:** Ansbro, Dennis [mailto:dennis.ansbro@wachovia.com]
**Sent:** Wednesday, June 13, 2007 3:03 PM
**To:** Nancy R. Peterson
**Cc:** Patrick F. Lennon
**Subject:** RE: Transfield ER cape Limited v. Fuchuen Dihai Shipping Co. Ltd. and Zhejiang Fuchuen Co. Ltd.; LML Ref 1056

Thanks Nancy. We will start the return process, it may take a day or so...

**Dennis Ansbro**
CIB - GFITS Compliance
Global Sanctions Surveillance & Reporting Group
Phone: 267-321-6537

6/20/2007

Fax:   267-321-6370
Email:  dennis.ansbro@wachovia.com

---

**From:** Nancy R. Peterson [mailto:nrp@lenmur.com]
**Sent:** Wednesday, June 13, 2007 2:56 PM
**To:** Ansbro, Dennis
**Cc:** Patrick F. Lennon
**Subject:** Transfield ER cape Limited v. Fuchuen Dihai Shipping Co. Ltd. and Zhejiang Fuchuen Co. Ltd.; LML Ref 1056

Dear Dennis,

As per our conversation, we confirm that we are partially secured at another bank, thus, only $645,675.74 falls within the ambit of the attachment.    We will now send notice to the Defendant that Wachovia is holding $645,675.74.

Please release the remaining funds.

Please do not hesitate to contact us with any questions.

Best Regards,

Nancy R. Peterson

6/20/2007