**EXHIBITS TO AFFIDAVIT OF OWEN F. DUFFY**

**EXHIBIT 15**

CHALOS, O'CONNOR & DUFFY, LLP
Attorneys for Defendant,
ZHEJIANG FUCHUEN CO. LTD.
366 Main Street
Port Washington, New York 110050
Telephone:   516-767-3600
Telefax:        516-767-3605
Owen F. Duffy (OD-3144)
George E. Murray (GM-4172)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
TRANSFIELD ER CAPE LIMITED,

        Plaintiff,

    - against -

FUCHUEN DIHAI SHIPPING CO. LTD. and
ZHEJIANG FUCHUEN CO. LTD.


        Defendants.
-----------------------------------------------------------x

07 CV 4528 (MGC)

**NOTICE OF RESTRICTED APPEARANCE PURSUANT TO FED. R. CIV. P. E(8) OF THE SUPPLEMENTAL RULES FOR CERTAIN ADMIRALTY AND MARITIME CLAIMS**

PLEASE TAKE NOTICE, that Chalos, O'Connor & Duffy LLP has been retained by the Defendant, ZHEJIANG FUCHUEN CO. LTD., to represent said Defendant in the above entitled action, and Chalos, O'Connor & Duffy LLP hereby demands that copies of all proceedings in this action subsequent to the Summons and Complaint be served upon Chalos, O'Connor & Duffy LLP at its office as listed below.

PLEASE TAKE FURTHER NOTICE, that Defendant ZHEJIANG FUCHUEN CO. LTD., by its attorneys, Chalos, O'Connor & Duffy LLP, hereby enters its restrictive appearance pursuant to Rule E(8), of the Fed. R. Civ. P. Supplementary Rules for Admiralty and Maritime Claims solely to defend against the alleged admiralty and maritime claim asserted by Plaintiff TRANSFIELD ER CAPE LIMITED with respect to money, funds and

EFT payments restrained by garnishees Standard Chartered Bank, Wachovia Bank and any other garnishees who may restrain the property of Defendant ZHEJIANG FUCHUEN CO. LTD. and as to which there has issued Process of Maritime Attachment and Garnishment.

Dated: Port Washington, New York
June 14, 2007

CHALOS O'CONNOR & DUFFY, LLP
Attorneys for Defendant
ZHEJIANG FUCHUEN CO. LTD.

By: _____
Owen F. Duffy (OD-3144)
George E. Murray (GM-4172)
366 Main Street
Port Washington, New York 11050
Tel:    516-767-3600
Telefax: 516-767-3605
Email: ofd@codus-law.com

To:   Clerk of the Court
      United States District Court
      Southern District of New York
      500 Pearl Street
      New York, New York
      10007

To:   Lennon, Murphy & Lennon, LLC
      Attorneys for the Plaintiff
      Transfield ER Cape Limited
      420 Lexington Avenue
      Suite 300
      New York, NY 10170

      Attn:  Patrick F. Lennon, Esq.
             Nancy R. Peterson, Esq.

      Tel:   (212) 490-6050
      Fax:   (212) 490-6070