**EXHIBITS TO DECLARATION OF WENG CHANGRONG**

**EXHIBIT C**

No. 168004
編號



# CERTIFICATE OF INCORPORATION
公 司 更 改 名 稱
## ON CHANGE OF NAME
註 冊 證 書

Whereas ...... FUCHUEN COMPANY LIMITED （富春有限公司）......
查

.................. was incorporated in
已 在 香 港 依 據
Hong Kong as a limited company under the Companies Ordinance on the
公 司 條 例 註 冊 成 為 有 限 公 司 ， 其 註 冊 日 期 為

...... Eighteenth ...... day of ...... April ......, 19 86 ;
一 九 八 六   年   四   月   十   八   日

And whereas by special resolution of the Company and with the approval of
又 該 公 司 經 通 過 特 別 決 議 案 及 獲 公 司 註 冊 官 批
the Registrar of Companies, it has changed its name;
准 後 ， 已 將 其 名 稱 更 改 ：

Now therefore I hereby certify that the Company is a limited company
本 人 茲 證 明 該 公 司 現 為 一 有 限 公 司 ， 其 註 冊

incorporated under the name of ...... ZHEJIANG FUCHUEN COMPANY LIMITED （富春
名   稱   為
有限公司）.

Given under my hand this ...... Seventeenth ...... day of ...... February
簽 署 於 一 九 八 七   年   二   月   十 七   日
One Thousand Nine Hundred and Eighty ...... -seven.

3460001

P. *Registrar General*
*(Registrar of Companies)*
*Hong Kong*
香港註冊總署署長暨公司註冊官
'（註冊主任          代行 ）

R.G. 334(1)