EXHIBITS TO DECLARATION OF WENG CHANGRONG

EXHIBIT E

# 浙江省人民政府办公厅

省经贸厅、财政厅:

遵照省委九月十九日书记办公会议决定,"由省政府筹资一千万美元,给实春公司作为扩大经营的资本"。后商定经贸厅筹集的二百五十万美元,必在年内尽快汇给香港实春有限公司,外汇额度由经贸厅支付,人民币由财政厅垫付。请即办理。并请省外汇管理局、省市人民银行、中国银行杭州分行支持,尽快汇出。



抄送:省外汇管理局,省、市人民银行
中国银行杭州分行

87.1.2

*[手写批注]*

# 浙江省财政厅文件

(1990)财外126号

函

富春有限公司：

  我厅对你公司的投资资金1825万美元，今年已有若干变动，现函告如下，请在年底前及时进行帐务处理。

  一、从你公司调出的40万美元，请办妥有关手续后，将我厅对浙联公司投资的有关凭据寄送我们。

  二、其余的1785万美元，865万美元作为我厅对你公司的长期借款处理，按每年年底的美元最优惠贷款利率计息；920万美元作为我厅对你公司的投资股金处理，按期参与分红。

一九九〇年十二月十七日

p. 10

## Notary Public

(2004) Zhe Doc. Zi. No. 019077

Applicant

Entruster: People's Government of Zhejiang Province

Legal Representative: Zushan Lu

Entrustees: Yunfang Yuan, Male, born on Nov. 17, 1948

Mingguan Yuan, Male, born on July 15, 1946

Notarization Subject: Contract of Trust

Both the entruster and entrustees today have come forward to apply for a notarization of the accompanying Contract of Trust to this notary public service.

Upon verification, both the entruster and entrustees have entered into the accompanying Contract of Trust through negotiation. When both parties sign the contract, they both have the capacities in terms of civil right and civil conduct stipulated by governing laws. The meaning of the Contract of Trust that both parties signed is true and the content of the Contract is specified and clearly-stated.

This is hereby to certify that the Entruster, Zushan Lu, Governor of Zhejiang People's Government, and the Entrustees, Yunfang Yuan and Mingguan Yuan have executed the accompanying Contract of Trust in Hangzhou City on October 19, 2004. Both parties' execution of the contract is in compliance with Article 55 of the Civil Law of the People's Republic of China. Both parties' signatures and seals on the contract are true.

Notary Public Service of Zhejiang Province, People's Republic of China

[Stamped] Notarized by: Mingzun Chen

November 13, 2004

[Stamped]

# People's Government of Zhejiang Province

## Contract of Entrust

Entruster: People's Government of Zhejiang Province

Entrustees: Yunfang Yuan, Male, born on Nov. 17, 1948, ID: 330107481117001

Mingguan Yuan, Male, born on July 15, 1946, ID: 330104460715103

According to Article 15 of *the Interim Governing Regulations of State-Owned Assets Abroad* jointly issued by the Ministry of Finance, the Foreign Affairs Ministry, the State Bureau of Foreign Currency Management and the General Administration of Customs on September 27, 1999, the Entruster and Entrustees have reached the following agreements in regard to entrusting matters:

I. Entrusting Matters: The Entruster entrusts the Entrustees with all the stocks of Fu Chun Co. Ltd. (HK company code: 168004).

The Entrustees are willing to accept the trust and hold all the stocks of Fu Chun Co. Ltd. (HK company code: 168004) for the Entruster.

II. Shares of the Entrusted Stocks:

Entrustee: Yunfang Yuan holds 66,668 shares of stocks of Fu Chun Co. Ltd.;

Entrustee: Mingguan Yuan holds 33,332 shares of stocks of Fu Chun Co. Ltd..

III. The Entrustees are not entitled to the rights and benefits of Fu Chun Co. Ltd. and shall not earn compensation accordingly.

IV. The Entrustees shall protect the Entruster's legal rights and benefits based on the rules and regulations of the *Constitution of the People's Republic of China* and the *Basic Law of the Hong Kong Special Administrative Region of the People's Republic of China*.

V. This contract becomes effective upon notarization from the Notary Public Service of Zhejiang Province.

VI. There are four copies of this contract, and each party holds two copies.

Entruster: the People's Government of Zhejiang Province (Stamped)

Governor of the Province: (Signed)

Entrustees: (Signed)

Date: October 19, 2004