EXHIBITS TO DECLARATION OF WENG CHANGRONG

EXHIBIT F

## DECLARATION OF TRUST

WHEREAS the Beneficiary (including his successors in title and assigns) specified in the Schedule herebelow written (hereinafter called "the Beneficiary") has authorised and requested the undersigned to/cation register and hold in the name of the undersigned shares in the Company (hereinafter called "the Company") specified in the said Schedule NOW THE UNDERSIGNED HEREBY DECLARES as follows: -

1. That the share or shares now standing in the books of the Company registered in the name of the undersigned does/do not belong to the undersigned but to the Beneficiary and that the undersigned holds the said share or shares as nominee for the Beneficiary.

2. That the undersigned further holds the said share or shares and all dividends and interest accrued and to accrue upon the same UPON TRUST for the Beneficiary and agrees: -

   (i) to transfer pay and deal with the said share or shares and all dividends and interest payable in respect of the same in such manner as the Beneficiary shall from time to time direct;

   (ii) at the request and cost of the Beneficiary to execute such proxies as the Beneficiary may from time to time require to enable the Beneficiary or his nominee to attend and vote at any general meeting of the Company;

   (iii) not to exercise the voting power of the undersigned in respect of the said share or shares otherwise than in accordance with the direction of the Beneficiary or in the absence of such direction in what the undersigned believes to be in the best interest of the Beneficiary; and

   (iv) at the request of the Beneficiary to transfer the said share or shares to such person or persons at such time and in such manner or otherwise deal with the same as the Beneficiary shall direct or appoint.

3. That the undersigned shall hold all and any share warrants bonus shares new shares or securities so offered to the undersigned in respect of the said share or shares as aforesaid and subscribed for by the undersigned together with all interests dividends accrued and to accrue thereon upon the same trusts and subject to the powers and provisions hereby declared concerning the said share or shares as if the same were an accretion thereto.

4. The Beneficiary shall have power to appoint new or additional trustees under this trust or to vary or modify the trusts or powers created herein.

### THE SCHEDULE HEREINBEFORE REFERRED TO
### PARTICULARS OF PARTIES

| THE NOMINEE | THE BENEFICIARY |
|---|---|
| NAME TANG MINQIANG 湯民強 | NAME Zhejiang Provincial People's Government (浙江省人民政府) |
| ADDRESS 35/F., United Centre, 95 Queensway, Hong Kong | ADDRESS Provincial Government Building, Shengfu Road, Hangzhou, The People's Republic of China |
| DESCRIPTION Merchant | DESCRIPTION Corporation |

| THE COMPANY | ZHEJIANG FUCHUEN COMPANY LIMITED |
|---|---|

### PARTICULARS OF THE SHARES

| | |
|---|---|
| Number of shares | **33,332** |
| Class of shares | Ordinary |
| Nominal value per share | HK$100.00** |
| Total nominal value | HK$3,333,200.00** |

Dated this         day of        Arh 2007

SIGNED SEALED AND DELIVERED
By the said

                                           汤民强

In the presence of :                         TANG MINQIANG 湯民強

 

THIS TRUST DEED made the 25th day of November One thousand nine hundred and ninety-nine

BY Tong Yunfang (童雲芳) of Flat 108, Block R, Kornhill, 2 Hong On Street, Quarry Bay, Hong Kong (hereinafter called the "Trustee").

WHEREAS:-

(1) The Trustee has acquired 66,668 fully paid shares of HK$100.00 each of and in Zhejiang Fuchuen Company Limited (富春有限公司) a company incorporated in Hong Kong under the Companies Ordinance, Cap.32 (hereinafter called the "Shares").

(2) The Shares were in fact acquired by the Trustee as nominee for and on behalf of Zhejiang Provincial People's Government (浙江省人民政府) of Provincial Government Building, Shengfu Road, Hangzhou, The People's Republic of China (hereinafter called the "Beneficiary") and the Trustee doth hereby execute these presents in manner hereinafter appearing.

NOW THIS DEED WITNESSETH that the Trustee hereby declares that the Trustee holds the Shares and all dividends and interest accrued or to accrue upon the same or any of them UPON TRUST for the Beneficiary and its successors in title and agrees to transfer pay and deal with the Shares and the dividends and interest payable in respect of the same or any of them in such manner as the Beneficiary acting by its Governing Body for the time being shall from time to time direct.

IN WITNESS whereof the Trustee has hereunto set the Trustee's hand and seal the day and year first above written.

SIGNED SEALED and DELIVERED by )
 )
the Trustee in the presence of :- )

TD9