**EXHIBITS TO DECLARATION OF WENG CHANGRONG**

**EXHIBIT G**











