**LAW OFFICES OF RAHUL WANCHOO**
Attorneys for Defendant
Fuchuen Dihai Shipping Co. Ltd.
Empire State Building
350 Fifth Avenue, Suite 3304
New York, New York 10118
Phone: (201) 882-0303
Fax:    (201) 301-3576
E-mail: rwanchoo@wanchoolaw.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

TRANSFIELD ER CAPE LIMITED

               Plaintiff,

     - against -

FUCHUEN DIHAI SHIPPING CO. LTD., AND
ZHEJIANG FUCHUEN CO. LTD.

               Defendants.

----------------------------------------------------------X

ECF CASE

07 cv 4528 (MGC)

**NOTICE OF MOTION**

      PLEASE TAKE NOTICE that, pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(d), and upon the annexed Affidavit of Rahul Wanchoo, the exhibits annexed thereto, and the supporting Memorandum of Law, the Defendant **FUCHUEN DIHAI SHIPPING CO. LTD.**, will move as soon as counsel may be heard for an Order dismissing the Verified Complaint and vacating the Process Of Maritime Attachment And Garnishment.

Dated: New York, New York
July 2, 2007

                    LAW OFFICES OF RAHUL WANCHOO
                    Attorneys for Defendant
                    FUCHUEN DIHAI SHIPPING CO. LTD.

                    By: _____
                          Rahul Wanchoo (RW-8725)

cc.   Lennon, Murphy & Lennon, LLC
      Attorneys for Plaintiff
      Transfield ER Cape Limited.
      420 Lexington Avenue
      Suite 300
      New York, NY 10170

      Attn:  Nancy R. Peterson, Esq.
              Patrick F. Lennon

      Chalos, O'Connor & Duffy, LLP
      Attorneys for Defendant,
      Zhejiang Fuchuen Co. Ltd.
      366 Main Street
      Port Washington, New York 110050

      Attn:  Owen F. Duffy, Esq.
              George E. Murray