# MEMO ENDORSED

**11 WEST 42ND STREET, SUITE 900**
NEW YORK, NY 10036
(212) 354-0025
FAX (212) 869-0067

TL@Tisdale-Lennon.com

**TISDALE & LENNON, LLC**
ATTORNEYS AT LAW

10 SPRUCE STREET
SOUTHPORT, CT 06890
(203) 254-8474
Fax (203) 254-1641

www.Tisdale-Lennon.com

*[Stamp: SEP 09 2004 WILLIAM H. PAULEY III U.S.D.J.]*

*[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 9/16/04]*

September 9, 2004

**Via Facsimile (212) 805-6390**
Honorable Judge William H. Pauley III
United States District Court
Southern District of New York
United States District Courthouse
500 Pearl Street, Room 2210
New York, NY 10007-1581

Re: Transfield ER Cape Limited v. Fuchuen Dihai Shipping Co.
Civil Case No.: 04 CV 4395 (WHP)(THK)
Our ref.: 04-13-0996

Dear Hon. Judge Pauley:

We represent the interests of the Plaintiff, Transfield ER Cape Limited in the above captioned action. This matter is set for a scheduling and case management conference before your Honor tomorrow, Friday, September 10 at 9:30 a.m. However, jurisdiction has not been obtained over the Defendant as none of its property was located by any of the garnishee banks in New York in response to service of the Maritime Writ of Attachment.

Based on the foregoing, we have been instructed to present the court with a voluntary discontinuance without prejudice. We shall do so under separate cover via regular mail. We therefore respectfully request that your Honor adjourn the scheduled conference for thirty (30) days to allow for this matter to be discontinued. We are available at your Honor's convenience to discuss this matter.

*Application granted. The conference is rescheduled to October 15, 2004 at 9:45 a.m.*

SO ORDERED: 9/10/04
WILLIAM H. PAULEY III U.S.D.J.

Respectfully submitted,

Kevin J. Lennon

KJL/bhs

---

THOMAS L. TISDALE
ADMITTED IN NY & CT

PATRICK F. LENNON
ADMITTED IN NY & CT

CHARLES E. MURPHY
ADMITTED IN NY & CT

KEVIN J. LENNON
ADMITTED IN NY & CT

BRENT Z. SKOLNICK
ADMITTED IN NY & CT