Ex E

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/17/04
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X
TRANSFIELD ER CAPE LIMITED,         :

           Plaintiff,         :         04 CV 4395  (WHP)(THK)

   - against -         :

FUCHUEN DIHAI SHIPPING CO.,         :
LTD., HONG KONG,
                      :
           Defendant.
------------------------------------------------X

      Plaintiff hereby voluntarily discontinues this action without prejudice pursuant to F. R. Civ. P. 41(a)(1).

Dated:    New York, NY
           September 15, 2004

                                      The Plaintiff,
                                      TRANSFIELD ER CAPE LIMITED

                       By: _____
                          Kevin J. Lennon (KL-5072)

                          Tisdale & Lennon, LLC
                          11 West 42nd Street
                          Suite 900
                          New York, NY 10036
                          (212) 354-0025 - phone
                          (212) 869-0067 - fax

SO ORDERED:

                                        SO ORDERED: 9/17/04
_____
                                        WILLIAM H. PAULEY III U.S.D.J.