Exhibit 2

On company notepaper of Transfield ER Cape Ltd
To: Fuchuen Company Limited AND Fuchuen Dihai Shipping Co Ltd
Re: M.V. ALINA C/P (28 Nov. 2003) Detention

Further to our company managers' friendly discussion, we both reached the same agreement as follows:

1. Transfield ER would terminate the arbitration procedure immediately and withdraw our arbitration application submitted to London in all sincerity.

2. Fuchuen agree to continue to maintain and strengthen the business cooperation with Transfield ER as usual ; observe the principle of equality and Priority, offer the right of First Refusal to Transfield for chartering vessels in the future marine transport contracts negotiations

3. Transfield ER will offer various feasible solutions for long term cooperation between both party & contribute more endeavors to achieve win win developing situation.

Please reply to confirm.
Thank you.

Transfield ER Cape Ltd

23 Feb 2005

This translation accurately reflects the meaning of the attached original.
Chief Translator : Nora Ali    ID No: S8242722H
Chambers Consultants Pte Ltd* Reg. No. 1990061586G * www.chambersinternational.net
1 Sophia Road, #03-09, Peace Centre, Singapore 228149 Tel: (65) 6334 6013, 6339 1886 Fax: 6339 6168

1



**Transfield ER Cape Ltd**
c/o Room 2589, 25/F, Sun Hung Kai Centre,
30 Harbour Road, Wanchai, Hong Kong.
Tel: (852) 2287-0889  Fax: (852) 2697-9551

致: 富春有限公司 并富春帝梅船务有限公司

有关 'ALINA' 轮 2003年11月28日租约在 北仑 卸港索偿所发生 "DETENTION" 一案, 经贵我司 缪总, 徐总 和 寿总 的友好协商, 取得一致意见, 双方同意如下:

1. 为显示诚意, 昌运东富公司立即终止仲裁程序, 收回向伦敦仲裁庭的仲裁申请。

2. 富春帝梅公司 同意一如既往, 继续保持双方的业务来往, 按照同等优先原则, 在以后的即期及长期海运合同洽谈中, 给予昌运东富租船最后及优先取舍权。

3. 昌运东富将提供双方长期合作的各种可行性方案, 为创造双赢的发展局面作出更多努力。

以上意见敬请回复确认。

谢谢!

昌 运 东 富
2005年2月23日

On company notepaper of Transfield ER Cape Ltd
To: Fuchuen Company Limited AND Fuchuen Dihai Shipping Co Ltd
Re: M.V. ALINA C/P (28 Nov. 2003) Detention

Further to our company managers' friendly discussion, we both reached the same agreement as follows:

Transfield ER would terminate the arbitration procedure immediately and withdraw our arbitration application submitted to London in view of seeking common ground and resolving differences for the long term cooperation.

Fuchuen will continue to maintain and strengthen the business cooperation with Transfield ER as usual; observe the principle of equality and Priority, give priority to consider Transfield ER's rates for chartering vessels and give the last opportunity in future marine transport contracts negotiations.

Transfield ER and Fuchuen would continue to seek all possibilities of long term cooperation & endeavor to achieve win win developing situation.


Best regards

Transfield ER Cape Limited *(company seal)*
28 April 2005



This translation accurately reflects the meaning of the attached original.
Chief Translator : Nora Ali    ID No: S8242722H
Chambers Consultants Pte Ltd* Reg. No. 1990061586G * www.chambersinternational.net
1 Sophia Road, #03-09, Peace Centre, Singapore 228149 Tel: (65) 6334 6013, 6339 1886 Fax: 6339 6168

28. APR. 2005 12:20                                                          NO. 207   P. 1

 **Transfield ER Cape Ltd**
c/o Room 2538, 25/F, Sun Hung Kai Centre,
30 Harbour Road, Wanchai, Hong Kong.
Tel: (852) 2827-0689  Fax: (852) 2587-9551

致: 富春有限公司 并富春帝海船务有限公司

有关 'ALINA' 轮 2003年11月28日租约在 北仑 卸港索偿所发生"DETENTION" 一案，经贵我司 缪总, 徐总 和 寿总 的友好协商，双方取得一致意见，同意如下：

昌运东富公司本着求同存异，长远合作的原则，即行终止仲裁程序，收回向伦敦仲裁庭递缴的仲裁申请。

富春帝海公司 将一如既往，和昌运东富继续保持和加强双方的业务来往，按照同等优先原则，在以后的即期及长期海运合同洽谈中，优先取舍昌运东富的租船报价并给予最后机会。

昌运东富和富春帝海将继续寻求双方长期合作的各种可行性方案，为创造双赢的发展局面作出更多努力。

此致!

昌 运 东 富
2005年4月28日

4

On company notepaper of Fuchuen Dihai Shipping Co Ltd
To: Transfield ER Cape Limited

Re: M.V.ALINA-C/P 28 November 2003-Termination of London Arbitration

We have received your letter of 28 April 2005 confirming the termination of the abovementioned arbitration proceedings. Although we have already incurred substantial legal costs for this claim, in view of our friendly cooperation between both parties, we agree with you, as you suggested, the immediate termination of application for the arbitration procedure.
Fuchuen will, as usual, maintain and strengthen the business cooperation with Transfield.

Fuchuen Dihai Shipping Co Ltd Hong Kong *(company seal)*
21 July 2005



This translation accurately reflects the meaning of the attached original.
Chief Translator : Nora Ali          ID No: S8242722H
Chambers Consultants Pte Ltd* Reg. No. 1990061586G * www.chambersinternational.net
1 Sophia Road, #03-09, Peace Centre, Singapore 228149 Tel: (65) 6334 6013, 6339 1886 Fax: 6339 6168



富春帝海船務有限公司
FUCHUEN DIHAI SHIPPING CO., LTD.

致：昌运东富

关于 "ALINA" 轮 2003 年 11 月 28 日租约终止伦敦仲裁的事宜

贵司 2005 年 4 月 28 日发给我司的有关终止 "ALINA" 轮上述仲裁程序的确认已收悉。尽管我司已为此案支付了昂贵的法律费用，但为了双方的友好合作，我司同意贵司提出的立即终止仲裁程序的申请。

富春帝海公司将一如既往，和昌运东富继续保持和加强双方的业务来往。

富春帝海船務有限公司
2005 年 7 月 21 日

香港金鐘道95號統一中心35字樓
35/F., UNITED CENTRE, 95 QUEENSWAY, HONG KONG

TEL: 852-3405 1888   FAX: 852-3405 1777
E-MAIL: SHIPPING@FUCHUEN.COM