# Winter Scott
## Solicitors

19-21 Great Tower Street
London EC3R 5AR
Telephone: + 44 (0)20 7648 2460
Fax: + 44 (0)20 7626 5591
DX: 518 London/City
E-mail: firstinitialsurname@winterscott.co.uk

Exhibit 3

## FAX TRANSMISSION

| | |
|---|---|
| DATE: | 6th July 2006 |
| TO: | 01980 630467 |
| | B.D.I McKenzie, Esq |
| COPY TO: | 020 7351 1623 |
| | Michael Baker-Harber Esq. |
| | 000 852 2877 2633 |
| | Ince & Co. |
| | Simon Latham Esq. / Roy MacFarlane Esq. |
| FROM: | G D Winter |
| OUR REF: | GDW/In/82/52 |
| NUMBER OF PAGES: | 1 |

CONFIDENTIALITY NOTICE: This facsimile is intended only for the addressee. It may contain privileged and/or confidential information. If you are not the intended recipient please inform us on the above telephone number immediately and do not disclose the contents or take copies.

### Re: "ALINA" – C/P dd 28th November 2003

Further to our previous correspondence, we wish to confirm that this matter has now been amicably settled and we should therefore be grateful if the Tribunal would close its file.

We would like to thank yourself and Mr. Baker-Harber for the Tribunal's kind assistance in this case.

Yours faithfully,

WINTER SCOTT

Partners: Glenn Winter Ken Scott Michael Ellis Damien Wilkes Tim Houghton
Associates: Richard Verney (not admitted) Rachel Bellsham-Revell James King
Non-Practising Consultant: Heidi Shamsuddin
Regulated by the Law Society

VAT No GB 819 4174 16

TOTAL P.01