# Fax



**INCE & CO**

SJ Latham
AWY Chan
RSY Lau
PJ Murray*
DJ Beaves**
KCK Lee
PRC LAWYER
Z Chen

*Non resident partners
**Notary Public

Please contact ext 110 immediately if any part of this transmission is incorrectly received.

INTERNATIONAL LAW FIRM

Room 3801-6, 38th Floor
ICBC Tower
Citibank Plaza
3 Garden Road
Hong Kong

Tel +852 2877 3221
Fax +852 2877 2633
Email firstname.lastname@incelaw.com
www.incelaw.com

| From | Our Ref | Date |
|---|---|---|
| Simon Latham / Rory Macfarlane | SJL/RMcF/fy (04.0391) | 8 July 2005 |

| To | Attention | Your Ref |
|---|---|---|
| Mr M J Baker-Harber | | |

| Total number of pages | Town/Country | Fax Number |
|---|---|---|
| 1 | London | +44 207 584 1588 |

| Copies to | Attention/Ref | Town/Country/Fax Number |
|---|---|---|
| | | |

**Matter**

**Fuchen Dihai Shipping Co Ltd v Transfield Er Cape Limited**
*ALINA – C/P dated 28 November 2003*

We write further to Winter Scott's fax of 6 July 2006 in which they notified the Tribunal that this claim has been settled. As a result, we write simply to enquire whether you have any further fees which must be settled.

We should be grateful if you would kindly clarify the position at your earliest convenience and we would also like to take this opportunity to thank you for accepting the appointment in this matter.

Best regards,

Simon Latham/Rory Macfarlane
Ince & Co
R:\04.0391\RMcF-fax\Baker-Harber002

HAMBURG    HONG KONG    LE HAVRE    LONDON    PARIS    PIRAEUS    SHANGHAI    SINGAPORE