Exhibit 8

-----Original Message-----
From: BM HKG Claims [mailto:hkg@skuld.com]
Sent: Monday, May 28, 2007 2:28 PM
To: shipping@fuchuen.com
Cc: BM HKG Claims
Subject: MV "Alina" - c/p dd 28.11.2003

Oref: 40018159/03/NMA

To: Fuchuen Dihai Shipping Co. Ltd

Dear Sirs,

Re. ALINA - c/p dd 28.11.2003

We should be grateful if you would note that we hold the entry for Transfield ER Cape Limited, Disponent Owners of the above vessel under the above charter.

Please note that we have appointed Mr Patrick O'Donovan as Disponent Owners' arbitrator in respect of all disputes arising under or in relation to the charterparty dated 28th November 2003, pursuant to clause 42 of the same. Mr O'Donovan's contact details are as follows:

Patrick O'Donovan
Churcham House
1 Bridgeman Road
Teddington
Middx
TW11 9AJ

Tel: +44 (0)20 8977 3666
Fax: +44 (0)20 8977 3052

We hereby call upon you to appoint a second arbitrator in accordance with clause 42.

Kind Regards
Nicola Mason
Vice President
Skuld (Far East) Ltd

6/1/2007