Welcome to ICRIS!    file:///C:/Documents%20and%20Settings/rwanchoo/My%20Docume...

Case 1:07-cv-04528-MGC  Document 24-19  Filed 07/02/2007  Page 1 of 2

Ex. G

Welcome!     System Clock: 21-JUN-2007 15:40:04 GMT +0800

### Company Particulars Search

Your Search: CR No.: = 0017254

| | |
|---|---|
| CR No.: | 0017254 |
| Company Name: | TRANSFIELD LIMITED<br>百業有限公司 |
| Company Type: | Local Company |
| Date of Incorporation: | 18-APR-1969 |
| Company Status: | Private |
| Active Status: | Live |
| Remarks: | - |
| Winding Up Mode: | - |
| Date of Dissolution: | - |
| Register of Charges: | Available |
| Important Note: | - |

### Name History

| Effective Date | Name Used |
|---|---|
| 18-APR-1969 | TRANSFIELD LIMITED<br>百業有限公司 |

### Registered Office

| | |
|---|---|
| Registered Office: | 20TH FLOOR TUNG WAI COMM BLDG 109-111 GLOUCESTER ROAD WANCHAI, HONG KONG |

### Share Capital

| | |
|---|---|
| Authorized: | HKD 100,000 |
| Issued: | HKD 400 |
| Paid-Up: | HKD 400 |

### List of Directors

| No. | Director Name | Chinese Name | HKID No. / CR No. | Overseas Passport No. | Passport Issuing Country | Director Type | Director Particulars | All Directorships |
|---|---|---|---|---|---|---|---|---|
| 1 | MAHADUMRONGKUL, CHAIROD | - | - | Z013093 | 泰國 THAILAND | Individual | | |
| 2 | MAHADUMRONGKUL, ORAWAN | - | - | A454753 | 泰國 THAILAND | Individual | | |

Particulars of Secretary

*Particulars of Corporate Secretary #1*

| | |
|---|---|
| **Corporate Name:** | BENTA NOMINEES LIMITED |
| **Chinese Name:** | - |
| **CR No.:** | - |
| **Registered / Principal Office:** | 20/F TUNG WAI COMM BLDG 109-111 GLOUCESTER ROAD WANCHAI, HONG KONG |
| **Date of Appointment:** | - |
| **Important Note:** | - |

Particulars of Receiver and Manager

---

Particulars of Liquidator

---

Please select the Order Type:

☐ Order certified report   HK$152.00 plus additional handling charges for different delivery mode(*)

(*) Additional handling charges for different delivery mode will be shown when check out shopping cart.

Information of Reserve Directors are **NOT** available in the Company Particulars Search and the Directors Index Search. Please conduct a Document Index Search to see whether documents in relation to Reserve Directors have been filed.

Back

Back to top
ICRIS_Ver_1_0_0_Build_65_68
ICRIS CSC Companies Registry, The Government of the Hong Kong Special Administrative Region.