Welcome to ICRIS!
Case 1:07-cv-04528-MGC    Document 24-20    Filed 07/02/2007    Page 1 of 2
file:///C:/Documents%20and%20Settings/rwanchoo/My%20Docume.

*Ex. H*

Welcome!                           **System Clock:** 15-JUN-2007 13:00:24 GMT +0800

### Company Particulars Search

Your Search: CR No.: = 0919768

| | |
|---|---|
| **CR No.:** | 0919768 |
| **Company Name:** | FUCHUEN DIHAI SHIPPING COMPANY LIMITED<br>富春帝海船務有限公司 |
| **Company Type:** | Local Company |
| **Date of Incorporation:** | 27-AUG-2004 |
| **Company Status:** | Private |
| **Active Status:** | Live |
| **Remarks:** | Deregistration |
| **Winding Up Mode:** | - |
| **Date of Dissolution:** | - |
| **Register of Charges:** | Unavailable |
| **Important Note:** | - |

**Name History**

| Effective Date | Name Used |
|---|---|
| 27-AUG-2004 | FUCHUEN DIHAI SHIPPING COMPANY LIMITED<br>富春帝海船務有限公司 |

**Registered Office**

| | |
|---|---|
| **Registered Office:** | 35/F UNITED CTR NO. 95 QUEENSWAY, HONG KONG |

**Share Capital**

| | |
|---|---|
| **Authorized:** | HKD 100,000 |
| **Issued:** | HKD 100,000 |
| **Paid-Up:** | HKD 100,000 |

### List of Directors

| No. | Director Name | Chinese Name | HKID No. / CR No. | Overseas Passport No. | Passport Issuing Country | Director Type | Director Particulars | All Directorships |
|---|---|---|---|---|---|---|---|---|
| 1 | MIAO, KE NENG | 繆克能 | P939353(A) | - | - | Individual | * * | * |
| 2 | XU, KAI | 徐凱 | P940192(3) | - | - | Individual | * * | * |

Welcome to ICRIS!                                    file:///C:/Documents%20and%20Settings/rwanchoo/My%20Docume...

Case 1:07-cv-04528-MGC     Document 24-20     Filed 07/02/2007     Page 2 of 2

3  XU,        徐永濤  -          P CHN    中國
   YONG                       149296640  CHINA  Individual    ⌐  ⌐        ⌐
   TAO

**Particulars of Secretary**

***Particulars of Individual Secretary #1***

| | |
|---|---|
| **Surname:** | YANG |
| **Other Names:** | CUI |
| **Chinese Name:** | 楊萃 |
| **Previous name:** | - |
| **Alias:** | - |
| **Residential Address:** | 35/F UNITED CTR NO. 95 QUEENSWAY, HONG KONG |
| **HKID No.:** | P939342(4) |
| **Overseas Passport No.:** | - |
| **Passport Issuing Country:** | - |
| **Date of Appointment:** | 23-SEP-2004 |
| **Important Note:** | - |

**Particulars of Receiver and Manager**

---

**Particulars of Liquidator**

---

**Please select the Order Type:**

⌐   Order certified      HK$152.00 plus additional handling charges for different delivery
    report             mode(*)

(*) Additional handling charges for different delivery mode will be shown when check out
shopping cart.

Information of Reserve Directors are **NOT** available in the Company Particulars Search and the
Directors Index Search. Please conduct a Document Index Search to see whether documents in
relation to Reserve Directors have been filed.

<u>Back to top</u>
ICRIS_Ver_1_0_0_Build_65_68
ICRIS CSC Companies Registry, The Government of the Hong Kong Special Administrative
Region.