EXHIBIT 3

**LAW OFFICES OF RAHUL WANCHOO**
Attorneys for Defendant
Fuchuen Dihai Shipping Co. Ltd.
Empire State Building
350 Fifth Avenue, Suite 3304
New York, New York 10118
Phone: (201) 882-0303
Fax:    (201) 301-3576
E-mail: rwanchoo@wanchoolaw.com


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

TRANSFIELD ER CAPE LIMITED

        Plaintiff,

- against -

FUCHUEN DIHAI SHIPPING CO. LTD., AND
ZHEJIANG FUCHUEN CO. LTD.

        Defendants.

-----------------------------------------------------------X

ECF CASE

07 cv 4528 (MGC)

**AMENDED RULE
7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant Fuchuen Dihai Shipping Co. Ltd. represents to this Honorable Court that said defendant does not have a corporate parent and any publicly held corporation that owns 10% or more of its stock.

Dated: New York, New York
      June 28, 2007

LAW OFFICES OF RAHUL WANCHOO
Attorneys for Defendant
FUCHUEN DIHAI SHIPPING CO. LTD.

By: _Rahul Wanchoo_
Rahul Wanchoo (RW-8725)