EXHIBIT 4

明城國際有限公司
MING CHENG INTERNATIONAL COMPANY LIMITED

青鋁東方國際有限公司
QING LU ORIENTAL INTERNATIONAL CO., LTD

馳名有限公司
PACIFIC BRAIN LIMITED

香港富民投資有限公司
HONG KONG FU MIN INVESTMENT LIMITED

香港興源發展有限公司
HONG KONG XING YUAN DEVELOPMENT LIMITED