EXHIBIT 5

35/F., United Centre<br>95 Queensway

富春有限公司
ZHEJIANG FUCHUEN CO., LTD.

富春投資有限公司
ZHEJIANG INVESTMENT (HK) CO., LTD.

富春商海船務有限公司
FUCHUEN DIHAI SHIPPING CO., LTD.

匯鑫財務有限公司
GOLD FUTURE FINANCE CO., LTD.

富盈控股有限公司
FUYING HOLDINGS LIMITED

紹興（香港）有限公司
SHAOXING (HONG KONG) CO., LTD.

富春東方有限公司
FUCHUEN ORIENT COMPANY LIMITED

明城國際有限公司
MING CHENG INTERNATIONAL COMPANY LIMITED

青鋁東方國際有限公司
QING LU ORIENTAL INTERNATIONAL COMPANY LIMITED

鋒名有限公司
PACIFIC BRAIN LIMITED

香港富民投資有限公司
HONG KONG FU MAN INVESTMENT LIMITED

香港興源投資貿易有限公司
HONG KONG XINGYUAN INVESTMENT & TRADING CO., LTD.

H:\CGH\cgh-37847.doc

Room 405 Tung Ming Building<br>
40-42 Des Voeux Road Central

張遂泰會計師事務所
JOSEPH S. T. CHEUNG & CO., CPA

利僑秘書有限公司
LASH CO SECRETARIES LTD.

H:\CGH\cgh-37847.doc