EXHIBIT 6

存案 Filed



**公司註冊處**
**Companies Registry**

不營運私人公司撤銷註冊申請書
**Application for Deregistration of a Defunct Private Company**

(公司條例第 291AA 條)
(Companies Ordinance s.291AA)

表格 Form **DR1**

**重要事項  Important Notes**

- 填表前請參閱《填表須知》。
  請用黑色墨水列印。
- Please read the accompanying notes before completing this form.
  Please print in black ink.

公司編號 Company Number: **919768**

**1  公司名稱 Company Name**

FUCHUEN DIHAI SHIPPING COMPANY LIMITED
富春帝海船務有限公司

**2  申請人證明書 Certification by Applicant**

**A.  申請人的身份 Capacity of Applicant**

此撤銷註冊的申請是由以下人士作出 -
This application for deregistration is made by the following person -

請在有關空格內加 ✓ 號  Please tick the relevant box

☐ 該公司 the company

☑ 該公司的董事 a director of the company

☐ 該公司的成員 a member of the company

(註 Note 5)

提交人的資料 Presentor's Reference

姓名 Name: Fuchuen Dihai Shipping Company Limited

地址 Address: Room 404, Tung Ming Building,
40-42 Des Voeux Road Central,
Hong Kong

電話 Tel: —    傳真 Fax: —

電郵地址 E-mail Address: —

檔號 Reference: —

指明編號 2/2004(修訂)(2004 年 2 月)
Specification No. 2/2004 (Revision) (Feb. 2004)

請勿填寫本欄 For Official Use

22300129348
DR1                0919768
07/08/2006

0045

# RICHARDS BUTLER

INTERNATIONAL LAW FIRM

齊 伯 禮 律 師 行

**BY HAND**

Companies Registry
12/F - 14/F
Queensway Government Offices
66 Queensway
Hong Kong

20th Floor
Alexandra House
16-20 Chater Road
Hong Kong

收件日期 RECEIVED
0 7 -11- 2006
CR 文件收發小組
Central Mail Unit

telephone  (852) 2810 8008

facsimile  (852) 2810 0664 (Corporate)
           (852) 2810 8713 (Finance)
           (852) 2810 1607 (Litigation/Shipping)
           (852) 2810 9635 (Property)
           (852) 2810 1648 (Intellectual Property)

direct line     2507 9892

direct e-mail   stephaniechan@richardsbutler.com.hk

website         www.richardsbutler.com.hk

your ref

our ref   NFLK/SKYC/S110-048
          H:\Skyc\SKYC-4342E.doc

7th November 2006

Dear Sirs,

**Notice of objection pursuant to Section 291AA of the Companies Ordinance (Cap 32)**
**Company No:**     0919768
**Company Name:**   **Fuchuen Dihai Shipping Company Limited**

We act for Transfield ER Cape Limited and refer to the application of Fuchuen Dihai Shipping Company Limited ("**Fuchuen Dihai**") for deregistration which was gazetted on 25th August 2006 (GN 5204).

Our clients object to the proposed deregistration of Fuchuen Dihai for the following reasons:

1. Contrary to the declaration of Fuchuen Dihai in its Form DR1 dated 6th August 2006, Fuchuen Dihai is apparently still carrying on business. We enclose a recent Charterparty dated 21st June 2006 naming Fuchuen Dihai as the Charterers for your information.

2. The offices of Fuchuen Dihai are still located at 35/F, United Centre, 95 Queensway, Hong Kong. We enclose for your reference 2 photographs which were taken of the signboard on a wall outside an office at 35/F, United Centre on 16th October 2006. The name of Fuchuen Dihai appears on this signboard.

3. There is an ongoing dispute between our clients and Fuchuen Dihai relating to a Charterparty dated 28th November 2003 and subsequent events. We enclose a copy of a letter received by

PARTNERS:
C G Howse        A K Brown       M R D Pepper     D G Harrington   K C Mok         W J G Barber    D Kan          Emma Casdagli
D M Norman       G P Winter      Nanette Kwong    S J Birt         Janet Cheung    L J Li          Linda Fung
A D Morrison     Denise Jong     Asha Sharma      Alice Hutchens   Ivy Lai         C S K Tang      K R Bowers
C J Williams     J N Green       Delpha Ho        A D Horton       A P Apostolis   A W M Kaung     Doreen Kong

BEIJING   •   LONDON   •   PARIS   •   BRUSSELS   •   ABU DHABI   •   MUSCAT   •   SÃO PAULO   •   PIRAEUS

Beijing office address: Room 703B Huapu International Plaza, 19 Chaowai Avenue, Chaoyang District, Beijing 100020, PRC
中國北京市朝陽區朝外大街１９號華普國際大廈７０３Ｂ 郵編 100020  telephone (86) 10 6580 2690/1  facsimile (86) 10 6580 2701  e-mail rb@ht.rol.cn.net

# RICHARDS BUTLER

INTERNATIONAL LAW FIRM

齊 伯 禮 律 師 行

**BY HAND**

Companies Registry
12/F - 14/F
Queensway Government Offices
66 Queensway
Hong Kong

20th Floor
Alexandra House
16-20 Chater Road
Hong Kong

telephone  (852) 2810 8008

facsimile  (852) 2810 0664 (Corporate)
           (852) 2810 8713 (Finance)
           (852) 2810 1607 (Litigation/Shipping)
           (852) 2810 9635 (Property)
           (852) 2810 1648 (Intellectual Property)

direct line    2507 9892

direct e-mail  stephaniechan@richardsbutler.com.hk

your ref

our ref   NFLK/SKYC/S110-048
          H:\Skyc\SKYC-4342E.doc

website   www.richardsbutler.com.hk

7th November 2006

Dear Sirs,

**Notice of objection pursuant to Section 291AA of the Companies Ordinance (Cap 32)**
**Company No:**     0919768
**Company Name:**   Fuchuen Dihai Shipping Company Limited

We act for Transfield ER Cape Limited and refer to the application of Fuchuen Dihai Shipping Company Limited ("**Fuchuen Dihai**") for deregistration which was gazetted on 25th August 2006 (GN 5204).

Our clients object to the proposed deregistration of Fuchuen Dihai for the following reasons:

1. Contrary to the declaration of Fuchuen Dihai in its Form DR1 dated 6th August 2006, Fuchuen Dihai is apparently still carrying on business. We enclose a recent Charterparty dated 21st June 2006 naming Fuchuen Dihai as the Charterers for your information.

2. The offices of Fuchuen Dihai are still located at 35/F, United Centre, 95 Queensway, Hong Kong. We enclose for your reference 2 photographs which were taken of the signboard on a wall outside an office at 35/F, United Centre on 16th October 2006. The name of Fuchuen Dihai appears on this signboard.

3. There is an ongoing dispute between our clients and Fuchuen Dihai relating to a Charterparty dated 28th November 2003 and subsequent events. We enclose a copy of a letter received by

PARTNERS:
C G Howse        A K Brown        M R D Pepper      D G Harrington    K C Mok          W J G Barber     D Kan            Emma Casdagli
D M Norman       G P Winter       Nanette Kwong     S J Birt          Janet Cheung     L J Li           Linda Fung
A D Morrison     Denise Jong      Asha Sharma       Alice Hutchens    Ivy Lai          C S K Tang       K R Bowers
C J Williams     J N Green        Delpha Ho         A D Horton        A P Apostolis    A W M Kaung      Doreen Kong

BEIJING   •   LONDON   •   PARIS   •   BRUSSELS   •   ABU DHABI   •   MUSCAT   •   SÃO PAULO   •   PIRAEUS

Beijing office address: Room 703B Huapu International Plaza, 19 Chaowai Avenue, Chaoyang District, Beijing 100020, PRC
中國北京市朝陽區朝外大街１９號華普國際大厦７０３Ｂ 郵編 100020  telephone (86) 10 6580 2690/1  facsimile (86) 10 6580 2701  e-mail rb@ht.rol.cn.net

our clients from Fuchuen Dihai's solicitors dated 17th March 2006 for your reference. As such, our clients have a pending claim against Fuchuen Dihai for an outstanding liability in respect of this matter.

In the circumstances, the application of Fuchuen Dihai for deregistration does not comply with the requirements of Section 291AA(2) of the Companies Ordinance and should be refused.

Please do not hesitate to contact Nanette Kwong on 2507 9825 or Stephanie Chan on 2507 9892 should you have any further queries in respect of the above.

Yours faithfully,

RICHARDS BUTLER
(Encl.)

*Received by post 27/12/06*

**CR** 公 司 註 冊 處
**COMPANIES REGISTRY**

香港金鐘道六十六號
金鐘道政府合署十四樓

QUEENSWAY GOVERNMENT OFFICES
14TH FLOOR, 66 QUEENSWAY,
HONG KONG.

網址 Web Site: www.cr.gov.hk

覆函請註明本處檔號:
In reply please quote this Ref.: CR/DR/111811056

來函檔號 YOUR REF.: NFLK/SKYC/S110-048

電話 TEL.: 28674829

圖文傳真 FAX: 31101941

電郵 E-MAIL: lillianmak@icris.cr.gov.hk

20 December 2006

Richards Butler International Law Firm
20/F, Alexandra House,
16-20 Chater Road,
HONG KONG

Dear Sir,

    Notice of objection pursuant to Section 291AA of the Companies Ordinance (Cap 32)
    Company No: 0919768
    <u>Company Name: Fuchuen Dibai Shipping Company Limited</u>

I refer to your letter of 7.11.2006.

In item 1 in paragraph 2, it is stated that a recent Charterparty dated 21.6.2006 is enclosed but the same cannot be found. Please clarify.

I wish to inform you that the Company denied any liability to the complainant. Please give more information regarding the dispute between the complainant and the Company.

In addition, please advise whether there is any pending legal action or arbitration proceedings between the complainant and the Company in respect of the dispute. If affirmative, please supply details.

4001091294

Yours faithfully,

*[signature]*

(Miss Lilian K. C. MAK)
for Registrar of Companies

LTR

# RICHARDS BUTLER

INTERNATIONAL LAW FIRM
齊 伯 禮 律 師 行



**BY HAND**

Companies Registry
12/F - 14/F
Queensway Government Offices
66 Queensway
Hong Kong

Attn: Ms Lilian Mak

20th Floor
Alexandra House
16-20 Chater Road
Hong Kong

telephone   (852) 2810 8008

facsimile   (852) 2810 0664 (Corporate)
            (852) 2810 8713 (Finance)
            (852) 2810 1607 (Litigation/Shipping)
            (852) 2810 9635 (Property)
            (852) 2810 1648 (Intellectual Property)

direct line   (852) 2507 9892

direct e-mail   stephaniechan@richardsbutler.com.hk

| | | | |
|---|---|---|---|
| your ref | CR/DR/111811056 | direct e-mail | stephaniechan@richardsbutler.com.hk |
| our ref | NFLK/SKYC/S110-048 | website | www.richardsbutler.com.hk |
| | H:\Skyc\SKYC-4423E.doc | | |

28th December 2006

Dear Sirs,

**Notice of objection pursuant to Section 291AA of the Companies Ordinance (Cap 32)**
**Company No:**       0919768
**Company Name:**   Fuchuen Dihai Shipping Company Limited

We refer to your letter dated 20th December 2006 in respect of the above matter.

We enclose the Charterparty dated 21st June 2006 referred to in our letter of 7th November 2006.

We shall respond to your other queries under separate cover.

Yours faithfully,

*Richards Butler*

RICHARDS BUTLER

(Encl.)

收件日期 RECEIVED
2 8 DEC 2006
CR 文件收發小組
Central Mail Unit

PARTNERS:
| | | | | | | |
|---|---|---|---|---|---|---|
| C G Howse | A K Brown | M R D Pepper | D G Harrington | K C Mok | L J Li | Linda Fung |
| D M Norman | G P Winter | Nanette Kwong | S J Birt | Janet Cheung | C S K Tang | K R Bowers |
| A D Morrison | Denise Jong | Asha Sharma | Alice Hutchens | Ivy Lai | A W M Kaung | Doreen Kong |
| C J Williams | J N Green | Delpha Ho | A D Horton | W J G Barber | D Kan | Emma Casdagli |

BEIJING  •  LONDON  •  PARIS  •  BRUSSELS  •  ABU DHABI  •  MUSCAT  •  SÃO PAULO  •  PIRAEUS

Beijing office address: Room 703B Hunpu International Plaza, 19 Chaowai Avenue, Chaoyang District, Beijing 100020, PRC
中國北京市朝陽區朝外大街 1 9 號華普國際大廈 7 0 3 B 郵編 100020  telephone (86) 10 6580 2690/1  facsimile (86) 10 6580 2701  e-mail rb@ht.rol.cn.net



## 公 司 註 冊 處
## COMPANIES REGISTRY

香港金鐘道六十六號
金鐘道政府合署十四樓

QUEENSWAY GOVERNMENT OFFICES
14TH FLOOR, 66 QUEENSWAY,
HONG KONG.
網址 Website: www.cr.gov.hk

覆函請註明本處檔號:
In reply please quote this Ref.:  CR/DR/111811056

來函檔號 YOUR REF.:  NFLK/SKYC/S110-048

電話 TEL.:  28674829

圖文傳真 FAX:  31101941

電郵 E-MAIL:  lilianmak@icris.cr.gov.hk

4 April 2007

Richards Butler International Law Firm
20/F, Alexandra House,
16-20 Chater Road,
HONG KONG

Dear Sir,

Notice of objection pursuant to Section 291AA of the Companies Ordinance ( Cap 32)
Company No. 0919768
Company Name: Fuchuen Dihai Shipping Company Limited

I refer to my letter of 29.1.2007.

Please let me have an early reply.

40001276677

Yours faithfully,

(Miss Lilian K. C. MAK)
for Registrar of Companies

LTR



| | |
|---|---|
| 公司註冊處 COMPANIES REGISTRY | 香港金鐘道六十六號<br>金鐘道政府合署十四樓<br>QUEENSWAY GOVERNMENT OFFICES<br>14TH FLOOR, 66 QUEENSWAY,<br>HONG KONG.<br>網址 Website: www.cr.gov.hk |

覆函請註明本處檔號：  
In reply please quote this Ref.: CR/DR/111811056

來函檔號 YOUR REF.: NFLK/SKYC/S110-048

電話 TEL.: 28674829

圖文傳真 FAX: 31101941

電郵 E-MAIL: lilianmak@icris.cr.gov.hk

11 May 2007

Richards Butler International Law Firm  
20/F, Alexandra House,  
16-20 Chater Road,  
HONG KONG

Dear Sir,

Notice of objection pursuant to Section 291AA of the Companies Ordinance (Cap 32)  
Company No. 919768  
<u>Company Name: Fuchuen Dihai Shipping Company Limited</u>

I refer to my letters of 29.1.2007 and 4.4.2007.

Please let me have an early reply.



40001344803

Yours faithfully,

*[signature]*

(Miss Lilian K. C. MAK)
for Registrar of Companies

LTR

# RICHARDS BUTLER

齊 伯 禮 律 師 行

BY HAND

Companies Registry
12/F - 14/F
Queensway Government Offices
66 Queensway
Hong Kong

Attn.: Ms. Lilian Mak

20th Floor
Alexandra House
16-20 Chater Road
Hong Kong

telephone  (852) 2810 8008

facsimile  (852) 2810 0664 (Corporate)
(852) 2810 8713 (Finance)
(852) 2810 1607 (Litigation/Shipping)
(852) 2810 9635 (Property)
(852) 2810 1648 (Intellectual Property)

direct line    2507 9888

direct e-mail
chrishowse@richardsbutler.com.hk

website    www.richardsbutler.com.hk

your ref    CR/DR/111811056

our ref    CGH/AEJC/jf/S110-048

13 June 2007

Dear Sirs,

Notice of objection pursuant to Section 291AA of the Companies Ordinance (Cap 32)
Company No.: 0919768
Company Name: Fuchuen Dihai Shipping Company Limited

We refer to your letter of 20th December 2006. We write to apologise for the delay in writing in response to that letter. We are pressing our clients for instructions and we anticipate that we will receive instructions shortly to write to you with details of the dispute between our clients, Transfield ER-Cape Ltd., and Fuchuen Dihai Shipping Company Limited with appropriate supporting documentation.

We will write to you again shortly.

Yours faithfully,

RICHARDS BUTLER

H:\CGH\cgh-37810.doc

PARTNERS:
| | | | | | | |
|---|---|---|---|---|---|---|
| C G Howse | A K Brown | M R D Pepper | D G Harrington | K C Mok | L J Li | K R Bowers |
| D M Norman | G P Winter | Nanette Kwong | S J Birt | Janet Cheung | C S K Tang | Doreen Kong |
| A D Morrison | Denise Jong | Asha Sharma | Alice Hutchens | Ivy Lai | A W M Kaung | Emma Casdagli |
| C J Williams | J N Green | Delpha Ho | A D Horton | W J G Barber | D Kan | R W K Choy |

BEIJING • LONDON • PARIS • BRUSSELS • ABU DHABI • MUSCAT • SÃO PAULO • PIRAEUS

Beijing office address: Room 703B Huapu International Plaza, 19 Chaowai Avenue, Chaoyang District, Beijing 100020, PRC
中國北京市朝陽區朝外大街 19 號華普國際大廈 703B 郵編 100020  telephone (86) 10 6580 2690/1  facsimile (86) 10 6580 2701  e-mail rb@ht.rol.cn.net