EXHIBIT 7





