EXHIBITS TO DECLARATION OF SONG DIHUANG

EXHIBIT 1

# CURRICULUM VITAE

Name: Song Dihuang

Date & Place of Birth: September 11, 1962, Shanghai/P.R. of China

Education:
    1993-1994 LLM, University of Southampton
    1979-1983 Bachelor of Science, Dalian Maritime University

Language: Mandarin and English

Employment History and Experiences:
    09/2001 - now: Partner of Commerce & Finance Law Offices

    03/1997-08/2001: Henry & Co. Law Firm of Guangdong as Consultant

    08/1983-02/1997: China Council for the Promotion of International Trade (CCPIT); Two years experiences in average adjustment (from 1983 to 1985); Moved to China Maritime Arbitration Commission (CMAC) since 1985. Promoted as the Deputy Chief of the Secretariat of CMAC since 1990;

    01/1993-10/1994: six months with Ince & Co. in London, three months with Sinclair Roche & Temperley and a number of P & I clubs in London; three months with LeGros Buchanan & Paul in Seattle and Galland Kharach in Washington DC;

    Mainly focused on shipping and international trade matters, including carriage of goods by sea, collision cases, commodity disputes; general average; experienced in litigation and arbitration; Giving evidence/statement as PRC law expert before Singapore High Court and English High court/London arbitration etc;

Academic Society:
    Arbitrator of China Maritime Arbitration Commission and China International Economic and Trade Arbitration Commission;
    Deputy Secretary General of China Maritime Law Association;
    Secretary General of Maritime Law Committee under All-China Lawyers' Association
    Supporting member of London Maritime Arbitrators' Association.

Publications:
    Co-editor of Selection of Awards and Conciliation Statements of China Maritime Arbitration Commission, vol. 2 and vol. 3; Co-editor of Foreign Arbitration and Law; contributor of the Dictionary of International Economic and Trade Law; contributor of the Benedict on Admiralty vol. 2 ;