EXHIBITS TO DECLARATION OF SONG DIHUANG

EXHIBIT 2



| | 周年申報表<br>Annual Return<br>(公司條例第 107(1)條)<br>(Companies Ordinance s. 107(1)) | 存案 Filed |
|---|---|---|

公司註冊處
Companies Registry

表格 Form **AR1**

**重要事項 Important Notes**
- 填表前請參閱《填表須知》。
  請用黑色墨水列印。
- Please read the accompanying notes before completing this form.
  Please print in black ink.

公司編號 Company Number
**168004**

**1  公司名稱 Company Name**

ZHEJIANG FUCHUEN COMPANY LIMITED
富春有限公司

(註 Note 8)  **2  商業名稱 Business Name**

**3  公司類別 Type of Company**

請在有關空格內加 ✓ 號  Please tick the relevant box

[✓] 有股本的私人公司       [ ] 其他
    Private Company having a share capital    Others

**4  本申報表日期 Date of this Return**

本申報表列載公司截至右列日期為止的資料
The Information in this Return is made up to

| 18 | 04 | 2007 |
|---|---|---|
| 日 DD | 月 MM | 年 YYYY |

(如公司為有股本的私人公司，本申報表應列載截至公司成立為法團的周年日期的資料。如為其他公司，所列載的資料則應截至公司周年大會日期或代替周年大會的書面決議的日期為止。)
For a private company having a share capital, the information in this Return should be made up to the anniversary of the date of incorporation. For other companies, the information should be made up to the date of the annual general meeting (AGM) or the date of written resolution passed in lieu of AGM.

(註 Note 9)  **5  註冊辦事處地址 Address of Registered Office**

35th Floor, Office B, United Centre,
95 Quensway, Hong Kong

(註 Note 10)  **6  電郵地址 E-mail Address**

(註 Note 3)  **提交人的資料 Presentor's Reference**      請勿填寫本欄 For Official Use

姓名 Name:  MS YANG CUI

地址 Address:  35th Floor, United Centre,
              95 Quensway, Hong Kong

電話 Tel:  3405 1888    傳真 Fax:  3405 1777

電郵地址 E-mail Address:

檔號 Reference:

說明編號 2/2004 (修訂) (2004年2月)

29300176294
AR1L        0168004
03/05/2007

| 表格<br>Form | **AR1** | | 公司編號 Company Number<br>168004 |
|---|---|---|---|

**7  按揭及押記 Mortgages and Charges**

截至本申報表日期，所有須根據《公司條例》第 80 及第 82 條規定向公司註冊處處長登記的按揭及押記的未償還總額
Total Amount outstanding as of the Date of this Return on all mortgages and charges which are required to be registered with the Registrar of Companies pursuant to sections 80 and 82 of the Companies Ordinance

———

(註 Note 11)  **8  無股本公司的成員數目 Number of Member(s) of a Company Not Having a Share Capital**
*(有股本的公司毋須填寫根此項 Company having a share capital need not complete this section)*

截至本申報表日期的成員數目
Number of member(s) as at the Date of this Return

(註 Note 12)  **9  股本 Share Capital**
*(無股本的公司毋須填寫第9 及第10 項 Company not having a share capital need not complete sections 9 & 10)*

| 股份類別<br>Class of Shares | 截至本申報表日期 As at the Date of this Return ||||| 
|---|---|---|---|---|---|
| | 法定股本<br>Authorized Share Capital | 已發行股本<br>Issued Share Capital |||| 
| | 總面值<br>Total Nominal Value † | 已發行股份數目<br>Number of Shares Issued<br>(a) | 每股已發行股份的面值<br>Nominal Value of Each Share Issued †<br>(b) | 已發行股份的總面值<br>Total Nominal Value of Shares Issued †<br>(a) × (b) | 已發行股份的已繳股款總值(不包括溢價)<br>Total Paid up Value of Shares Issued † (excluding premium) |
| Ordinary | HK$10,000,000 | 100,000 | HKD100 | HK$10,000,000 | HK$10,000,000 |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
| 總值<br>Total | HK$10,000,000 | 100,000 |  | HK$10,000,000 | HK$10,000,000 |

† 請註明貨幣單位(例如：港元、美元)
  Please specify the currency (e.g. HKD, USD)

指明編號 2/2004 (修訂) (2004年2月)
Specification No. 2/2004 (Revision) (Feb. 2004)

第二頁 Page 2

C 0 0 2

表格 Form **AR1**

公司編號 Company Number: **168004**

(註 Note 13) 10 有股本公司的成員詳情 Details of Member(s) of a Company Having a Share Capital
(如未能盡錄於下列表格內，請用續頁A填報 Use Continuation Sheet A if there is insufficient space)

截至本申報表日期的成員詳情 Details of Member(s) as at the Date of this Return

股份類別 Class of Shares: **ORDINARY**

如公司的股份自上一份周年申報表日期以來(如屬首份周年申報表，則自公司成立為法團以來)有任何轉讓，有關詳情亦請一併填報；股份承讓人的姓名／名稱應在「備註」一欄註明。
If there have been any transfers of the company's shares since the date of the last Annual Return (or since incorporation if this is the first Annual Return), please also provide details of the transfers; the name of the transferee should be stated in the 'Remarks' column.

| 姓名／名稱 Name | 地址 Address | 現時持有量 Current Holding | 轉讓 Transferred 股目 Number | 轉讓 Transferred 日期 Date | 備註 Remarks |
|---|---|---|---|---|---|
| Tong Yunfang 童蕓芳 | Flat 108, Block R, Kornhill, 2 Hong On Street, Hong Kong | 66,668 | | | |
| Yuan Mingguan 袁明觀 | Flat 108, Block R, Kornhill, 2 Hong On Street, Hong Kong | 0 | 33,332 | 17 ARP 2007 | To Mr. Tang Minqiang |
| Tang Minqiang 湯民強 | 35/F., United Centre, 95 Queensway, Hong Kong | 33,332 | 33,332 | 17 ARP 2007 | From Mr. Yuen Mingguan |
| 總數 Total | | 100,000 | | | |

說明編號 2/2004 (修訂) (2004年2月)
Specification No. 2/2004 (Revision) (Feb. 2004)

第三頁 Page 3

| 表格<br>Form | **AR1** | | 公司編號 Company Number<br>168004 |
|---|---|---|---|

**11 秘書 Secretary**

**A. 個人秘書 Individual Secretary**
*(如超過一名個人秘書，請用續頁B 填報 Use Continuation Sheet B if more than 1 individual secretary)*

| 中文姓名<br>Name in Chinese | 楊萃 | |
|---|---|---|
| 英文姓名<br>Name in English | Yang<br>姓氏 Surname | Cui<br>名字 Other Names |
| 前用姓名<br>Previous Names | N/A | |
| 別名<br>Alias | N/A | |

(註 Note 14) 香港住址 Hong Kong Residential Address: Flat G, 23/F., Hoi Sing Mansion, Taikoo Shing, Hong Kong

(註 Note 15) 電郵地址 E-mail Address: N/A

(註 Note 16) 身份證明 Identification
a 香港身份證號碼 Hong Kong Identity Card Number: P939342(4)

b 海外護照 Overseas Passport: N/A (簽發國家 Issuing Country) N/A (號碼 Number)

**B. 法人團體秘書 Corporate Secretary**
*(如超過一名法人團體秘書，請用續頁B 填報 Use Continuation Sheet B if more than 1 corporate secretary)*

(註 Note 17) 中文名稱 Name in Chinese: N/A

(註 Note 17) 英文名稱 Name in English: N/A

(註 Note 18) 香港地址 Hong Kong Address: N/A

(註 Note 15) 電郵地址 E-mail Address: N/A

公司編號 Company Number
*(只適用於在香港註冊的法人團體)*
*(Only applicable to body corporate registered in Hong Kong)*: N/A

指明編號 2/2004 (修訂) (2004 年 2 月)
Specification No. 2/2004 (Revision) (Feb. 2004)

第四頁 Page 4

表格 Form **AR1**

公司編號 Company Number: **168004**

**12 董事 Director**

**A. 個人董事 Individual Director**
(如超過兩名個人董事，請用續頁C填報 Use Continuation Sheet C if more than 2 individual directors)

(註 Note 19)

1 身份 Capacity: ☑ 董事 Director ☐ 候補董事 Alternate Director | 代替 Alternate to:

中文姓名 Name in Chinese: 童雲芳

英文姓名 Name in English:
- 姓氏 Surname: TONG
- 名字 Other Names: YUN FANG

前用姓名 Previous Names: N/A

別名 Alias: N/A

(註 Note 20)
住址 Residential Address: Room 108, Block R, Kornhill, Quarry Bay, Hong Kong
國家 Country: P.R.C.

(註 Note 21)
電郵地址 E-mail Address: N/A

(註 Note 22)
身份證明 Identification
a 香港身份證號碼 Hong Kong Identity Card Number: R501810(1)
b 海外護照 Overseas Passport:
- 簽發國家 Issuing Country: N/A
- 號碼 Number: N/A

指明編號 2/2004 (修訂) (2004年2月)
Specification No. 2/2004 (Revision) (Feb. 2004)

第五頁 Page 5

表格 Form **AR1**

公司編號 Company Number: **168004**

12 董事 Director (接上頁 cont'd)

(註 Note 19)   2   身份 Capacity: ☑ 董事 Director   ☐ 候補董事 Alternate Director   代替 Alternate to: [blank]

中文姓名 Name in Chinese: 湯民強

英文姓名 Name in English:
- 姓氏 Surname: TANG
- 名字 Other Names: MINQIANG

前用姓名 Previous Names: N/A

別名 Alias: N/A

(註 Note 20) 住址 Residential Address: 35/F., United Centre, 95 Queensway, Hong Kong
國家 Country: P.R.C.

(註 Note 21) 電郵地址 E-mail Address: N/A

(註 Note 22) 身份證明 Identification
a 香港身份證號碼 Hong Kong Identity Card Number: N/A
China I.D.No.:33010719571027003X

b 海外護照 Overseas Passport:
- 簽發國家 Issuing Country: N/A
- 號碼 Number: N/A

指明編號 2/2004 (修訂) (2004 年 2 月)
Specification No. 2/2004 (Revision) (Feb, 2004)

第六頁 Page 6

表格 Form **AR1**

公司編號 Company Number: **168004**

### 12 董事 Director (接上頁 cont'd)

#### B. 法人團體董事 Corporate Director

(如超過兩名法人團體董事，請用續頁 D 填報 Use Continuation Sheet D if more than 2 corporate directors)

**1** (註 Note 19)

身份 Capacity: ☐ 董事 Director  ☐ 候補董事 Alternate Director  代替 Alternate to: 

中文名稱 Name in Chinese: N/A

英文名稱 Name in English: N/A

(註 Note 23) 地址 Address: N/A    國家 Country: N/A

(註 Note 21) 電郵地址 E-mail Address: N/A

公司編號 Company Number
(只適用於在香港註冊的法人團體)
(Only applicable to body corporate registered in Hong Kong): N/A

**2** (註 Note 19)

身份 Capacity: ☐ 董事 Director  ☐ 候補董事 Alternate Director  代替 Alternate to: N/A

中文名稱 Name in Chinese: N/A

英文名稱 Name in English: N/A

(註 Note 23) 地址 Address: N/A    國家 Country: N/A

(註 Note 21) 電郵地址 E-mail Address: N/A

公司編號 Company Number
(只適用於在香港註冊的法人團體)
(Only applicable to body corporate registered in Hong Kong): N/A

指明編號 2/2004 (修訂) (2004年2月)
Specification No. 2/2004 (Revision) (Feb. 2004)

第七頁 Page 7

表格 Form **AR1**

公司編號 Company Number: **168004**

12 董事 Director (接上頁 cont'd)

### C. 備任董事 Reserve Director
(只適用於只有一名成員而該成員同時亦是唯一董事的私人公司 Only applicable to a private company with only one member who is also the sole director of the company)

| | |
|---|---|
| 中文姓名 Name in Chinese | N/A |
| 英文姓名 Name in English | N/A (姓氏 Surname) / N/A (名字 Other Names) |
| 前用姓名 Previous Names | N/A |
| 別名 Alias | N/A |
| (註 Note 20) 住址 Residential Address | N/A / N/A (國家 Country) |
| (註 Note 21) 電郵地址 E-mail Address | N/A |

(註 Note 22) 身份證明 Identification

a. 香港身份證號碼 Hong Kong Identity Card Number: N/A

b. 海外護照 Overseas Passport: N/A (簽發國家 Issuing Country) / N/A (號碼 Number)

說明編號 2/2004 (修訂) (2004年2月)
Specification No. 2/2004 (Revision) (Feb. 2004)

第八頁 Page 8

表格 Form **AR1**

公司編號 Company Number
**168004**

### 13 登記冊 Registers

公司儲存下列登記冊的地址(如並非儲存於第 5 項的註冊辦事處內)
Address where the following registers of the company are kept (if not kept at the Registered Office in Section 5)

| 登記冊 Register | 地址 Address |
|---|---|
| a  成員登記冊 Register of Members | N/A |
| b  債權證持有人登記冊 (如有的話) Register of Debenture Holders (if any) | N/A |

(註 Note 24) **14** 隨表提交的帳目所涵蓋的會計結算始末日期
Period Covered by Accounts Submitted with this Form
(私人公司冊須填此項 A private company need not complete this section)

| 日 DD | 月 MM | 年 YYYY | 至 To | 日 DD | 月 MM | 年 YYYY |
|---|---|---|---|---|---|---|
| — | — | — |   | — | — | — |

### 15 證明書 Certificate

(此項證明只適用於私人公司。如不適用，請刪去此項。)
(This Certificate should only be completed in respect of a private company. If not applicable, please delete.)

本人證明公司自上一份周年申報表日期以來(如屬首份周年申報表，則自成立為法團以來)，並無發出任何文件，邀請公眾人士認購公司任何股份或債權證；同時如成員數目於本申報表日期超過五十，則所超出的成員，全是根據《公司條例》第 29(1)(b)條不須計算入該五十名類別內的人士。
I certify that the company has not, since the date of the last Annual Return (or since incorporation if this is the first Annual Return), issued any invitation to the public to subscribe for any shares or debentures in the company and that if the number of members is in excess of 50 as at the Date of this Return, the excess are persons who under section 29(1)(b) of the Companies Ordinance are not to be included in the calculation of 50.

本申報表包括 **Nil** 張續頁 A、 **nil** 張續頁 B、 **one** 張續頁 C 及 **nil** 張續頁 D。
This Return includes _____ Continuation Sheet(s) A, _____ Continuation Sheet(s) B, _____ Continuation Sheet(s) C and _____ Continuation Sheet(s) D.

簽署 Signed: _/s/_

姓名 Name: ____Yang Cui____
董事 Director/秘書 Secretary *

日期 Date: ____02/05/2007____
日 DD / 月 MM / 年 YYYY

*請刪去不適用者 Delete whichever does not apply

指明編號 2/2004 (修訂) (2004年2月)
Specification No. 2/2004 (Revision) (Feb. 2004)

第九頁 Page 9

表格 Form **AR1**  (續頁 C  Continuation Sheet C)

本申報表日期 Date of Return: 18 / 04 / 2007 (日 DD / 月 MM / 年 YYYY)

公司編號 Company Number: 168004

個人董事詳情（第 12A 項） Details of Individual Director (Section 12A)

註 Note 19)  身份 Capacity: ☑ 董事 Director ☐ 候補董事 Alternate Director

代替 Alternate to:

| 項目 | 內容 |
|---|---|
| 中文姓名 Name in Chinese | 翁昌榮 |
| 英文姓名 Name in English | 姓氏 Surname: WENG / 名字 Other Names: CHANG RONG |
| 前用姓名 Previous Names | N/A |
| 別名 Alias | N/A |
| 住址 Residential Address | 35/F., UNITED CENTRE, 95 QUEENSWAY, HONG KONG / P.R.C. |

註 Note 21)  電郵地址 E-mail Address: N/A

註 Note 22)  身份證明 Identification
a  香港身份證號碼 Hong Kong Identity Card Number: P902176(4)
b  海外護照 Overseas Passport: 簽發國家 Issuing Country: N/A / 號碼 Number: N/A

說明編號 2/2004 (修訂) (2004 年 2 月)
Specification No. 2/2004 (Revision) (Feb. 2004)

0100