# 中华人民共和国公司法

1993年12月29日第八届全国人民代表大会常务委员会第五次会议通过 根据1999年12月25日第九届全国人民代表大会常务委员会第十三次会议《关于修改〈中华人民共和国公司法〉的决定》修正 1999年中华人民共和国主席令第29号公布 自公布之日起施行

## 第一章 总 则

第一条 为了适应建立现代企业制度的需要,规范公司的组织和行为,保护公司、股东和债权人的合法权益,维护社会经济秩序,促进社会主义市场经济的发展,根据宪法,制定本法。

第二条 本法所称公司是指依照本法在中国境内设立的有限责任公司和股份有限公司。

第三条 有限责任公司和股份有限公司是企业法人。

有限责任公司,股东以其出资额为限对公司承担责任,公司以其全部资产对公司的债务承担责任。

股份有限公司,其全部资本分为等额股份,股东以其所持股份为限对公司承担责任,公司以其全部资产对公司的债务承担责任。

第四条 公司股东作为出资者按投入公司的资本额享有所有者的资产受益、重大决策和选择管理者等权利。

公司享有由股东投资形成的全部法人财产权,依法享有民事权利,承担民事责任。

公司中的国有资产所有权属于国家。

第五条 公司以其全部法人财产,依法自主经营,自负盈亏。

公司在国家宏观调控下,按照市场需求自主组织生产经营,以提高经济效益、劳动生产率和实现资产保值增值为目的。

第六条 公司实行权责分明、管理科学、激励和约束相结合的内部管理体制。

第七条 国有企业改建为公司,必须依照法律、行政法规规定的条件和要求,转换经营机制,有步骤地清产核资,界定产权,清理债权债务,评估资产,建立规范的内部管理机构。

第八条 设立有限责任公司、股份有限公司,必须符合本法规定的条件。符合本法规定的条件的,登记为有限责任公司或者股份有限公司;不符合本法规定的条件的,不得登记为有限责任公司或者股份有限公司。

法律、行政法规对设立公司规定必须报经审批的,在公司登记前依法办理审批手续。

第九条 依照本法设立的有限责任公司,必须在公司名称中标明有限责任公司字样。

依照本法设立的股份有限公司,必须在公司名称中标明股份有限公司字样。

第十条 公司以其主要办事机构所在地为住所。

第十一条 设立公司必须依照本法制定公司章程。公司章程对公司、股东、董事、监事、经理具有约束力。

公司的经营范围由公司章程规定,并依法登记。公司的经营范围中属于法律、行政法规限制的项目,应当依法经过批准。

公司应当在登记的经营范围内从事经营活动。公司依照法定程序修改公司章程并经公司登记机关变更登记,可以变更其经营范围。

第十二条 公司可以向其他有限责任公司、股份有限公司投资,并以该出资额为限对所投资公司承担责任。

公司向其他有限责任公司、股份有限公司投资的,除国务院规定的投资公司和控股公司外,所累计投资额不得超过本公司净资产的百分之五十,在投资后,接受被投资公司以利润转增的资本,其增加额不包括在内。

第十三条 公司可以设立分公司,分公司不具有企业法人资格,其民事责任由公司承担。

公司可以设立子公司,子公司具有企业法人资格,依法独立承担民事责任。

第十四条 公司从事经营活动,必须遵守法

律，遵守职业道德，加强社会主义精神文明建设，接受政府和社会公众的监督。

公司的合法权益受法律保护，不受侵犯。

第十五条　公司必须保护职工的合法权益，加强劳动保护，实现安全生产。

公司采用多种形式，加强公司职工的职业教育和岗位培训，提高职工素质。

第十六条　公司职工依法组织工会，开展工会活动，维护职工的合法权益。公司应当为本公司工会提供必要的活动条件。

国有独资公司和两个以上的国有企业或者其他两个以上的国有投资主体投资设立的有限责任公司，依照宪法和有关法律的规定，通过职工代表大会和其他形式，实行民主管理。

第十七条　公司中中国共产党基层组织的活动，依照中国共产党章程办理。

第十八条　外商投资的有限责任公司适用本法，有关中外合资经营企业、中外合作经营企业、外资企业的法律另有规定的，适用其规定。

## 第二章　有限责任公司的设立和组织机构

### 第一节　设　立

第十九条　设立有限责任公司，应当具备下列条件：

（一）股东符合法定人数；

（二）股东出资达到法定资本最低限额；

（三）股东共同制定公司章程；

（四）有公司名称，建立符合有限责任公司要求的组织机构；

（五）有固定的生产经营场所和必要的生产经营条件。

第二十条　有限责任公司由二个以上五十个以下股东共同出资设立。

国家授权投资的机构或者国家授权的部门可以单独投资设立国有独资的有限责任公司。

第二十一条　本法施行前已设立的国有企业，符合本法规定设立有限责任公司条件的，单一投资主体的，可以依照本法改建为国有独资的有限责任公司；多个投资主体的，可以改建为前条第一款规定的有限责任公司。

国有企业改建为公司的实施步骤和具体办法，由国务院另行规定。

第二十二条　有限责任公司章程应当载明下列事项：

（一）公司名称和住所；

（二）公司经营范围；

（三）公司注册资本；

（四）股东的姓名或者名称；

（五）股东的权利和义务；

（六）股东的出资方式和出资额；

（七）股东转让出资的条件；

（八）公司的机构及其产生办法、职权、议事规则；

（九）公司的法定代表人；

（十）公司的解散事由与清算办法；

（十一）股东认为需要规定的其他事项。

股东应当在公司章程上签名、盖章。

第二十三条　有限责任公司的注册资本为在公司登记机关登记的全体股东实缴的出资额。

有限责任公司的注册资本不得少于下列最低限额：

（一）以生产经营为主的公司人民币五十万元；

（二）以商品批发为主的公司人民币五十万元；

（三）以商业零售为主的公司人民币三十万元；

（四）科技开发、咨询、服务性公司人民币十万元。

特定行业的有限责任公司注册资本最低限额需高于前款所定限额的，由法律、行政法规另行规定。

第二十四条　股东可以用货币出资，也可以用实物、工业产权、非专利技术、土地使用权作价出资。对作为出资的实物、工业产权、非专利技术或者土地使用权，必须进行评估作价，核实财产，不得高估或者低估作价。土地使用权的评估作价，依照法律、行政法规的规定办理。

以工业产权、非专利技术作价出资的金额不得超过有限责任公司注册资本的百分之二十，国家对采用高新技术成果有特别规定的除外。

第二十五条　股东应当足额缴纳公司章程中规定的各自所认缴的出资额。股东以货币出资的，应当将货币出资足额存入准备设立的有限责任公司在银行开设的临时账户；以实物、工业产权、非专利技术或者土地使用权出资的，应当依法办理其财产权的转移手续。

股东不按照前款规定缴纳所认缴的出资，应当向已足额缴纳出资的股东承担违约责任。

第二十六条　股东全部缴纳出资后，必须经法定的验资机构验资并出具证明。

第二十七条　股东的全部出资经法定的验资机构验资后，由全体股东指定的代表或者共同委托的

代理人向公司登记机关申请设立登记，提交公司登记申请书、公司章程、验资证明等文件。

法律、行政法规规定需要经有关部门审批的，应当在申请设立登记时提交批准文件。

公司登记机关对符合本法规定条件的，予以登记，发给公司营业执照；对不符合本法规定条件的，不予登记。

公司营业执照签发日期，为有限责任公司成立日期。

第二十八条　有限责任公司成立后，发现作为出资的实物、工业产权、非专利技术、土地使用权的实际价额显著低于公司章程所定价额的，应当由交付该出资的股东补交其差额，公司设立时的其他股东对其承担连带责任。

第二十九条　设立有限责任公司的同时设立分公司的，应当就所设分公司向公司登记机关申请登记，领取营业执照。

有限责任公司成立后设立分公司，应当由公司法定代表人向公司登记机关申请登记，领取营业执照。

第三十条　有限责任公司成立后，应当向股东签发出资证明书。

出资证明书应当载明下列事项：

（一）公司名称；

（二）公司登记日期；

（三）公司注册资本；

（四）股东的姓名或者名称、缴纳的出资额和出资日期；

（五）出资证明书的编号和核发日期。

出资证明书由公司盖章。

第三十一条　有限责任公司应当置备股东名册，记载下列事项：

（一）股东的姓名或者名称及住所；

（二）股东的出资额；

（三）出资证明书编号。

第三十二条　股东有权查阅股东会会议记录和公司财务会计报告。

第三十三条　股东按照出资比例分取红利。公司新增资本时，股东可以优先认缴出资。

第三十四条　股东在公司登记后，不得抽回出资。

第三十五条　股东之间可以相互转让其全部出资或者部分出资。

股东向股东以外的人转让其出资时，必须经全体股东过半数同意；不同意转让的股东应当购买该转让的出资，如果不购买该转让的出资，视为同意转让。

经股东同意转让的出资，在同等条件下，其他股东对该出资有优先购买权。

第三十六条　股东依法转让其出资后，由公司将受让人的姓名或者名称、住所以及受让的出资额记载于股东名册。

第二节　组织机构

第三十七条　有限责任公司股东会由全体股东组成，股东会是公司的权力机构，依照本法行使职权。

第三十八条　股东会行使下列职权：

（一）决定公司的经营方针和投资计划；

（二）选举和更换董事，决定有关董事的报酬事项；

（三）选举和更换由股东代表出任的监事，决定有关监事的报酬事项；

（四）审议批准董事会的报告；

（五）审议批准监事会或者监事的报告；

（六）审议批准公司的年度财务预算方案、决算方案；

（七）审议批准公司的利润分配方案和弥补亏损方案；

（八）对公司增加或者减少注册资本作出决议；

（九）对发行公司债券作出决议；

（十）对股东向股东以外的人转让出资作出决议；

（十一）对公司合并、分立、变更公司形式、解散和清算等事项作出决议；

（十二）修改公司章程。

第三十九条　股东会的议事方式和表决程序，除本法有规定的以外，由公司章程规定。

股东会对公司增加或者减少注册资本、分立、合并、解散或者变更公司形式作出决议，必须经代表三分之二以上表决权的股东通过。

第四十条　公司可以修改章程。修改公司章程的决议，必须经代表三分之二以上表决权的股东通过。

第四十一条　股东会会议由股东按照出资比例行使表决权。

第四十二条　股东会的首次会议由出资最多的股东召集和主持，依照本法规定行使职权。

第四十三条　股东会会议分为定期会议和临时会议。

定期会议应当按照公司章程的规定按时召开。代表四分之一以上表决权的股东，三分之一以上董

事,或者监事,可以提议召开临时会议。

有限责任公司设立董事会的,股东会会议由董事会召集,董事长主持;董事长因特殊原因不能履行职务时,由董事长指定的副董事长或者其他董事主持。

第四十四条 召开股东会会议,应当于会议召开十五日以前通知全体股东。

股东会应当对所议事项的决定作成会议记录,出席会议的股东应当在会议记录上签名。

第四十五条 有限责任公司设董事会,其成员为三人至十三人。

两个以上的国有企业或者其他两个以上的国有投资主体投资设立的有限责任公司,其董事会成员中应当有公司职工代表。董事会中的职工代表由公司职工民主选举产生。

董事会设董事长一人,可以设副董事长一至二人。董事长、副董事长的产生办法由公司章程规定。

董事长为公司的法定代表人。

第四十六条 董事会对股东会负责,行使下列职权:

(一)负责召集股东会,并向股东会报告工作;
(二)执行股东会的决议;
(三)决定公司的经营计划和投资方案;
(四)制订公司的年度财务预算方案、决算方案;
(五)制订公司的利润分配方案和弥补亏损方案;
(六)制订公司增加或者减少注册资本的方案;
(七)拟订公司合并、分立、变更公司形式、解散的方案;
(八)决定公司内部管理机构的设置;
(九)聘任或者解聘公司经理(总经理)(以下简称经理),根据经理的提名,聘任或者解聘公司副经理、财务负责人,决定其报酬事项;
(十)制定公司的基本管理制度。

第四十七条 董事任期由公司章程规定,但每届任期不得超过三年。董事任期届满,连选可以连任。

董事在任期届满前,股东会不得无故解除其职务。

第四十八条 董事会会议由董事长召集和主持;董事长因特殊原因不能履行职务时,由董事长指定副董事长或者其他董事召集和主持。三分之一以上董事可以提议召开董事会会议。

第四十九条 董事会的议事方式和表决程序,除本法有规定的以外,由公司章程规定。

召开董事会会议,应当于会议召开十日以前通知全体董事。

董事会应当对所议事项的决定作成会议记录,出席会议的董事应当在会议记录上签名。

第五十条 有限责任公司设经理,由董事会聘任或者解聘。经理对董事会负责,行使下列职权:

(一)主持公司的生产经营管理工作,组织实施董事会决议;
(二)组织实施公司年度经营计划和投资方案;
(三)拟订公司内部管理机构设置方案;
(四)拟订公司的基本管理制度;
(五)制定公司的具体规章;
(六)提请聘任或者解聘公司副经理、财务负责人;
(七)聘任或者解聘除应由董事会聘任或者解聘以外的负责管理人员;
(八)公司章程和董事会授予的其他职权。

经理列席董事会会议。

第五十一条 有限责任公司,股东人数较少和规模较小的,可以设一名执行董事,不设立董事会。执行董事可以兼任公司经理。

执行董事的职权,应当参照本法第四十六条规定,由公司章程规定。

有限责任公司不设董事会的,执行董事为公司的法定代表人。

第五十二条 有限责任公司,经营规模较大的,设立监事会,其成员不得少于三人。监事会应在其组成人员中推选一名召集人。

监事会由股东代表和适当比例的公司职工代表组成,具体比例由公司章程规定。监事会中的职工代表由公司职工民主选举产生。

有限责任公司,股东人数较少和规模较小的,可以设一至二名监事。

董事、经理及财务负责人不得兼任监事。

第五十三条 监事的任期每届为三年。监事任期届满,连选可以连任。

第五十四条 监事会或者监事行使下列职权:

(一)检查公司财务;
(二)对董事、经理执行公司职务时违反法律、法规或者公司章程的行为进行监督;
(三)当董事和经理的行为损害公司的利益时,要求董事和经理予以纠正;
(四)提议召开临时股东会;
(五)公司章程规定的其他职权。

监事列席董事会会议。

第五十五条 公司研究决定有关职工工资、福利、安全生产以及劳动保护、劳动保险等涉及职工切身利益的问题，应当事先听取公司工会和职工的意见，并邀请工会或者职工代表列席有关会议。

第五十六条 公司研究决定生产经营的重大问题、制定重要的规章制度时，应当听取公司工会和职工的意见和建议。

第五十七条 有下列情形之一的，不得担任公司的董事、监事、经理：

（一）无民事行为能力或者限制民事行为能力；

（二）因犯有贪污、贿赂、侵占财产、挪用财产罪或者破坏社会经济秩序罪，被判处刑罚，执行期满未逾五年，或者因犯罪被剥夺政治权利，执行期满未逾五年；

（三）担任因经营不善破产清算的公司、企业的董事或者厂长、经理，并对该公司、企业的破产负有个人责任的，自该公司、企业破产清算完结之日起未逾三年；

（四）担任因违法被吊销营业执照的公司、企业的法定代表人，并负有个人责任的，自该公司、企业被吊销营业执照之日起未逾三年；

（五）个人所负数额较大的债务到期未清偿。

公司违反前款规定选举、委派董事、监事或者聘任经理的，该选举、委派或者聘任无效。

第五十八条 国家公务员不得兼任公司的董事、监事、经理。

第五十九条 董事、监事、经理应当遵守公司章程，忠实履行职务，维护公司利益，不得利用在公司的地位和职权为自己谋取私利。

董事、监事、经理不得利用职权收受贿赂或者其他非法收入，不得侵占公司的财产。

第六十条 董事、经理不得挪用公司资金或者将公司资金借贷给他人。

董事、经理不得将公司资产以其个人名义或者以其他个人名义开立账户存储。

董事、经理不得以公司资产为本公司的股东或者其他个人债务提供担保。

第六十一条 董事、经理不得自营或者为他人经营与其所任职公司同类的营业或者从事损害本公司利益的活动。从事上述营业或者活动的，所得收入应当归公司所有。

董事、经理除公司章程规定或者股东会同意外，不得同本公司订立合同或者进行交易。

第六十二条 董事、监事、经理除依照法律规定或者经股东会同意外，不得泄露公司秘密。

第六十三条 董事、监事、经理执行公司职务时违反法律、行政法规或者公司章程的规定，给公司造成损害的，应当承担赔偿责任。

第三节 国有独资公司

第六十四条 本法所称国有独资公司是指国家授权投资的机构或者国家授权的部门单独投资设立的有限责任公司。

国务院确定的生产特殊产品的公司或者属于特定行业的公司，应当采取国有独资公司形式。

第六十五条 国有独资公司的公司章程由国家授权投资的机构或者国家授权的部门依照本法制定，或者由董事会制订，报国家授权投资的机构或者国家授权的部门批准。

第六十六条 国有独资公司不设股东会，由国家授权投资的机构或者国家授权的部门，授权公司董事会行使股东会的部分职权，决定公司的重大事项，但公司的合并、分立、解散、增减资本和发行公司债券，必须由国家授权投资的机构或者国家授权的部门决定。

第六十七条 国有独资公司监事会主要由国务院或者国务院授权的机构、部门委派的人员组成，并有公司职工代表参加。监事会的成员不得少于三人。监事会行使本法第五十四条第一款第（一）、（二）项规定的职权和国务院规定的其他职权。

监事列席董事会会议。

董事、经理及财务负责人不得兼任监事。

第六十八条 国有独资公司设立董事会，依照本法第四十六条、第六十六条规定行使职权。董事会每届任期为三年。

公司董事会成员为三人至九人，由国家授权投资的机构或者国家授权的部门按照董事会的任期委派或者更换。董事会成员中应当有公司职工代表。董事会中的职工代表由公司职工民主选举产生。

董事会设董事长一人，可以视需要设副董事长。董事长、副董事长，由国家授权投资的机构或者国家授权的部门从董事会成员中指定。

董事长为公司的法定代表人。

第六十九条 国有独资公司设经理，由董事会聘任或者解聘。经理依照本法第五十条规定行使职权。

经国家授权投资的机构或者国家授权的部门同意，董事会成员可以兼任经理。

第七十条 国有独资公司的董事长、副董事长、董事、经理，未经国家授权投资的机构或者国家授权的部门同意，不得兼任其他有限责任公司、股份有限公司或者其他经营组织的负责人。

389  26

第七十一条 国有独资公司的资产转让,依照法律、行政法规的规定,由国家授权投资的机构或者国家授权的部门办理审批和财产权转移手续。

第七十二条 经营管理制度健全、经营状况较好的大型的国有独资公司,可以由国务院授权行使资产所有者的权利。

## 第三章 股份有限公司的设立和组织机构

### 第一节 设 立

第七十三条 设立股份有限公司,应当具备下列条件:

(一)发起人符合法定人数;
(二)发起人认缴和社会公开募集的股本达到法定资本最低限额;
(三)股份发行、筹办事项符合法律规定;
(四)发起人制订公司章程,并经创立大会通过;
(五)有公司名称,建立符合股份有限公司要求的组织机构;
(六)有固定的生产经营场所和必要的生产经营条件。

第七十四条 股份有限公司的设立,可以采取发起设立或者募集设立的方式。

发起设立,是指由发起人认购公司应发行的全部股份而设立公司。

募集设立,是指由发起人认购公司应发行股份的一部分,其余部分向社会公开募集而设立公司。

第七十五条 设立股份有限公司,应当有五人以上为发起人,其中须有过半数的发起人在中国境内有住所。

国有企业改建为股份有限公司的,发起人可以少于五人,但应当采取募集设立方式。

第七十六条 股份有限公司发起人,必须按照本法规定认购其应认购的股份,并承担公司筹办事务。

第七十七条 股份有限公司的设立,必须经过国务院授权的部门或者省级人民政府批准。

第七十八条 股份有限公司的注册资本为在公司登记机关登记的实收股本总额。

股份有限公司注册资本的最低限额为人民币一千万元。股份有限公司注册资本最低限额需高于上述所定限额的,由法律、行政法规另行规定。

第七十九条 股份有限公司章程应当载明下列事项:

(一)公司名称和住所;
(二)公司经营范围;
(三)公司设立方式;
(四)公司股份总数、每股金额和注册资本;
(五)发起人的姓名或者名称、认购的股份数;
(六)股东的权利和义务;
(七)董事会的组成、职权、任期和议事规则;
(八)公司法定代表人;
(九)监事会的组成、职权、任期和议事规则;
(十)公司利润分配办法;
(十一)公司的解散事由与清算办法;
(十二)公司的通知和公告办法;
(十三)股东大会认为需要规定的其他事项。

第八十条 发起人可以用货币出资,也可以用实物、工业产权、非专利技术、土地使用权作价出资。对作为出资的实物、工业产权、非专利技术或者土地使用权,必须进行评估作价,核实财产,并折合为股份。不得高估或者低估作价。土地使用权的评估作价,依照法律、行政法规的规定办理。

发起人以工业产权、非专利技术作价出资的金额不得超过股份有限公司注册资本的百分之二十。

第八十一条 国有企业改建为股份有限公司时,严禁将国有资产低价折股、低价出售或者无偿分给个人。

第八十二条 以发起设立方式设立股份有限公司的,发起人以书面认足公司章程规定发行的股份后,应即缴纳全部股款;以实物、工业产权、非专利技术或者土地使用权抵作股款的,应当依法办理其财产权的转移手续。

发起人交付全部出资后,应当选举董事会和监事会,由董事会向公司登记机关报送设立公司的批准文件、公司章程、验资证明等文件,申请设立登记。

第八十三条 以募集设立方式设立股份有限公司的,发起人认购的股份不得少于公司股份总数的百分之三十五,其余股份应当向社会公开募集。

第八十四条 发起人向社会公开募集股份时,必须向国务院证券管理部门递交募股申请,并报送下列主要文件:

(一)批准设立公司的文件;
(二)公司章程;
(三)经营估算书;
(四)发起人姓名或者名称,发起人认购的股份数、出资种类及验资证明;
(五)招股说明书;
(六)代收股款银行的名称及地址;

（七）承销机构名称及有关的协议。

未经国务院证券管理部门批准，发起人不得向社会公开募集股份。

第八十五条　经国务院证券管理部门批准，股份有限公司可以向境外公开募集股份，具体办法由国务院作出特别规定。

第八十六条　国务院证券管理部门对符合本法规定条件的募股申请，予以批准；对不符合本法规定的募股申请，不予批准。

对已作出的批准如发现不符合本法规定的，应予撤销。尚未募集股份的，停止募集；已经募集的，认股人可以按照所缴股款并加算银行同期存款利息，要求发起人返还。

第八十七条　招股说明书应当附有发起人制订的公司章程，并载明下列事项：

（一）发起人认购的股份数；
（二）每股的票面金额和发行价格；
（三）无记名股票的发行总数；
（四）认股人的权利、义务；
（五）本次募股的起止期限及逾期未募足时认股人可撤回所认股份的说明。

第八十八条　发起人向社会公开募集股份，必须公告招股说明书，并制作认股书。认股书应当载明前条所列事项，由认股人填写所认股数、金额、住所，并签名、盖章。认股人按照所认股数缴纳股款。

第八十九条　发起人向社会公开募集股份，应当由依法设立的证券经营机构承销，签订承销协议。

第九十条　发起人向社会公开募集股份，应当同银行签订代收股款协议。

代收股款的银行应当按照协议代收和保存股款，向缴纳股款的认股人出具收款单据，并负有向有关部门出具收款证明的义务。

第九十一条　发行股份的股款缴足后，必须经法定的验资机构验资并出具证明。发起人应当在三十日内主持召开公司创立大会。创立大会由认股人组成。

发行的股份超过招股说明书规定的截止期限尚未募足的，或者发行股份的股款缴足后，发起人在三十日内未召开创立大会的，认股人可以按照所缴股款并加算银行同期存款利息，要求发起人返还。

第九十二条　发起人应当在创立大会召开十五日前将会议日期通知各认股人或者予以公告。创立大会应有代表股份总数二分之一以上的认股人出席，方可举行。

创立大会行使下列职权：

（一）审议发起人关于公司筹办情况的报告；
（二）通过公司章程；
（三）选举董事会成员；
（四）选举监事会成员；
（五）对公司的设立费用进行审核；
（六）对发起人用于抵作股款的财产的作价进行审核；
（七）发生不可抗力或者经营条件发生重大变化直接影响公司设立的，可以作出不设立公司的决议。

创立大会对前款所列事项作出决议，必须经出席会议的认股人所持表决权的半数以上通过。

第九十三条　发起人、认股人缴纳股款或者交付抵作股款的出资后，除未按期募足股份、发起人未按期召开创立大会或者创立大会决议不设立公司的情形外，不得抽回其股本。

第九十四条　董事会应于创立大会结束后三十日内，向公司登记机关报送下列文件，申请设立登记：

（一）有关主管部门的批准文件；
（二）创立大会的会议记录；
（三）公司章程；
（四）筹办公司的财务审计报告；
（五）验资证明；
（六）董事会、监事会成员姓名及住所；
（七）法定代表人的姓名、住所。

第九十五条　公司登记机关自接到股份有限公司设立登记申请之日起三十日内是否予以登记的决定。对符合本法规定条件的，予以登记，发给公司营业执照；对不符合本法规定条件的，不予登记。

公司营业执照签发日期，为公司成立日期。公司成立后，应当进行公告。

股份有限公司经登记成立后，采取募集设立方式的，应当将募集股份情况报国务院证券管理部门备案。

第九十六条　设立股份有限公司的同时设立分公司的，应当就所设分公司向公司登记机关申请登记，领取营业执照。

股份有限公司成立后设立分公司，应当由公司法定代表人向公司登记机关申请登记，领取营业执照。

第九十七条　股份有限公司的发起人应当承担下列责任：

（一）公司不能成立时，对设立行为所产生的债务和费用负连带责任；

391

（二）公司不能成立时，对认股人已缴纳的股款，负返还股款并加算银行同期存款利息的连带责任；

（三）在公司设立过程中，由于发起人的过失致使公司利益受到损害的，应当对公司承担赔偿责任。

第九十八条　有限责任公司变更为股份有限公司，应当符合本法规定的股份有限公司的条件，并依照本法有关设立股份有限公司的程序办理。

第九十九条　有限责任公司依法经批准变更为股份有限公司时，折合的股份总额应当相等于公司净资产额。有限责任公司依法经批准变更为股份有限公司，为增加资本向社会公开募集股份时，应当依照本法有关向社会公开募集股份的规定办理。

第一百条　有限责任公司依法变更为股份有限公司的，原有限责任公司的债权、债务由变更后的股份有限公司承继。

第一百零一条　股份有限公司应当将公司章程、股东名册、股东大会会议记录、财务会计报告置备于本公司。

## 第二节　股东大会

第一百零二条　股份有限公司由股东组成股东大会。股东大会是公司的权力机构，依照本法行使职权。

第一百零三条　股东大会行使下列职权：

（一）决定公司的经营方针和投资计划；

（二）选举和更换董事，决定有关董事的报酬事项；

（三）选举和更换由股东代表出任的监事，决定有关监事的报酬事项；

（四）审议批准董事会的报告；

（五）审议批准监事会的报告；

（六）审议批准公司的年度财务预算方案、决算方案；

（七）审议批准公司的利润分配方案和弥补亏损方案；

（八）对公司增加或者减少注册资本作出决议；

（九）对发行公司债券作出决议；

（十）对公司合并、分立、解散和清算等事项作出决议；

（十一）修改公司章程。

第一百零四条　股东大会应当每年召开一次年会。有下列情形之一的，应当在二个月内召开临时股东大会：

（一）董事人数不足本法规定的人数或者公司章程所定人数的三分之二时；

（二）公司未弥补的亏损达股本总额三分之一时；

（三）持有公司股份百分之十以上的股东请求时；

（四）董事会认为必要时；

（五）监事会提议召开时。

第一百零五条　股东大会会议上董事会依照本法规定负责召集，由董事长主持。董事长因特殊原因不能履行职务时，由董事长指定的副董事长或者其他董事主持。召开股东大会，应当将会议审议的事项于会议召开三十日以前通知各股东。临时股东大会不得对通知中未列明的事项作出决议。

发行无记名股票的，应当于会议召开四十五日以前就前款事项作出公告。

无记名股票持有人出席股东大会的，应当于会议召开五日以前至股东大会闭会时止将股票交存于公司。

第一百零六条　股东出席股东大会，所持每一股份有一表决权。

股东大会作出决议，必须经出席会议的股东所持表决权的半数以上通过。股东大会对公司合并、分立或者解散公司作出决议，必须经出席会议的股东所持表决权的三分之二以上通过。

第一百零七条　修改公司章程必须经出席股东大会的股东所持表决权的三分之二以上通过。

第一百零八条　股东可以委托代理人出席股东大会，代理人应当向公司提交股东授权委托书，并在授权范围内行使表决权。

第一百零九条　股东大会应当对所议事项的决定作成会议记录，由出席会议的董事签名。会议记录应当与出席股东的签名册及代理出席的委托书一并保存。

第一百一十条　股东有权查阅公司章程、股东大会会议记录和财务会计报告，对公司的经营提出建议或者质询。

第一百一十一条　股东大会、董事会的决议违反法律、行政法规，侵犯股东合法权益的，股东有权向人民法院提起要求停止该违法行为和侵害行为的诉讼。

## 第三节　董事会、经理

第一百一十二条　股份有限公司设董事会，其成员为五人至十九人。

董事会对股东大会负责，行使下列职权：

（一）负责召集股东大会，并向股东大会报告