工作;

（二）执行股东大会的决议;

（三）决定公司的经营计划和投资方案;

（四）制订公司的年度财务预算方案、决算方案;

（五）制订公司的利润分配方案和弥补亏损方案;

（六）制订公司增加或者减少注册资本的方案以及发行公司债券的方案;

（七）拟订公司合并、分立、解散的方案;

（八）决定公司内部管理机构的设置;

（九）聘任或者解聘公司经理，根据经理的提名，聘任或者解聘公司副经理、财务负责人，决定其报酬事项;

（十）制定公司的基本管理制度。

第一百一十三条　董事会设董事长一人，可以设副董事长一至二人。董事长和副董事长由董事会以全体董事的过半数选举产生。

董事长为公司的法定代表人。

第一百一十四条　董事长行使下列职权:

（一）主持股东大会和召集、主持董事会会议;

（二）检查董事会决议的实施情况;

（三）签署公司股票、公司债券。

副董事长协助董事长工作，董事长不能履行职权时，由董事长指定的副董事长代行其职权。

第一百一十五条　董事任期由公司章程规定，但每届任期不得超过三年。董事任期届满，连选可以连任。

董事在任期届满前，股东大会不得无故解除其职务。

第一百一十六条　董事会每年度至少召开二次会议，每次会议应当于会议召开十日以前通知全体董事。

董事会召开临时会议，可以另定召集董事会的通知方式和通知时限。

第一百一十七条　董事会会议应由二分之一以上的董事出席方可举行。董事会作出决议，必须经全体董事的过半数通过。

第一百一十八条　董事会会议，应由董事本人出席。董事因故不能出席，可以书面委托其他董事代为出席董事会，委托书中应载明授权范围。

董事会应当对会议所议事项的决定作成会议记录，出席会议的董事和记录员在会议记录上签名。

董事应当对董事会的决议承担责任。董事会的决议违反法律、行政法规或者公司章程，致使公司遭受严重损失的，参与决议的董事对公司负赔偿责任。但经证明在表决时曾表明异议并记载于会议记录的，该董事可以免除责任。

第一百一十九条　股份有限公司设经理，由董事会聘任或者解聘。经理对董事会负责，行使下列职权:

（一）主持公司的生产经营管理工作，组织实施董事会决议;

（二）组织实施公司年度经营计划和投资方案;

（三）拟订公司内部管理机构设置方案;

（四）拟订公司的基本管理制度;

（五）制定公司的具体规章;

（六）提请聘任或者解聘公司副经理、财务负责人;

（七）聘任或者解聘除应由董事会聘任或者解聘以外的负责管理人员;

（八）公司章程和董事会授予的其他职权。

经理列席董事会会议。

第一百二十条　公司根据需要，可以由董事会授权董事长在董事会闭会期间，行使董事会的部分职权。

公司董事会可以决定，由董事会成员兼任经理。

第一百二十一条　公司研究决定有关职工工资、福利、安全生产以及劳动保护、劳动保险等涉及职工切身利益的问题，应当事先听取公司工会和职工的意见，并邀请工会或者职工代表列席有关会议。

第一百二十二条　公司研究决定生产经营的重大问题、制定重要的规章制度时，应当听取公司工会和职工的意见和建议。

第一百二十三条　董事、经理应当遵守公司章程，忠实履行职务，维护公司利益，不得利用在公司的地位和职权为自己谋取私利。

本法第五十七条至第六十三条有关不得担任董事、经理的规定以及董事、经理义务、责任的规定，适用于股份有限公司的董事、经理。

第四节　监　事　会

第一百二十四条　股份有限公司设监事会，其成员不得少于三人。监事会应在其组成人员中推选一名召集人。

监事会由股东代表和适当比例的公司职工代表组成，具体比例由公司章程规定。监事会中的职工代表由公司职工民主选举产生。

董事、经理及财务负责人不得兼任监事。

第一百二十五条　监事的任期每届为三年。监

事任期届满，连选可以连任。

第一百二十六条 监事会行使下列职权：

（一）检查公司的财务；

（二）对董事、经理执行公司职务时违反法律、法规或者公司章程的行为进行监督；

（三）当董事和经理的行为损害公司的利益时，要求董事和经理予以纠正；

（四）提议召开临时股东大会；

（五）公司章程规定的其他职权。

监事列席董事会会议。

第一百二十七条 监事会的议事方式和表决程序由公司章程规定。

第一百二十八条 监事应当依照法律、行政法规、公司章程，忠实履行监督职责。

本法第五十七条至第五十九条、第六十二条至第六十三条有关不得担任监事的规定以及监事义务、责任的规定，适用于股份有限公司的监事。

## 第四章 股份有限公司的股份发行和转让

### 第一节 股份发行

第一百二十九条 股份有限公司的资本划分为股份，每一股的金额相等。

公司的股份采取股票的形式。股票是公司签发的证明股东所持股份的凭证。

第一百三十条 股份的发行，实行公开、公平、公正的原则，必须同股同权，同股同利。

同次发行的股票，每股的发行条件和价格应当相同。任何单位或者个人所认购的股份，每股应当支付相同价额。

第一百三十一条 股票发行价格可以按票面金额，也可以超过票面金额，但不得低于票面金额。

以超过票面金额为股票发行价格的，须经国务院证券管理部门批准。

以超过票面金额发行股票所得溢价款列入公司资本公积金。

股票溢价发行的具体管理办法由国务院另行规定。

第一百三十二条 股票采用纸面形式或者国务院证券管理部门规定的其他形式。

股票应当载明下列主要事项：

（一）公司名称；

（二）公司登记成立的日期；

（三）股票种类、票面金额及代表的股份数；

（四）股票的编号。

股票由董事长签名，公司盖章。

发起人的股票，应当标明发起人股票字样。

第一百三十三条 公司向发起人、国家授权投资的机构、法人发行的股票，应当为记名股票，并应当记载该发起人、机构或者法人的名称，不得另立户名或者以代表人姓名记名。

对社会公众发行的股票，可以为记名股票，也可以为无记名股票。

第一百三十四条 公司发行记名股票的，应当置备股东名册，记载下列事项：

（一）股东的姓名或者名称及住所；

（二）各股东所持股份数；

（三）各股东所持股票的编号；

（四）各股东取得其股份的日期。

发行无记名股票的，公司应当记载其股票数量、编号及发行日期。

第一百三十五条 国务院可以对公司发行本法规定的股票以外的其他种类的股票，另行作出规定。

第一百三十六条 股份有限公司登记成立后，即向股东正式交付股票。公司登记成立前不得向股东交付股票。

第一百三十七条 公司发行新股，必须具备下列条件：

（一）前一次发行的股份已募足，并间隔一年以上；

（二）公司在最近三年内连续盈利，并可向股东支付股利；

（三）公司在最近三年内财务会计文件无虚假记载；

（四）公司预期利润率可达同期银行存款利率。

公司以当年利润分派新股，不受前款第（二）项限制。

第一百三十八条 公司发行新股，股东大会应当对下列事项作出决议：

（一）新股种类及数额；

（二）新股发行价格；

（三）新股发行的起止日期；

（四）向原有股东发行新股的种类及数额。

第一百三十九条 股东大会作出发行新股的决议后，董事会必须向国务院授权的部门或者省级人民政府申请批准。属于向社会公开募集的，须经国务院证券管理部门批准。

第一百四十条 公司经批准向社会公开发行新股时，必须公告新股招股说明书和财务会计报表及附属明细表，并制作认股书。

公司向社会公开发行新股，应当由依法设立的

31

证券经营机构承销，签订承销协议。

　　第一百四十一条　公司发行新股，可根据公司连续盈利情况和财产增值情况，确定其作价方案。

　　第一百四十二条　公司发行新股募足股款后，必须向公司登记机关办理变更登记，并公告。

## 第二节　股份转让

　　第一百四十三条　股东持有的股份可以依法转让。

　　第一百四十四条　股东转让其股份，必须在依法设立的证券交易场所进行。

　　第一百四十五条　记名股票，由股东以背书方式或者法律、行政法规规定的其他方式转让。

　　记名股票的转让，由公司将受让人的姓名或者名称及住所记载于股东名册。

　　股东大会召开前三十日内或者公司决定分配股利的基准日前五日内，不得进行前款规定的股东名册的变更登记。

　　第一百四十六条　无记名股票的转让，由股东在依法设立的证券交易场所将该股票交付给受让人后即发生转让的效力。

　　第一百四十七条　发起人持有的本公司股份，自公司成立之日起三年内不得转让。

　　公司董事、监事、经理应当向公司申报所持有的本公司的股份，并在任职期间内不得转让。

　　第一百四十八条　国家授权投资的机构可以依法转让其持有的股份，也可以购买其他股东持有的股份。转让或者购买股份的审批权限、管理办法，由法律、行政法规另行规定。

　　第一百四十九条　公司不得收购本公司的股票，但为减少公司资本而注销股份或者与持有本公司股票的其他公司合并时除外。

　　公司依照前款规定收购本公司的股票后，必须在十日内注销该部分股份，依照法律、行政法规办理变更登记，并公告。

　　公司不得接受本公司的股票作为抵押权的标的。

　　第一百五十条　记名股票被盗、遗失或者灭失，股东可以依照民事诉讼法规定的公示催告程序，请求人民法院宣告该股票失效。

　　依照公示催告程序，人民法院宣告该股票失效后，股东可以向公司申请补发股票。

## 第三节　上市公司

　　第一百五十一条　本法所称上市公司是指所发行的股票经国务院或者国务院授权证券管理部门批准在证券交易所上市交易的股份有限公司。

　　第一百五十二条　股份有限公司申请其股票上市必须符合下列条件：

　　（一）股票经国务院证券管理部门批准已向社会公开发行；

　　（二）公司股本总额不少于人民币五千万元；

　　（三）开业时间在三年以上，最近三年连续盈利；原国有企业依法改建而设立的，或者本法实施后新组建成立，其主要发起人为国有大中型企业的，可连续计算；

　　（四）持有股票面值达人民币一千元以上的股东人数不少于一千人，向社会公开发行的股份达公司股份总数的百分之二十五以上；公司股本总额超过人民币四亿元的，其向社会公开发行股份的比例为百分之十五以上；

　　（五）公司在最近三年内无重大违法行为，财务会计报告无虚假记载；

　　（六）国务院规定的其他条件。

　　第一百五十三条　股份有限公司申请其股票上市交易，应当报经国务院或者国务院授权证券管理部门批准，依照有关法律、行政法规的规定报送有关文件。

　　国务院或者国务院授权证券管理部门对符合本法规定条件的股票上市交易申请，予以批准；对不符合本法规定条件的，不予批准。

　　股票上市交易申请经批准后，被批准的上市公司必须公告其股票上市报告，并将其申请文件存放在指定的地点供公众查阅。

　　第一百五十四条　经批准的上市公司的股份，依照有关法律、行政法规上市交易。

　　第一百五十五条　经国务院证券管理部门批准，公司股票可以到境外上市，具体办法由国务院作出特别规定。

　　第一百五十六条　上市公司必须按照法律、行政法规的规定，定期公开其财务状况和经营情况，在每会计年度内半年公布一次财务会计报告。

　　第一百五十七条　上市公司有下列情形之一的，由国务院证券管理部门决定暂停其股票上市：

　　（一）公司股本总额、股权分布等发生变化不再具备上市条件；

　　（二）公司不按规定公开其财务状况，或者对财务会计报告作虚假记载；

　　（三）公司有重大违法行为；

　　（四）公司最近三年连续亏损。

　　第一百五十八条　上市公司有前条第（二）项、第（三）项所列情形之一经查实后果严重的，

或者有前条第（一）项、第（四）项所列情形之一，在限期内未能消除，不具备上市条件的，由国务院证券管理部门决定终止其股票上市。

公司决议解散、被行政主管部门依法责令关闭或者被宣告破产的，由国务院证券管理部门决定终止其股票上市。

## 第五章　公司债券

第一百五十九条　股份有限公司、国有独资公司和两个以上的国有企业或者其他两个以上的国有投资主体投资设立的有限责任公司，为筹集生产经营资金，可以依照本法发行公司债券。

第一百六十条　本法所称公司债券是指公司依照法定程序发行的、约定在一定期限还本付息的有价证券。

第一百六十一条　发行公司债券，必须符合下列条件：

（一）股份有限公司的净资产额不低于人民币三千万元，有限责任公司的净资产额不低于人民币六千万元；

（二）累计债券总额不超过公司净资产额的百分之四十；

（三）最近三年平均可分配利润足以支付公司债券一年的利息；

（四）筹集的资金投向符合国家产业政策；

（五）债券的利率不得超过国务院限定的利率水平；

（六）国务院规定的其他条件。

发行公司债券筹集的资金，必须用于审批机关批准的用途，不得用于弥补亏损和非生产性支出。

第一百六十二条　凡有下列情形之一的，不得再次发行公司债券：

（一）前一次发行的公司债券尚未募足的；

（二）对已发行的公司债券或者其债务有违约或者延迟支付本息的事实，且仍处于继续状态的。

第一百六十三条　股份有限公司、有限责任公司发行公司债券，由董事会制订方案，股东会作出决议。

国有独资公司发行公司债券，应由国家授权投资的机构或者国家授权的部门作出决定。

依照前二款规定作出决议或者决定后，公司应当向国务院证券管理部门报请批准。

第一百六十四条　公司债券的发行规模由国务院确定。国务院证券管理部门审批公司债券的发行，不得超过国务院确定的规模。

国务院证券管理部门对符合本法规定的发行公司债券的申请，予以批准；对不符合本法规定的申请，不予批准。

对已作出的批准如发现不符合本法规定的，应予撤销。尚未发行公司债券的，停止发行；已经发行公司债券的，发行的公司应当向认购人退还所缴款项并加算银行同期存款利息。

第一百六十五条　公司向国务院证券管理部门申请批准发行公司债券，应当提交下列文件：

（一）公司登记证明；

（二）公司章程；

（三）公司债券募集办法；

（四）资产评估报告和验资报告。

第一百六十六条　发行公司债券的申请经批准后，应当公告公司债券募集办法。

公司债券募集办法中应当载明下列主要事项：

（一）公司名称；

（二）债券总额和债券的票面金额；

（三）债券的利率；

（四）还本付息的期限和方式；

（五）债券发行的起止日期；

（六）公司净资产额；

（七）已发行的尚未到期的公司债券总额；

（八）公司债券的承销机构。

第一百六十七条　公司发行公司债券，必须在债券上载明公司名称、债券票面金额、利率、偿还期限等事项，并由董事长签名，公司盖章。

第一百六十八条　公司债券可分为记名债券和无记名债券。

第一百六十九条　公司发行公司债券应当置备公司债券存根簿。

发行记名公司债券的，应当在公司债券存根簿上载明下列事项：

（一）债券持有人的姓名或者名称及住所；

（二）债券持有人取得债券的日期及债券的编号；

（三）债券总额，债券的票面金额，债券的利率，债券的还本付息的期限和方式；

（四）债券的发行日期。

发行无记名公司债券的，应当在公司债券存根簿上载明债券总额、利率、偿还期限和方式、发行日期及债券的编号。

第一百七十条　公司债券可以转让。转让公司债券应当在依法设立的债券交易场所进行。

公司债券的转让价格由转让人与受让人约定。

第一百七十一条　记名债券，由债券持有人以背书方式或者法律、行政法规规定的其他方式转

让。

记名债券的转让，由公司将受让人的姓名或者名称及住所记载于公司债券存根簿。

无记名债券，由债券持有人在依法设立的证券交易场所将该债券交付给受让人后即发生转让的效力。

第一百七十二条　上市公司经股东大会决议可以发行可转换为股票的公司债券，并在公司债券募集办法中规定具体的转换办法。

发行可转换为股票的公司债券，应当报请国务院证券管理部门批准。公司债券可转换为股票的，除具备发行公司债券的条件外，还应当符合股票发行的条件。

发行可转换为股票的公司债券，应当在债券上标明可转换公司债券字样，并在公司债券存根簿上载明可转换公司债券的数额。

第一百七十三条　发行可转换为股票的公司债券的，公司应当按照其转换办法向债券持有人换发股票，但债券持有人对转换股票或者不转换股票有选择权。

## 第六章　公司财务、会计

第一百七十四条　公司应当依照法律、行政法规和国务院财政主管部门的规定建立本公司的财务、会计制度。

第一百七十五条　公司应当在每一会计年度终了时制作财务会计报告，并依法经审查验证。

财务会计报告应当包括下列财务会计报表及附属明细表：

（一）资产负债表；
（二）损益表；
（三）财务状况变动表；
（四）财务情况说明书；
（五）利润分配表。

第一百七十六条　有限责任公司应当按照公司章程规定的期限将财务会计报告送交各股东。

股份有限公司的财务会计报告应当在召开股东大会年会的二十日以前置备于本公司，供股东查阅。

以募集设立方式成立的股份有限公司必须公告其财务会计报告。

第一百七十七条　公司分配当年税后利润时，应当提取利润的百分之十列入公司法定公积金，并提取利润的百分之五至百分之十列入公司法定公益金。公司法定公积金累计额为公司注册资本的百分之五十以上的，可不再提取。

公司的法定公积金不足以弥补上一年度公司亏损的，在依照前款规定提取法定公积金和法定公益金之前，应当先用当年利润弥补亏损。

公司在从税后利润中提取法定公积金后，经股东会决议，可以提取任意公积金。

公司弥补亏损和提取公积金、法定公益金后所余利润，有限责任公司按照股东的出资比例分配，股份有限公司按照股东持有的股份比例分配。

股东会或者董事会违反前款规定，在公司弥补亏损和提取公积金、法定公益金之前向股东分配利润的，必须将违反规定分配的利润退还公司。

第一百七十八条　股份有限公司依照本法规定，以超过股票票面金额的发行价格发行股份所得的溢价款以及国务院财政主管部门规定列入资本公积金的其他收入，应当列为公司资本公积金。

第一百七十九条　公司的公积金用于弥补公司的亏损，扩大公司生产经营或者转为增加公司资本。

股份有限公司经股东大会决议将公积金转为资本时，按股东原有股份比例派送新股或者增加每股面值。但法定公积金转为资本时，所留存的该项公积金不得少于注册资本的百分之二十五。

第一百八十条　公司提取的法定公益金用于本公司职工的集体福利。

第一百八十一条　公司除法定的会计账册外，不得另立会计账册。

对公司资产，不得以任何个人名义开立账户存储。

## 第七章　公司合并、分立

第一百八十二条　公司合并或者分立，应当由公司的股东会作出决议。

第一百八十三条　股份有限公司合并或者分立，必须经国务院授权的部门或者省级人民政府批准。

第一百八十四条　公司合并可以采取吸收合并和新设合并两种形式。

一个公司吸收其他公司为吸收合并，被吸收的公司解散。二个以上公司合并设立一个新的公司为新设合并，合并各方解散。

公司合并，应当由合并各方签订合并协议，并编制资产负债表及财产清单。公司应当自作出合并决议之日起十日内通知债权人，并于三十日内在报纸上至少公告三次。债权人自接到通知书之日起三十日内，未接到通知书的自第一次公告之日起九十日内，有权要求公司清偿债务或者提供相应的担

保。不清偿债务或者不提供相应的担保的，公司不得合并。

公司合并时，合并各方的债权、债务，应当由合并后存续的公司或者新设的公司承继。

第一百八十五条　公司分立，其财产作相应的分割。

公司分立时，应当编制资产负债表及财产清单。公司应当自作出分立决议之日起十日内通知债权人，并于三十日内在报纸上至少公告三次。债权人自接到通知书之日起三十日内，未接到通知书的自第一次公告之日起九十日内，有权要求公司清偿债务或者提供相应的担保。不清偿债务或者不提供相应的担保的，公司不得分立。

公司分立前的债务按所达成的协议由分立后的公司承担。

第一百八十六条　公司需要减少注册资本时，必须编制资产负债表及财产清单。

公司应当自作出减少注册资本决议之日起十日内通知债权人，并于三十日内在报纸上至少公告三次。债权人自接到通知书之日起三十日内，未接到通知书的自第一次公告之日起九十日内，有权要求公司清偿债务或者提供相应的担保。

公司减少资本后的注册资本不得低于法定的最低限额。

第一百八十七条　有限责任公司增加注册资本时，股东认缴新增资本的出资，按照本法设立有限责任公司缴纳出资的有关规定执行。

股份有限公司为增加注册资本发行新股时，股东认购新股应当按照本法设立股份有限公司缴纳股款的有关规定执行。

第一百八十八条　公司合并或者分立，登记事项发生变更的，应当依法向公司登记机关办理变更登记；公司解散的，应当依法办理公司注销登记；设立新公司的，应当依法办理公司设立登记。

公司增加或者减少注册资本，应当依法向公司登记机关办理变更登记。

## 第八章　公司破产、解散和清算

第一百八十九条　公司因不能清偿到期债务，被依法宣告破产的，由人民法院依照有关法律的规定，组织股东、有关机关及有关专业人员成立清算组，对公司进行破产清算。

第一百九十条　公司有下列情形之一的，可以解散：

（一）公司章程规定的营业期限届满或者公司章程规定的其他解散事由出现时；

（二）股东会决议解散；

（三）因公司合并或者分立需要解散的。

第一百九十一条　公司依照前条第（一）项、第（二）项规定解散的，应当在十五日内成立清算组，有限责任公司的清算组由股东组成，股份有限公司的清算组由股东大会确定其人选；逾期不成立清算组进行清算的，债权人可以申请人民法院指定有关人员组成清算组，进行清算。人民法院应当受理该申请，并及时指定清算组成员，进行清算。

第一百九十二条　公司违反法律、行政法规被依法责令关闭的，应当解散，由有关主管机关组织股东、有关机关及有关专业人员成立清算组，进行清算。

第一百九十三条　清算组在清算期间行使下列职权：

（一）清理公司财产，分别编制资产负债表和财产清单；

（二）通知或者公告债权人；

（三）处理与清算有关的公司未了结的业务；

（四）清缴所欠税款；

（五）清理债权、债务；

（六）处理公司清偿债务后的剩余财产；

（七）代表公司参与民事诉讼活动。

第一百九十四条　清算组应当自成立之日起十日内通知债权人，并于六十日内在报纸上至少公告三次。债权人应当自接到通知书之日起三十日内，未接到通知书的自第一次公告之日起九十日内，向清算组申报其债权。

债权人申报其债权，应当说明债权的有关事项，并提供证明材料。清算组应当对债权进行登记。

第一百九十五条　清算组在清理公司财产、编制资产负债表和财产清单后，应当制定清算方案，并报股东会或者有关主管机关确认。

公司财产能够清偿公司债务的，分别支付清算费用、职工工资和劳动保险费用，缴纳所欠税款，清偿公司债务。

公司财产按前款规定清偿后的剩余财产，有限责任公司按照股东的出资比例分配，股份有限公司按照股东持有的股份比例分配。

清算期间，公司不得开展新的经营活动。公司财产在未按第二款的规定清偿前，不得分配给股东。

第一百九十六条　因公司解散而清算，清算组在清理公司财产、编制资产负债表和财产清单后，发现公司财产不足清偿债务的，应当立即向人民法

院申请宣告破产。

公司经人民法院裁定宣告破产后，清算组应当将清算事务移交给人民法院。

第一百九十七条　公司清算结束后，清算组应当制作清算报告，报股东会或者有关主管机关确认，并报送公司登记机关，申请注销公司登记，公告公司终止。不申请注销公司登记的，由公司登记机关吊销其公司营业执照，并予以公告。

第一百九十八条　清算组成员应当忠于职守，依法履行清算义务。

清算组成员不得利用职权收受贿赂或者其他非法收入，不得侵占公司财产。

清算组成员因故意或者重大过失给公司或者债权人造成损失的，应当承担赔偿责任。

## 第九章　外国公司的分支机构

第一百九十九条　外国公司依照本法规定可以在中国境内设立分支机构，从事生产经营活动。

本法所称外国公司是指依照外国法律在中国境外登记成立的公司。

第二百条　外国公司在中国境内设立分支机构，必须向中国主管机关提出申请，并提交其公司章程、所属国的公司登记证书等有关文件，经批准后，向公司登记机关依法办理登记，领取营业执照。

外国公司分支机构的审批办法由国务院另行规定。

第二百零一条　外国公司在中国境内设立分支机构，必须在中国境内指定负责该分支机构的代表人或者代理人，并向该分支机构拨付与其所从事的活动相适应的资金。

对外国公司分支机构的经营资金需要规定最低限额的，由国务院另行规定。

第二百零二条　外国公司的分支机构应当在其名称中标明该外国公司的国籍及责任形式。

外国公司的分支机构应当在本机构中置备该外国公司章程。

第二百零三条　外国公司属于外国法人，其在中国境内设立的分支机构不具有中国法人资格。

外国公司对其分支机构在中国境内进行经营活动承担民事责任。

第二百零四条　经批准设立的外国公司分支机构，在中国境内从事业务活动，必须遵守中国的法律，不得损害中国的社会公共利益，其合法权益受中国法律保护。

第二百零五条　外国公司撤销其在中国境内的分支机构时，必须依法清偿债务，按照本法有关公司清算程序的规定进行清算。未清偿债务之前，不得将其分支机构的财产移至中国境外。

## 第十章　法律责任

第二百零六条　违反本法规定，办理公司登记时虚报注册资本、提交虚假证明文件或者采取其他欺诈手段隐瞒重要事实取得公司登记的，责令改正，对虚报注册资本的公司，处以虚报注册资本金额百分之五以上百分之十以下的罚款；对提交虚假证明文件或者采取其他欺诈手段隐瞒重要事实的公司，处以一万元以上十万元以下的罚款；情节严重的，撤销公司登记。构成犯罪的，依法追究刑事责任。

第二百零七条　制作虚假的招股说明书、认股书、公司债券募集办法发行股票或者公司债券的，责令停止发行，退还所募资金及其利息，处以非法募集资金金额百分之一以上百分之五以下的罚款。构成犯罪的，依法追究刑事责任。

第二百零八条　公司的发起人、股东未交付货币、实物或者未转移财产权，虚假出资，欺骗债权人和社会公众的，责令改正，处以虚假出资金额百分之五以上百分之十以下的罚款。构成犯罪的，依法追究刑事责任。

第二百零九条　公司的发起人、股东在公司成立后，抽逃其出资的，责令改正，处以所抽逃出资金额百分之五以上百分之十以下的罚款。构成犯罪的，依法追究刑事责任。

第二百一十条　未经本法规定的有关主管部门的批准，擅自发行股票或者公司债券的，责令停止发行，退还所募资金及其利息，处以非法所募资金金额百分之一以上百分之五以下的罚款。构成犯罪的，依法追究刑事责任。

第二百一十一条　公司违反本法规定，在法定的会计账册以外另立会计账册的，责令改正，处以一万元以上十万元以下的罚款。构成犯罪的，依法追究刑事责任。

将公司资产以任何个人名义开立账户存储的，没收违法所得，并处以违法所得一倍以上五倍以下的罚款。构成犯罪的，依法追究刑事责任。

第二百一十二条　公司向股东和社会公众提供虚假的或者隐瞒重要事实的财务会计报告的，对直接负责的主管人员和其他直接责任人员处以一万元以上十万元以下的罚款。构成犯罪的，依法追究刑事责任。

第二百一十三条　违反本法规定，将国有资产

低价折股、低价出售或者无偿分给个人的，对直接负责的主管人员和其他直接责任人员依法给予行政处分。构成犯罪的，依法追究刑事责任。

第二百一十四条　董事、监事、经理利用职权收受贿赂、其他非法收入或者侵占公司财产的，没收违法所得，责令退还公司财产，由公司给予处分。构成犯罪的，依法追究刑事责任。

董事、经理挪用公司资金或者将公司资金借贷给他人的，责令退还公司的资金，由公司给予处分，将其所得收入归公司所有。构成犯罪的，依法追究刑事责任。

董事、经理违反本法规定，以公司资产为本公司的股东或者其他个人债务提供担保的，责令取消担保，并依法承担赔偿责任，将违法提供担保取得的收入归公司所有。情节严重的，由公司给予处分。

第二百一十五条　董事、经理违反本法规定自营或者为他人经营与其所任职公司同类的营业的，除将其所得收入归公司所有外，并可由公司给予处分。

第二百一十六条　公司不按照本法规定提取法定公积金、法定公益金的，责令如数补足应当提取的金额，并可对公司处以一万元以上十万元以下的罚款。

第二百一十七条　公司在合并、分立、减少注册资本或者进行清算时，不按照本法规定通知或者公告债权人的，责令改正，对公司处以一万元以上十万元以下的罚款。

公司在进行清算时，隐匿财产，对资产负债表或者财产清单作虚伪记载或者未清偿债务前分配公司财产的，责令改正，对公司处以隐匿财产或者未清偿债务前分配公司财产金额百分之一以上百分之五以下的罚款。对直接负责的主管人员和其他直接责任人员处以一万元以上十万元以下的罚款。构成犯罪的，依法追究刑事责任。

第二百一十八条　清算组不按照本法规定向公司登记机关报送清算报告，或者报送清算报告隐瞒重要事实或者有重大遗漏的，责令改正。

清算组成员利用职权徇私舞弊、谋取非法收入或者侵占公司财产的，责令退还公司财产，没收违法所得，并可处以违法所得一倍以上五倍以下的罚款。构成犯罪的，依法追究刑事责任。

第二百一十九条　承担资产评估、验资或者验证的机构提供虚假证明文件的，没收违法所得，处以违法所得一倍以上五倍以下的罚款，并可由有关主管部门依法责令该机构停业，吊销直接责任人员

400

的资格证书。构成犯罪的，依法追究刑事责任。

承担资产评估、验资或者验证的机构因过失提供有重大遗漏的报告的，责令改正，情节较重的，处以所得收入一倍以上三倍以下的罚款，并可由有关主管部门依法责令该机构停业，吊销直接责任人员的资格证书。

第二百二十条　国务院授权的有关主管部门，对不符合本法规定条件的设立公司的申请予以批准，或者对不符合本法规定条件的股份发行的申请予以批准，情节严重的，对直接负责的主管人员和其他直接责任人员，依法给予行政处分。构成犯罪的，依法追究刑事责任。

第二百二十一条　国务院证券管理部门对不符合本法规定条件的募集股份、股票上市和债券发行的申请予以批准，情节严重的，对直接负责的主管人员和其他直接责任人员，依法给予行政处分。构成犯罪的，依法追究刑事责任。

第二百二十二条　公司登记机关对不符合本法规定条件的登记申请予以登记，情节严重的，对直接负责的主管人员和其他直接责任人员，依法给予行政处分。构成犯罪的，依法追究刑事责任。

第二百二十三条　公司登记机关的上级部门强令公司登记机关对不符合本法规定条件的登记申请予以登记的，或者对违法登记进行包庇的，对直接负责的主管人员和其他直接责任人员依法给予行政处分。构成犯罪的，依法追究刑事责任。

第二百二十四条　未依法登记为有限责任公司或者股份有限公司，而冒用有限责任公司或者股份有限公司名义的，责令改正或者予以取缔，并可处以一万元以上十万元以下的罚款。构成犯罪的，依法追究刑事责任。

第二百二十五条　公司成立后无正当理由超过六个月未开业的，或者开业后自行停业连续六个月以上的，由公司登记机关吊销其公司营业执照。

公司登记事项发行变更时，未按照本法规定办理有关变更登记的，责令限期登记，逾期不登记的，处以一万元以上十万元以下的罚款。

第二百二十六条　外国公司违反本法规定，擅自在中国境内设立分支机构的，责令改正或者关闭，并可处以一万元以上十万元以下的罚款。

第二百二十七条　依照本法履行审批职责的有关主管部门，对符合法定条件的申请，不予批准的，或者公司登记机关对符合法定条件的申请，不予登记的，当事人可以依法申请复议或者提起行政诉讼。

第二百二十八条　公司违反本法规定，应当承

37

担民事赔偿责任和缴纳罚款、罚金的，其财产不足以支付时，先承担民事赔偿责任。

## 第十一章 附 则

第二百二十九条 本法施行前依照法律、行政法规、地方性法规和国务院有关主管部门制定的《有限责任公司规范意见》、《股份有限公司规范意见》登记成立的公司，继续保留，其中不完全具备

本法规定的条件的，应当在规定的限期内达到本法规定的条件。具体实施办法，由国务院另行规定。

属于高新技术的股份有限公司，发起人以工业产权和非专利技术作价出资的金额占公司注册资本的比例，公司发行新股、申请股票上市的条件，由国务院另行规定。

第二百三十条 本法自一九九四年七月一日起施行。

38