EXHIBITS TO DECLARATION OF SONG DIHUANG

EXHIBIT 7



| English

| ▶公司概况 | ▼多元杭钢 | ▶文化杭钢 | ▶绿色杭钢 | ▶杭钢股份 | ▶产品营销 | | ▶综合动态 |
|---|---|---|---|---|---|---|---|
| 杭钢简介 ◎ | ◎ 置业集团 | 企业标志 ◎ | 环保概况 ◎ | 股份公司概况 | 销售简介 ◎ | | 领导关怀 ◎ |
| 团领导 ◎ 荣 | ◎ 商贸集团 ◎ 旅 | 企业理念 ◎ 成 | 环保动态 ◎ 环 | ◎ 新闻中心 ◎ | 组织机构 ◎ 驻 | ▶设备商务 | 领导讲话 ◎ 集 |
| 誉与资质 ◎ 组 | 业集团 ◎ 环保 | 果展示 ◎ 专题 | 保管理 ◎ 污染 | 生产经营 ◎ 投 | 外机构 ◎ 服务 | 设备简介 ◎ | 团新闻 ◎ 数字 |
| 织结构 ◎ 大事 | 产业 ◎ 教育产 | 荟萃 ◎ 杭钢组 | 治理 ◎ 厂容环 | 资者关系 ◎ 信 | 理念 ◎ 产品总 | 招标信息 ◎ 调 | 钢城 ◎ 管理创 |
| 记 | 业 ◎ 科研设计 | 歌 ◎ 视频播放 | 境 ◎ 工业旅游 | 息披露 | 览 ◎ 产品荣誉 | 剂信息 | 新 ◎ 技术创新 |
| | ◎ 黄金产业 | | | | ◎ 售后服务 | | ◎ 行业动态 |
| | 合作项目 | | | | | | |

http://www.hzsteel.com/web/news_detail.asp?FirstKind=MT_00002_100017459&KindID=MT_00002_100017459&ID=MT_B0001_100349509

### 杭州杭钢对外经济贸易有限公司

发布日期：2004-11-25    来源：

杭州杭钢对外经济贸易有限公司(www.hgwm.com)隶属于杭州钢铁集团公司,于1998年5月经国家外经贸部批准成立。公司经营范围为：经营和代理除国家限定公司经营或禁止进出口的商品及技术以外的各类商品及技术的进出口业务。

富春有限公司是浙江省人民政府于1986年4月在香港设立的窗口公司,主要从事投资和进出口贸易业务,同时承担部分政府职能。为理顺省驻外企业管理体制,更好地发挥其窗口的优势作用,1999年11月份,浙江省人民政府决定由杭州钢铁集团公司接管富春有限公司,使该公司成为浙江省驻香港联系公司和杭州钢铁集团公司在香港的窗口公司。

鉴于杭州杭钢对外经济贸易有限公司和富春有限公司在业务运作和管理上的互补性,为提高整体经济效益和工作效率,自2003年起,两公司推行一体化运作模式。经过近两年时间的探索和实践,在领导职能、组织架构、人员调配、资金融通、物资流通等方面都实现了一体化,使公司整体经济效益和工作效率得到显著提高。

公司以杭州钢铁集团公司为依托,实行多元化、多模式、跨行业经营。主要贸易品种包括矿产品、金属材料、化工原料、纸浆、废金属、木材、机械设备等,年进出口额超过3亿美元。在不断拓展贸易业务的同时,公司积极参与国内外项目投资,形成了以房地产业务为主,船务、环保、酒店业为辅的投资体系,其中由富春有限公司控股成立的深圳富春东方（集团）有限公司,其投资开发的房地产项目遍及深圳、厦门、杭州、南京、海南、武汉等地区,在国内房地产业较好地树立了"杭钢置业-富春东方"品牌。

公司大力弘扬"以杭钢精神开拓、创新、发展"的企业精神,牢固树立"尽职敬业、完善自我、奉献社会"的企业价值观,积极奉行"诚信共赢、精益求精"的经营理念。公司的发展目标是努力发展成为具有相当经营实力、相当经营规模、相当管理水平,浙江省最具竞争力的集团性外贸企业之一。

公司热忱欢迎海内外贸易界和实业界同仁与我们真诚合作、共同发展。

(free translation of the website page of Hangzhou Iron & Steel Group Co.)

http://www.hzsteel.com/web/news_detail.asp?FirstKind=MT_00002_100017459&KindID=MT_0 0002_100017459&ID=MT_B0001_100349509

Zhejiang Fuchuen Co. Ltd was a "Window Company" established in Hong Kong by the People's Government of Zhejiang Province in April 1986. It mainly engaged in investment and import-export operations, whilst it simultaneously burdened some of the responsibilities of the government. In order to put the administration system of the oversea enterprises in good order, and give full play to its advantages as the "Window", in November 1999, the People's Government of Zhejiang Province decided that Zhejiang Fuchuen Co. Ltd be taken over by Hangzhou Iron & Steel Group Company, thus making the company a liaison company in Hong Kong of Zhejiang Province and a "Window Company" in Hong Kong of Hangzhou Iron & Steel Group Company.

In light of the complementary advantages between Hangzhou Hanggang Foreign Economic Relations and Trade Co. Ltd and Zhejiang Fuchuen Co. Ltd in respect of business operation and management, and in order to enhance the economic benefits and working efficiency on the whole scale, the two companies have pushed forward the integrative operating mode since 2003. After the exploration and practices within almost two years, the integration has been implemented in respect of leadership function, organization structure, personnel assignment, capital mobilization, material flow and so on, thus remarkably enhancing the economic benefits and working efficiency of the company on the whole scale.

Relying on Hangzhou Iron & Steel Group Company, the company is now engaging in diversified, multi-mode and trans-industrial business operations, with main trading objects including mineral products, metal materials, chemical products, paper pulp, scrap metal, timber, machinery equipment, etc., with the annual import-export trade amounting to over 300 million US dollars. At the same time of exploring trade business, the company actively participates in investment both domestic and oversea and has formed an investment system mainly basing on real estate business and supplementarily on shipping, environmental and hotel business. Shenzhen Fuchuen Oriental (Group) Co. Ltd, established by Zhejiang Fuchuen Co. Ltd, which is also holding the majority of its shares, invested in real estate projects all over Shenzhen, Xiamen, Hangzhou, Nanjing, Hainan, Wuhai and so on, well establishing the "Hanggang Real Estate-- Fuchuen Oriental" brand in domestic real estate industry.

The company strongly supports the enterprise spirit as "Explore, Create and Develop by HangGang Spirit", firmly builds the enterprise value as "Devotion to the job, Perfection of ourselves and Contribution to the society", and actively adopts the business concept as "Honesty, Credibility and Constantly improvement". The goal of the company is trying to be one of the most competitive foreign-trading group enterprises in Zhejiang Province with considerable business strength, business scale and management level.

The company sincerely welcomes friends in trading and industrial businesses both domestic and oversea to cooperate genuinely with us and develop together.