# EXHIBIT 3



Incorporating WSmiths

Direct line: 852 3656 6010
Direct Email: duncan.smith@ogier.com

23 July 2007

Mr Paul Rodgers
RODGERS & CO SOLICITORS (ASIA) PTE LTD
5 Shenton Way #19-01, UIC Building
Singapore 068808

Dear Mr Rodgers

**Fuchuen Dihai Shipping Co Ltd (the "Company")**

You have requested that we provide you with information regarding the status of the Company. In order to provide the information we undertook searches at the Registry of Corporate Affairs on 13 June 2007 and the results of our searches, relating specifically to the questions raised are as follows:

1. Our enquiries at the Registry of Corporate Affairs and the records available at the Registry of Corporate Affairs indicate that the Company was incorporated as an International Business Company on 25 March 2003.

2. The Registered Agent is Trident Trust Company (BVI) Limited of Trident Chambers, P O Box 146, Road Town, Tortola, British Virgin Islands.

We have assumed for the purposes of this letter, the accuracy and genuiness of all records and documents reviewed by us at the Registry of Corporate Affairs. The information contained in this letter is valid as at the date of our search on 13 June 2007.

Yours sincerely

Duncan Smith

Ogier
Qwomar Complex
4th Floor
PO Box 3170
Road Town, Tortola
British Virgin Islands
VG1110

Tel +1 (284) 494 0525
Fax +1 (284) 494 0883

www.ogier.com

A list of Partners may be
inspected on our website

HKG_BTLG-194635-1

British Virgin Islands • Cayman Islands • Guernsey • Hong Kong • Ireland • Jersey • London • Montevideo • New Zealand



TERRITORY OF THE BRITISH VIRGIN ISLANDS
THE INTERNATIONAL BUSINESS COMPANIES ACT
(CAP. 291)

CERTIFICATE OF INCORPORATION
(SECTIONS 14 AND 15)

No. 538944

The Registrar of Companies of the British Virgin Islands HEREBY CERTIFIES pursuant to the International Business Companies Act, Cap. 291 that all the requirements of the Act in respect of incorporation having been satisfied,

Fuchuen Dihai Shipping Co. Ltd.

is incorporated in the British Virgin Islands as an International Business Company this 25th day of March, 2003.

Given under my hand and seal at Road Town, in the Territory of the British Virgin Islands

REGISTRAR OF COMPANIES

CRTI001L