United States District Court

Southern District of New York

_____ X

Transfield ER Cape Limited                07 CV 4528 (MGC)

                Plaintiff,                ECF CASE

-against-

Fuchuen Dihai Shipping Co

Ltd and Zhejiang Fuchuen Co

Ltd,

              Defendants.

_____ X

**Declarations of Lawrence Yeung in support of**

**Defendants' motions to vacate maritime attachment**

Lawrence Yeung declares under the penalty of perjury of the laws of the United States of America as follows:

1. I am the Deputy General Manager of Fuchuen Dihai Shipping Co Ltd of Tortilla Road, British Virgin Islands (hereafter "FDBVI") and I make this declaration based on my own personal knowledge. I shall refer to various exhibits in this declaration which I have taken from my files. As their person responsible for the negotiations on this fixture with Transfield ER Cape Limited (hereafter "Transfield") I have detailed knowledge of the fixture.

2. I am 52 years of age and born and resident in Hong Kong. I have a reasonable command of English both written and spoken although my first language is Cantonese.

3. I have over 17 years of chartering experience of both bulk cargo and tankers, having started my career with Cosco Hong Kong Chartering Department.

4. I joined FDBVI on 1st April 2003 and work as the Deputy General Manager reporting to the General Manager Xu Yongtao. I physically work within the offices of Zhejiang Fhuchuen Co Ltd (hereafter "ZF") together with five other colleagues working for FDBVI although we initially only started with three people.

1

5. We are an independent company and although we physically utilize a very small part of ZF' substantial office space (under 5%) we all have our own private email addresses and telephone numbers which are not shared by anybody outside our company.

6. I am aware of an allegation that we are somehow controlled or dominated by ZF but this is incorrect. Although we have business together and we use a tiny part of their spare office space because of the very high office rent in Hong Kong, as I will demonstrate below, we make a good profit from ZF and deal with them in the same way as our other customers. Furthermore, we have separate managers, directors and staff and cannot access their computer network. We have our own bank accounts and they do not participate in our management decisions. With regard to Transfield, I have known them for several years from when I used to work in Cosco Hong Kong and in particular Mr Frances Young and Mr Newmen Lock with whom I negotiated the Alina Charter Party.

7. Just before I joined FDBVI in April 2003, I was asked to help them in a potential fixture with Transfield. Although I did not receive any payment, I was happy to help my new employer as they were a new company themselves and I knew Transfield.

8. Transfield were proposing a ship called Tian Tong Feng and after some negotiations with Mr Young of Transfield, completed the fixture on 28 March 2003 between Transfield Shipping Inc. and FDBVI. At that stage, I cannot definitely confirm that I told Mr Young that my new company was a BVI company but it was certainly not a Hong Kong registered company because the Hong Kong company Fuchuen Dihai Shipping Company Limited (hereafter "FDHK") was only formed sometime in 2004. FDHK is a separate company which although having a very similar name, did not do chartering business and neither myself or my colleagues work for them. In contrast, the market know our company quite well and I show a copy of an email from one of our customers, Swiss Marine, confirming this shown as Exhibit 1A. I also attach as Exhibit 1B and 1C copies of charter parties with them.

9. I recall the Tian Tong Feng fixture quite well because I remember on my second day, I sent out a letter regarding the fixture on the wrong notepaper which belongs to ZF and I was firmly told that we had nothing to do with ZF and even though we were inside their office, I was told that I was working for FDBVI and no one else.

2

10. In any event, I attach a copy of that first charter party signed by both Transfield and FDBVI as Exhibit 2A. I should add that the chop appearing at the bottom of that charter party belongs to FDBVI. However, we deliberately used Chinese characters in our chop so that our business partners would know that we are run by Chinese people. I believe the chop or company seal of FDHK is different and round in shape. Furthermore, Transfiled issued their freight invoice to FDBVI (Exhibit 2B) and the freight was paid from our Hong Kong bank account as indeed are all our freights. Transfield must know this.

11. Although there may have been some scope for Transfiled to initially mistakenly believe that we were a Hong Kong company, it would be very rare for a chartering company to trade as a Hong Kong registered company because it would attract substantial tax when compared with a BVI company which is used quite often. The Plaintiffs themselves are a BVI company who like us operate from Hong Kong but do not trade as a Hong Kong company.

12. I fixed one or two ships a month in the early days but that has increased slowly as we built up our reputation. Most of our business involves back to back charter parties where for instance, our customer will buy a cargo FOB and then sell on a C&F basis, often to a Chinese importer. We will then be asked to find a vessel and fix her at the best rate possible whilst negotiating a higher rate with our own customer. Thus in the case of M.V. Alina, we paid 33.50 USD to Transfield but charged our customer in this case ZF, 35 USD per MT. A copy of the fixture note is shown as Exhibit 3A. Like any other company, we have to make a profit to pay for salaries and other overheads as otherwise we will all be out of a job.

13. Although we have had little dialogue since the previous fixture, I was asked by ZF to find a vessel for a cargo to be carried from UBU Brazil to China. As per usual, I contacted various operators directly including Transfield. They were looking to develop a long term relationship with us. As I said before, I knew their people quite well. They quoted a reasonable rate on the phone and as I knew them better than the other available operators, developed that particular fixture over several telephone conversations with Mr Newmen Lock and Mr Zhang of Transfield. I am confident that I would have told them that we were BVI company and I certainly did not create the impression that we were a Hong Kong company. In shipping, it is quite common to work in one country but be registered in another and few charterers operate as Hong Kong companies.

3

14. The telephone conversations led to their sending a recap email, a copy of which I attach as Exhibit 3B. That recap asked for our full style and domicile and in the unlikely event I had not told them already, would have done so at that stage given their enquiry. Certainly they did not ask the question again and in any event by that time we were fairly well established in what is a fairly small market and known as a BVI company. Had there been any doubt, they could easily have checked.

15. The fixture note itself named our company correctly and it should be noted that we have a different albeit similar name to FDHK. The difference being "Co" and "Ltd". I do not know why FDHK was created with a similar name as I was not involved with it.

16. I made one or two hand written comments on that recap and in particular, 95% of the freight as opposed to 100% would be payable first and the amount of the cargo to be loaded. A copy of my reply email highlighting three corrections is shown as Exhibit 3C.

17. I asked them to re-confirm and I received their reply at 12:58 pm on 27 November 2003 confirming a clean fixture.

18. They asked me for my proforma which I sent short time later. A copy of that proforma showing our full title as Fuchuen Dihai Shipping Co Ltd is shown together with our company chop as Exhibit 3D.

19. I should add that the agreed freight rate with Transfield was higher than the prevailing market rate by about 3 USD per tonne because they were willing to accept the risk of a slow discharge by accepting Customary Quick Despatch terms (CQD). They confirmed at 1633 hours on the same day that the proforma was in order and the subsequent charter party reflected my three changes.

20. This proforma allowed Transfield to nominate a ship.

21. On 10 December 2003, Transfield nominated Alina for the particular fixture and we passed the ships' details to ZF, our customer who would have passed it to their Brazilian shippers who I believe were Samarco. Once ZF accepted the nomination, I was in a position to accept and I sent

4

an email to that effect at 1102 hours on 11 December 2003. a copy of this email is shown as Exhibit 4.

22. This email again stated the name of our company "Fuchuen Dihai Shipping Co Ltd".

23. Transfield subsequently advised that their ship has been delayed due to bad weather and requested us to extend the cancellation date. Although we were under no obligation, we did so with the agreement of our customers. Even then, Transfield missed the new cancellation date by several days. At that time, we would have been entitled to cancel the contract and claim substantial damages. Furthermore, we did not demand any compensation. Copies of their emails of 22 December 2003 and our reply of 23 December 2003 are shown as Exhibit 5. In fact, the ship arrived at the load port on 1 February 2004 which was about 10 days late. Subsequently, we received a freight invoice from Transfield again addressed to *Fuchuen Dihai Shipping Co Ltd* dated 4 February 2004. A copy of that invoice is shown as Exhibit 6.

24. 95% of the freight amounting to USD 5, 584, 237.27 was debited from our account and a copy of our TT is shown as Exhibit 7.

25. The balance of the freight amounting to USD 284,192.56 was paid by our customer ZF directly to Transfield on 18 May 2004. At the time, we have received various calls from them and emails prior to the scheduled payment date of 8 May 2004 for payment and because they were apparently have cash flow problems.

26. I received one original of the Charter Party (possibly two copies) from Transfield, I believe in the post in December 2003. As a matter of routine, I checked this document but it described my company as a Hong Kong company. I tippexed out the words "Hong Kong" and manually typed BVI before having it signed and returning it to Transfield. It has been suggested that I did this for some unexplained reason but I could not accept that we were described as a Hong Kong company when we were not. I simply do not know why only Transfield insisted or referred to us as a Hong Kong company. I am quite confident that Transfield do not have a copy of a charter party with our signature showing us to be a Hong Kong company but suspect they must have their own reasons for saying this. However, they must know we are BVI company and if there is any doubt, I attach my email to the brokers on that fixture saying exactly this which I sent when we fixed our most recent charter party with them after the Alina settlement shown as Exhibit 8.

5

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 23 July 2007 in Hong Kong

Name: Lawrence Yeung

Signature:

6

# Declaration of Lawrence Yeung in Support of Defendants' Motion to Vacate Maritime Attachment

# Exhibit 1A

## Lawrence Yeung

| | |
|---|---|
| 寄件者: | Peter Weemink [peter.weemink@swissmarine.ch] |
| 寄件日期: | Monday, July 23, 2007 17:57 |
| 收件者: | 'Lawrence Yeung' |
| 主旨: | contractual relationship |

**Exhibit 1A**

To Fuchuen Dihai Shipping Co Ltd
Attn: Lawrence Yeung

We wish to confirm that we have had many charterparties with you over many years including m.v. Ioicos Ability charter dated Lausanne 15 April 2003 and m.v. Arabella (or substitute) fixture dated Lausanne 21 June 2006. This is confirmed by your company stamp appearing at the bottom of the charter party (1st pages attached). We do not charter with Fuchuen Dihai Shipping Company Limited which we understand is Hong Kong company.

best regards
Peter Weemink
Managing Director
SwissMarine

23/7/2007

# Declaration of Lawrence Yeung in Support of Defendants' Motion to Vacate Maritime Attachment

# Exhibit 1B

Adopted by
the Documentary Committee of the General
Council of British Shipping, London
and the Documentary Committee of The Japan
Shipping Exchange, Inc., Tokyo

| 1. Shipbroker | RECOMMENDED THE BALTIC AND INTERNATIONAL MARITIME CONFERENCE UNIFORM GENERAL CHARTER (AS REVISED 1922, 1976 and 1994) INCLUDING "F.I.O." ALTERNATIVE, ETC. (To be used for trades for which no specially approved form is in force) CODE NAME: "G E N C O N" Part I |
|---|---|
| Messrs.<br>Ifchor S.A.<br>Place Pépinet 1<br>1003 Lausanne / Switzerland | 2. Place and date<br>Lausanne, 21st June, 2005 |
| 3. Owners/Place of business (Cl. 1)<br><br>Messrs.<br>SwissMarine Services S.A.<br>Carouge - Geneva | 4. Charterers/Place of business (Cl. 1)<br><br>Messrs.<br>Fuchuen Dihai Shipping Co. Ltd. |
| 5. Vessel's name (Cl. 1)<br>"A R A B E L L A " OR SUBSTITUTE - see Clause 36 | 6. GRT/NRT (Cl. 1) |
| 7. Deadweight cargo carrying capacity in tons (abt.) (Cl. 1) | 8. Present position (Cl. 1) |
| 9. Expected ready to load (abt.) (Cl. 1)<br>See Clause 38 - | |
| 10. Loading port or place (Cl. 1)<br>one safe port, one safe berth Huasco, CHILE - | 11. Discharging port or place (Cl. 1)<br>one safe port, one / two safe berth(s) Zhoushan plus one safe port, one / two safe berth(s) Changzhou. |
| 12. Cargo (also state quantity and margin in Owners' option, if agreed; if full and complete cargo not agreed state "part cargo") (Cl. 1)<br><br>72,000 metric tons - 10 % more or less in Owners' option with iron ore in bulk<br>DRI / DRIP to be always excepted.<br>Cargo to be loaded, transported and discharged in accordance with IMO Recommendations<br><br>Owners are to fully satisfy themselves with load and discharge port restrictions | |
| 13. Freight rate (also state if payable on delivered or intaken quantity) (Cl. 4)<br><br>U.S.$ 26,00 per metric ton F.I.O.T. basis 1 - 2 | 14. Freight payment (state currency and method of payment; also beneficiary and bank account) (Cl. 4)<br><br>See Clause 20 - |
| 15. Loading and discharging costs (state alternative (a) or (b) of Cl. 5; also indicate if vessel is gearless)<br><br>F.I.O.T. | 16. Laytime (if separate laytime for load. and disch. is agreed, fill in a) and b). If total laytime for load. and disch., fill in c) only) (Cl. 6) |
| 17. Shippers (state name and address) (Cl. 6)<br><br>To be advised - | a) Laytime for loading<br>See Clause 22 - |
| | b) Laytime for discharging<br>See Clause 23 - |
| | c) Total laytime for loading and discharging<br>See Clauses 22 and 23 - |
| 18. Demurrage rate (loading and discharging) (Cl. 7)<br>See Clause 32 - | 19. Cancelling date (Cl. 10)<br>See Clause 38 - |
| 20. Brokerage commission and to whom payable (Cl. 14)<br>1.25% brokerage commission to Ifchor Capes S.A. Lausanne plus 1.25% brokerage commission to Goodwin, on freight, deadfreight and demurrage ; | |
| 21. Additional clauses covering special provisions, if agreed.<br><br>Additional Clauses No. 30 to No. 55, inclusive as attached to be part of this Charter-Party. | |

It is mutually agreed that this Contract shall be performed subject to the conditions contained in this Charter which shall include Part I as well as Part II. In the event of a conflict of conditions, the provisions of Part I shall prevail over those of Part II to the extent of such conflict.

| Signature (Owners) | Signature (Charterers) |
|---|---|
| AVENUE CARDINAL MERMILLOD<br>1227 CAROUGE<br>GENEVA, SWITZERLAND | For and on behalf of<br>Fuchuen Dihai Shipping Co., Ltd.<br>(富春帝海船务有限公司) |

Computer generated form printed by authority of The Baltic and International Maritime Council (BIMCO), Copenhagen, using software which is the copyright of Strategic Software Ltd.

Printed by BIMCO's idea
and International Maritime
Council (BIMCO), Copenhagen

Exhibit 1B

# Declaration of Lawrence Yeung in Support of Defendants' Motion to Vacate Maritime Attachment

# Exhibit 1C

Adopted by
the Documentary Committee of the General
Council of British Shipping, London,
and the Documentary Committee of the Japan
Shipping Exchange, Inc., Tokyo

**RECOMMENDED**
THE BALTIC AND INTERNATIONAL MARITIME CONFERENCE
UNIFORM GENERAL CHARTER (AS REVISED 1922 and 1976)
INCLUDING "F.I.O." ALTERNATIVE, ETC.
(To be used for trades for which no approved form is in force)
CODE NAME: "G E N C O N"                                    Part I

# ORIGINAL

| | |
|---|---|
| **1. Shipbroker**<br>*Messrs.*<br>*Ifchor S.A.*<br>*Place Pépinet 1*<br>*1003 Lausanne / Switzerland* | **2. Place and date**<br>*Lausanne, 15th April, 2003* |
| **3. Owners/Place of business (Cl. 1)**<br>*Messrs. SwissMarine Services S.A.*<br>*Carouge Geneva* | **4. Charterers/Place of business (Cl. 1)**<br>*Messrs. Fuchuen Dihai Shipping Co. Ltd.*<br><br>Exhibit 1C |
| **5. Vessel's name (Cl. 1)**<br>*M/V " IOLCOS ABILITY " as per Clause 36* | **6. GRT/NRT (Cl. 1)** |
| **7. Deadweight cargo carrying capacity in tons (abt.) (Cl. 1)**<br>*137.074 metric tons* | **6. Present position (Cl. 1)**<br>*Vessel's E.T.A. 20th May 2003 at load port all going well, weather permitting, unforeseen circumstances excepted -* |
| **8. Expected ready to load (abt.) (Cl. 1)**<br>*See Clause 38 -* | |
| **10. Loading port or place (Cl. 1)**<br>*one / two safe berth(s) each 2 safe ports Guayacan plus Huasco, Chile* | **11. Discharging port or place (Cl. 1)**<br>*one / two safe berth(s) one safe port Beilun, People's Republic of China* |
| **12. Cargo (also state quantity and margin in Owners' option, if agreed; if full and complete cargo not agreed state "part cargo") (Cl. 1)**<br>*140,000 metric tons - 10 % more or less in Owners' account - Iron Ore and/or Iron Ore Pellets and/or Iron Ore Concentrates in bulk. Max two grades in Charterers' option. DRI/DRIP to be always excepted. Cargo to be loaded, transported and discharged in accordance with IMO Recommendations. Owners are to fully satisfy themselves with load and discharge port restrictions.* | |
| **13. Freight rate (also state if payable on delivered or intaken quantity) (Cl. 1)**<br>*U.S.$ 16.35 per metric ton basis 2 / 1 -* | **14. Freight payment (state currency and method of payment; also beneficiary and bank account) (Cl. 4)**<br>*See Clause 20 -* |
| **15. Loading and discharging costs (state alternative (a) or (b) of Cl. 5; also indicate if the vessel is gearless) (Cl. 5)**<br>*F.I.O.S.T.* | **16. Laytime (if separate laytime for load. and disch. is agreed, fill in a) and b). If total laytime for load. and disch., fill in c) only) (Cl. 6)**<br>**a) Laytime for loading**<br>*See Clauses 22 -* |
| **17. Shippers (state name and address) (Cl. 6)**<br>*To be advised -* | **b) Laytime for discharging**<br>*See Clause 23 -* |
| | **c) Total laytime for loading and discharging**<br>*See Clauses 22 and 23 -* |
| **18. Demurrage rate (loading and discharging) (Cl. 7)**<br>*See Clause 32 -* | **19. Cancelling date (Cl. 10)**<br>*See Clause 38 -* |
| **20. Brokerage commission and to whom payable (Cl. 14)** | |
| **21. Additional clauses covering special provisions, if agreed.**<br>*Additional Clauses 20 to 54, inclusive as attached to be part of this Charter-Party.* | |

It is mutually agreed that this Contract shall be performed subject to the conditions contained in this Charter which shall include Part I as well as Part II. In the event of a conflict of conditions, the provisions of Part I shall prevail over those of Part II to the extent of such conflict.

| **Signature (Owners)**<br>SWISSMARINE SERVICES S.A.<br>36 AVENUE CARDINAL-MERMILLOD<br>1227 CAROUGE | For and on behalf of<br>**Signature (Charterers)** Fuchuen Dihai Shipping Co., Ltd. |
|---|---|

Copyright, published by The Baltic and International Maritime Council (BIMCO), Copenhagen

Computer generated form printed by authority of The Baltic and International Maritime Council (BIMCO), Copenhagen, using software which is the copyright of Strategic Software Ltd.

# Declaration of Lawrence Yeung in Support of Defendants' Motion to Vacate Maritime Attachment

# Exhibit 2A

| 1. Shipbroker: | UNIFORM GENERAL CHARTER (AS REVISED 1922 and 1976) INCLUDING "F.I.O." ALTERNATIVE, ETC. (To be used for trades for which no approved form is in force) CODE NAME: "GENCON" | Part I |
|---|---|

# 1st Original

**2. Place and date**

28th March, 2003

| 3. Owners/Place of business (Cl. 1) | 4. Charterers/Place of business (Cl. 1) |
|---|---|
| Transfield Shipping Inc. Panama | *Exhibit 2A*  Fuchuen Dihai Shipping Co., Ltd. |

| 5. Vessel's name (Cl. 1) | 6. GRT/NRT (Cl. 1) |
|---|---|
| M.V. "Tian Tong Feng" or substitute | See Clause 18 |

| 7. Deadweight cargo carrying capacity in tons (abt.) (Cl. 1) | 8. Present position (Cl. 1) |
|---|---|
| See Clause 18 | Trading |

**9. Expected ready to load (abt.) (Cl. 1)**

16th April, 2003

| 10. Loading port or place (Cl. 1) | 11. Discharging port or place (Cl. 1) |
|---|---|
| 1 or 2 safe berth(s), 1 safe port, Esperance, Australia | 1 or 2 safe berth(s), 1 safe port, Beilun, P.R. China. |

**12. Cargo (also state quantity and margin in Owners' option, if agreed; if full and complete cargo not agreed state "part cargo") (Cl. 1)**

70,000 metric tons 10% more or less Owners' option Iron Ore in bulk, excluding DRI/DRIP/HBI.

| 13. Freight rate (also state if payable on delivered or intaken quantity) (Cl. 1) | 14. Freight payment (state currency and method of payment; also beneficiary and bank account) (Cl. 4) |
|---|---|
| USD9.70 per metric ton basis 1/1 on Bill of Lading cargo quantity | See Clause 28 |

| 15. Loading and discharging costs (state alternative (a) or (b) of Cl. 5; also indicate if vessel is gearless) | 16. Laytime (if separate laytime for load. and disch. is agreed, fill in a) and b). If total laytime for load. and disch., fill in c) only) (Cl. 6) |
|---|---|
| Free in out and spout trimmed | a) Laytime for loading  See Clause 20 & 21 |

| 17. Shippers (state name and address) (Cl. 6) | b) Laytime for discharging  See Clause 22 |
|---|---|
| | c) Total laytime for loading and discharging |

| 18. Demurrage rate (loading and discharging) (Cl. 7) | 19. Cancelling date (Cl. 10) |
|---|---|
| See Clause 20 | 26th April, 2003 |

**20. Brokerage commission and to whom payable (Cl. 14)**

3.75 percent address commission

**21. Additional clauses covering special provisions, if agreed**

Additional Clauses 18-38 inclusive as attached are to be incorporated in this Charter Party.

It is mutually agreed that this Contract shall be performed subject to the conditions contained in this Charter which shall include Part I as well as Part II. In the event of a conflict of conditions, the provisions of Part I shall prevail over those of Part II to the extent of such conflict.

| Signature (Owners) | Signature (Charterers)  For and on behalf of  Fuchuen Dihai Shipping Co., Ltd. |
|---|---|
| TRANSFIELD SHIPPING INC. | |

Printed and sold by Witherby & Company Limited, 32/36 Aylesbury Street, London EC1R 0ET.  Tel. No. 071 251 6241  Fax No. 071 251 1296
by authority of The Baltic and International Maritime Council, (BIMCO) Copenhagen.

Adopted by the Documentary Committee of the General Council of British Shipping, London and the Documentary Committee of The Japan Shipping Exchange, Inc., Tokyo

Copyright, published by The Baltic and International Maritime Conference (BIMCO), Copenhagen

# Declaration of Lawrence Yeung in Support of Defendants' Motion to Vacate Maritime Attachment

# Exhibit 2B

# TRANSFIELD SHIPPING INC.

c/o 1738, 17/F., Sun Hung Kai Centre, 30 Harbour Road, Wanchai, Hong Kong
Telephone: (852) 28270889 Facsimile: (852) 28270936



**Transfield**

Messrs: **Fu Chuen Dihai Shipping Co. Ltd.**

35/F, United Center

95, Queensway

Hong Kong

Attn: **Mr. Lawrence Yeung**

*Exhibit 2B*

## **Freight Invoice**

Invoice Date: 9-May-03

Invoice No.: **TSI-124/03**

| Vessel 's Name: | Loading Port: | Completed Loading Date: |
|---|---|---|
| MV "Tian Tong Feng" | Esperance, Australia | 8-May-03 |
| Cargo: | Discharging Port: | Completed Discharging Date: |
| 72,811.000MT bulk Iron Ore | Beilun, China | |

Description:                                                                    **USD**

Being the freight payment of M.V. "Tian Tong Feng"

Cargo Quantity : 72,811.000 Metric Tons
Freight Rate    : USD9.70PMT basis 1/1)

| | |
|---|---|
| 72,811.000MT X USD9.70 | $706,266.70 |
| Less:  3.75% Add Comm | ($26,485.00) |
| :   5% Balance freight | ($35,313.34) |

**95% Freight in Owners Favour :**          **USD   $644,468.36**

(Say United States Dollars Six Hundred Forty Four Thousand Four Hundred Sixty Eight and Cents
Thirty Six Only.)

Remark: payment due date: - 19 May 2003

Please T/T remit same to :

Bank          :     The Hongkong and Shanghai Banking Corp. Ltd.,
                         Sun Hung Kai Centre Branch, Hong Kong
SWIFT CODE :    HSBCHKHHHKH
**In Favour of  :    Transfield Maritime Limited**
USD A/C No. :    **HK499319226  - 0001**

Correspondent Bank :
HSBC Bank USA,  New York
A/C NO. 000-0-4441-5
SWIFT CODE :   MRMDUS33

P0261V3-FM

# Declaration of Lawrence Yeung in Support of Defendants' Motion to Vacate Maritime Attachment

# Exhibit 3A

*≈≈ Fixture Note ≈≈*

Exhibit 3A

*Date: 28th Nov, 2003*

*This fixture of charter is this day mutually confirmed between Zhejiang Fuchuen Co.,
Ltd., as Charterers and Fuchuen Dihai Shipping Co., Ltd. as Owners on the
following terms and conditions:*

(1) *Performing vessel: M.V. Alina, built 1986, Panamanian flag, dead weight
179,802 mts on 18.125m sew, LOA 290m, beam 46m, 9 holds, 9 hatches.*

(2) *Position of vessel: ETA loading port Huasco on/around 24/Jan/2004 AGW, WP.*

(3) *Description and quantity of cargo: 170,000mts 10% moloo of iron ore in bulk.*

(4) *Loading port(s): 1 safe berth, Ubu, Brazil.*

(5) *Discharge port: 1or 2 safe berth(s) Beilun, China.*

(6) *Freight rate: USD35.00 pmt FIOST BSS 1/1. 100% freight to be paid within 7
banking days of completion of loading. Freight deemed earned upon completion
of loading, discountless and non-returnable, whether vessel and/or cargo lost or
not lost.*

(7) *Laycan: Jan 20/Feb 5, 2004*

(8) *Loading rate: C.Q.D..*

(9) *Discharge rate: C.Q.D..*

(10) *Owners agent both ends.*

*Owners:*                                    *Charterers:*

For and on behalf of
Fuchuen Dihai Shipping Co., Ltd.
（ 富 泰 堤 海 船 莉 公 司 ）

......................................
Authorized Signature(s)

For and on behalf of
ZHEJIANG FUCHUEN COMPANY LIMITED
（ 富 春 运 输 有 限 公 司 ）

......................................
Authorized Signature

# Declaration of Lawrence Yeung in Support of Defendants' Motion to Vacate Maritime Attachment

# Exhibit 3B

Lawrence Yeung

| | |
|---|---|
| 寄件者: | Transfield ER Cape Chartering & Marketing [capechtrg@transfield-er.com] |
| 寄件日期: | Thursday, November 27, 2003 10:24 |
| 收件者: | shipping@fuchuen.com |
| 主旨: | UBU/BEILUN JAN 10-25 2004 |

*Exhibit 3B*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Pro : Transfield ER Resources Ltd
    As agents for Transfield ER Cape Ltd/Transfield Shipping Inc
    Tel : (852) 2827-0889; 2511-7388
    Fax : (852) 2587-9551/9952
    Tlx : 87996 EARIC HX
    Cape Chartering <capechtrg@transfield-er.com>
    Cape Operation <capeops@transfield-er.com>
    Please visit our Web-site: www.transfield-er.com
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

f No.: NL27203/1014

LAWRENCE/NEWMEN

PLEASED TO RECAP MAIN-TERM FIXED:

- a/c fuchuen
  please adv full style/domicile
- transfield er cape limited fbn
- 180,000mt/10% moloo iron ore in bulk always excluding dri/drip
  cargo to be loaded/transported and discharged in accordance with
  imo recommendations max 2 grades allowed
- 1sb/1sp point ubu brazil
- 1-2 sb/ 1sp beilun
- laycan jan 10/25  2004
- scale load/12h tt usc atuc
- discharge cqd
- demurrage/despatch super scale at loadport
- freight: us$33.50 pmt 1-1 fiost
  100% frt to be paid within 7 banking days after completion
  loading, sailing loadport, signing/releasing b/l
  marked "frt payable asper cp".
  dem/desp at loadport to be settled together with freight payment
  frt deemed earned upon cargo loaded onboard. discountless and
  non-returnable. cargo and/or vessel lost or/not lost
- port charges at disport to be for owners account no deduction of port disb
- owners agent at both ends     *Chts cgt at loadport.*
- any taxes/dues on frt/val to be for owners account bends
- any taxes/dues/wharfage on cargo for chtrs account bends
- should the original bs/l is not available at disch port,
  owners agree to disch/release cargo against chtrs loi in
  owners pni wording w/o bank endorsemet.
- 3.75% add total
- sbj cp details chtrs executed proforma cp
end

rgds

1

# Declaration of Lawrence Yeung in Support of Defendants' Motion to Vacate Maritime Attachment

# Exhibit 3C

**Lawrence Yeung**

| | |
|---|---|
| 寄件者: | Transfield BR Cape Chartering & Marketing [capechtrg@transfield-er.com] |
| 寄件日期: | Thursday, November 27, 2003 12:58 |
| 收件者: | Lawrence Yeung |
| 主旨: | RE: UBU/BEILUN JAN 10-25 2004 |

Exhibit 3C

lawreace/newmen

thanks your email below which owners pleased to confirm.
we are now fixed with subject charter party details.
please email proforma cp for review.

thanks


""wr:      Newmen Lock


"Lawrence Yeung" <shipping@fuchuen.com> on 2003/11/27 10:53:51 AM

To:    "Transfield ER Cape Chartering & Marketing"
       <capechtrg@transfield-er.com>
cc:
bcc:

Subject:   RE: UBU/BEILUN JAN 10-25 2004
Ref. No:   0311271056


To: Transfield HK
Fm: Fuchuen Dihai Shipping Co Ltd

Newmen/Lawrence

Tks for recap. 3 discrepancies found:

1. cargo size to be: Minimum 170,000mts with 10% more in Owners option of iron ore in bulk (one grade only) 2. 95% freight to be paid wfl 7 banking
days of completion of loading....balance 5% freight payable together with settlement of dem/des, if any within 30 days of completion of discharge.
3.Chanerers agent at loading port, Owners agent at discharge port

Pls reconfirm.

Rgds



----Original Message-----
From: Transfield ER Cape Chartering & Marketing [mailto:capechtrg@transfield-er.com]
Sent: Thursday, November 27, 2003 10:24 AM
To: shipping@fuchuen.com
Subject: UBU/BEILUN JAN 10-25 2004


**************************************************************************
*****

1

# Declaration of Lawrence Yeung in Support of Defendants' Motion to Vacate Maritime Attachment

## Exhibit 3D

**Lawrence Yeung**

寄件者: Lawrence Yeung [shipping@fuchuen.com]
寄件日期: Thursday, November 27, 2003 14:14
收件者: 'capechtrg@transfield-cr.com'
主旨: Transfield tbn/fuchuen dihai

Exhibit 3D

TO: TRANSFIELD HK
FM: FUCHUEN DIHAI SHIPPING CO LTD
27/ NOV/03

NEWMEN/LAWRENCE

RE: TRANSFIELD TBN/FUCHUEN DIHAI  UBU/BEILUN IRON ORE

ATTACHED PLS FIND CHRS PROFORMA C/P FOR YOUR PERUSAL. PLS ADVISE YOUR COMMENT, IF ANY.

TKS + RGDS

27/11/2003

# Declaration of Lawrence Yeung in Support of Defendants' Motion to Vacate Maritime Attachment

# Exhibit 4

## Lawrence Yeung

| | |
|---|---|
| 寄件者: | Lawrence Yeung [shipping@fuchuen.com] |
| 寄件日期: | Thursday, December 11, 2003 11:02 |
| 收件者: | 'capechtrg@transfield-er.com' |
| 主旨: | FW: Hangzhou, Vessel Nomination |

To: Transfield ER Resources Ltd
Fm: Fuchuen Dihai Shipping Co Ltd

Exhibit 4

Nicholas/Lawrence

Re: Transfield tbn/fuchen dihai cp dd 28.11.03 - nomination of performing vsl

Tks Owners nomination which we are pleased to confirm acceptance as follows:

Vessel : MV Alina
Layday : 10-25 Jan 2004
ETA Ubu : 17/18 Jan 2004 AGW WP
Cargo : 170,000 MT +/- 10% of PBF/HB (Basicity : 1.0)
Estimate Intake : About 176000 MT

..indly update vsl's istinerary with fresh eta UBU from time to time with thanks.

Rgds
Lawrence Yeung  Tel:(852)34051775   Fax:34051777  Mob:97512136

1

# Declaration of Lawrence Yeung in Support of Defendants' Motion to Vacate Maritime Attachment

## Exhibit 5

## Lawrence Yeung

| | |
|---|---|
| 寄件者: | Lawrence Yeung [shipping@fuchuen.com] |
| 寄件日期: | Tuesday, December 23, 2003 9:42 |
| 收件者: | Transfield ER Cape Chartering & Marketing' |
| 主旨: | RE: FW: Hangzhou, Vessel Nomination |

To: Transfield Hkg
Fm: Fuchuen Dihai Shipping Co Ltd

Nicholas/Lawrence

Re: Transfield TBN/Fuchuen Dihai cp dd 28.11.03

Tks for your email Ref No.: NZ22203-1736.

Chrs hereby confirm that LAYCAN can be extended to Jan 20/Feb 5 2004 as requested.

Pls update vsl's itinerary for our guidance.

rgds

*Exhibit 5*

----Original Message----
From: Transfield ER Cape Chartering & Marketing [mailto:capechtrg@transfield-er.com]
Sent: Monday, December 22, 2003 5:40 PM
To: Lawrence Yeung
Subject: Re: FW: Hangzhou, Vessel Nomination

```
****************************************************************
Fm:  Transfield ER Resources Ltd
     As agents for Transfield ER Cape Ltd/Transfield Shipping Inc
     Tel : (852) 2827-0889; 2511-7388
     Fax : (852) 2587-9551/9952
     Tlx : 87996 EARIC HX
     Cape Chartering <capechtrg@transfield-er.com>
     Cape Operation <capeops@transfield-er.com>
     Please visit our Web-site: www.transfield-er.com
****************************************************************
```

Ref No.: NZ22203-1736

TO: FUCHUEN DIHAI
ATTN: MR. LAWRENCE YEUNG
FM: TRANSFIELD HKG

RE: MV'ALINA'/FUCHUEN DIHAI

LAWRENCE/NICHOLAS

KINDLY PLS NOTE AS PER AGENT IN VSL'S LAST DISCHARGING PORT THAT CONGESTION IN ROTTERDAM WILL NOT BE
IMPROVED IN THE EARLY/MID JAN. IN VIEW OF POSSIBLE FURTHER DELAY AT DISCHARGING PORT ROTTERDAM, OWNERS
HERE ASK FOR CHTRS KIND CONSENT FOR EXTENDING LAYCAN TO 20JAN-5FEB,2003.

PLS ADVISE

TKS/B.RGDS,

## Lawrence Yeung

| | |
|---|---|
| 寄件者: | Transfield ER Cape Chartering & Marketing [capechtrg@transfield-er.com] |
| 寄件日期: | Monday, December 22, 2003 17:40 |
| 收件者: | Lawrence Yeung |
| 主旨: | Re: FW: Hangzhou, Vessel Nomination |

```
********************************************************************
```
Fm:  Transfield ER Resources Ltd
    As agents for Transfield ER Cape Ltd/Transfield Shipping Inc
    Tel : (852) 2827-0889; 2511-7388
    Fax : (852) 2587-9551/9952
    Tlx : 87996 EARIC HX
    Cape Chartering <capechtrg@transfield-er.com>
    Cape Operation <capeops@transfield-er.com>
    Please visit our Web-site: www.transfield-er.com
```
********************************************************************
```

Exhibit 5

Ref No.: NZ22203-1736


TO: FUCHUEN DIHAI
ATTN: MR. LAWRENCE YEUNG
FM: TRANSFIELD HKG

RE: MV'ALINA'/FUCHUEN DIHAI

LAWRENCE/NICHOLAS

KINDLY PLS NOTE AS PER AGENT IN VSL'S LAST DISCHARGING PORT THAT CONGESTION IN ROTTERDAM WILL NOT BE IMPROVED IN THE EARLY/MID JAN. IN VIEW OF POSSIBLE FURTHER DELAY AT DISCHARGING PORT ROTTERDAM, OWNERS HERE ASK FOR CHTRS KIND CONSENT FOR EXTENDING LAYCAN TO 20JAN-5FEB,2003.

PLS ADVISE                         *10-25 Jan*

TKS/B.RGDS,


<FONT size=2>PCCW IMS Virus Control Center, powered by Trend Micro, scans all your attachment for known viruses. Click to learn more about
<A HREF="http://www.biz.netvigator.com">our Secure Broadband Services</A> and <A
.REF="http://www.biz.netvigator.com/terms/terms_of_use.htm">terms of use.</A></FONT> <IMG
SRC="http://www.biz.netvigator.com/images/logo5.jpg">

# Declaration of Lawrence Yeung in Support of Defendants' Motion to Vacate Maritime Attachment

# Exhibit 6



**TRANSFIELD ER GROUP**
國運東富

# Transfield ER Cape Ltd.

c/o Rm 1738 Sun Hung Kai Centre,
30 Harbour Rd, Wanchai, Hong Kong.
Tel: (852) 2827 0889 Fax: (852) 2827 0936
Email: ops@transfield-er.com

Messrs: **Fu Chuen Dihai Shipping Co. Ltd.**

_Exhibit 6_

## Freight Invoice

Invoice Date: __4-Feb-04__
Invoice No.: __TER-135/03__

Atto:

| Vessel 's Name: | Loading Port: | Completed Loading Date: |
|---|---|---|
| MV "Alina" | Point UBU, Brazil | 4-Feb-04 |
| **Cargo:** | **Discharging Port:** | **Completed Discharging Date:** |
| 175,467.000MT bulk Iron Ore | Beilun, China | |

Description: | **USD**

Being the freigh payment of M.V. "Alina"

Cargo Quantity : 175,467.000 Metric Tons
Freight Rate  : USD33.50PMT fiost bss 1/1

| | |
|---|---|
| 175,467.000MT X USD33.50 | $5,878,144.50 |
| Less :   5% Balance freight | ($293,907.23) |

**95% Freight in Owners Favour :** | **USD   $5,584,237.27**

(Say United States Dollars Five Million Five Hundred Eighty Four Thousand Two Hundred Thirty Seven And
Cents Twenty Seven Only.)

Please T/T remit same to :

Bank          :     The Hongkong and Shanghai Banking Corp. Ltd.,
                         Sun Hung Kai Centre Branch, Hong Kong
SWIFT CODE :    HSBCHKHHHKH
In Favour of  :    **Transfield ER Cape Limited**
USD A/C No. :    __HK499397255  - 0001__

Correspondent Bank :
HSBC Bank USA, New York
A/C NO. 000-0-4441-5
SWIFT CODE :   MRMDUS33

# Declaration of Lawrence Yeung in Support of Defendants' Motion to Vacate Maritime Attachment

# Exhibit 7

CONRAD HK BUSINESS CENTER                +852 2521 3888    P.19/20

客户留底
CUSTOMER COPY
(此通知書所列匯款以收款銀行收妥之通知作實)
(The Remittance set out in this advice is subject to the ACTUAL RECEIPT and ADVICE of the Beneficiary's Banker)

*Exhibit 7* (handwritten)

| 客戶指示 (請以英文正楷填寫)<br>CUSTOMER'S INSTRUCTIONS (PLS. COMPLETE IN BLOCK LETTERS) | 日期<br>DATE : ~9 FEB 2004 |
|---|---|

| 指定收款銀行的代理行名稱【如有的話】【只供申請美元CHATS匯款填寫】<br>DESIGNATED INTERMEDIARY OF THE RECEIVING BANK [If any] [USD Chats remittance application only] | 代理行銀行編號<br>BANK CODE : |
|---|---|

| 收款銀行名稱<br>NAME OF RECEIVING BANK :  HSBC  SUN HUNG KAI CENTRE BRANCH, HONG KONG. | 收款銀行編號<br>BANK CODE : 004 |
|---|---|

| 收款人姓名<br>NAME OF BENEFICIARY :  TRANSFIELD ER CAPE LTD | 收款人賬號/AID 號<br>A/C NO. /AID OF BENEFICIARY :<br>HK499397255 - 0001 |
|---|---|
| | 金額 AMOUNT<br>USD5,584,237.27 |

註言(如有) PAYMENT DETAILS (IF ANY) :
(140 個字符/140 CHARACTERS)

申請人/申請公司之名稱
NAME OF APPLICANT(S) : FUCHUEN DIHAI SHIPPING CO LTD

付款方式 / PAYMENT METHOD :

☒ 請扣本人(等) 賬戶 _____ /PLEASE DEBIT MY/OUR ACCOUNT NO. 01288492089533

☐ (如屬多種外幣存款賬戶，請指示所扣除的貨幣 For Multi-Currency A/C, please indicate the currency to be debited)

☐ 請從上述款項中扣除貨行手續費/FOR BANK HANDLING CHARGES PLEASE DEDUCT FROM THE ABOVE AMOUNT

☐ 請在 _____ 賬戶中扣除貨行手續費/FOR BANK HANDLING CHARGES PLEASE DEBIT FROM ACCOUNT

☐ 其他 OTHERS _____

此欄由銀行填寫 FOR BANK USE ONLY

```
CHATS REF.      : 0000006887C
CCY/AMT         : USD5,584,237.27
BY ORDER A/C    : 012-884-9-208953-3
A/C NAME : FUCHUEN DIHAI SHIPPING CO LTD
BANK CHARGES    : USD20.00(TRF)
WITHDRAW AMOUNT : USD5,584,257.27

A00000068879 11:54:17 2004/02/09 27108A 023 41219 09610
```

銀行手續費 BANK HANDLING
CHARGES :

備註 REMARKS :

此留紙必需有本行認可，即為有效，毋需本行簽署
THIS COPY IS VALID ONLY WITH BANK VALIDATION,
NO SIGNATURE REQUIRED.

DKD-182 (2001-10 12000x50) C

# Declaration of Lawrence Yeung in Support of Defendants' Motion to Vacate Maritime Attachment

# Exhibit 8

Lawrence Yeung

寄件者:            Goodwin [gowin@hkstar.com]
寄件日期:          Monday, July 23, 2007 14:53
收件者:            Lawrence Yeung
主旨:             Re: Lowlands Sumida - Fuchuen - 05.10.06


LAWRENCE / KWONG

RESEND                                            Exhibit 8

QTE


----- Original Message -----
From: "Lawrence Yeung" <shipping@fuchuen.com>
To: "GOWIN" <gowin@hkstar.com>
Sent: Thursday, October 26, 2006 10:07 AM
Subject: RE: Lowlands Sumida - Fuchuen - 05.10.06


> Kwong / Lawrence
>
> Working c/p checked and is found ok except the front page and the side
> letter where the registration place of charterer is B.V.I. instead of
> Hong Kong.
>
> Please amend it accordingly.
>
> Rgds
>
> -----Original Message-----
> From: GOWIN [mailto:gowin@hkstar.com]
> Sent: Thursday, October 26, 2006 12:19 AM
> To: FUCHUEN DIHAI SHIPPING CO LTD
> Subject: Lowlands Sumida - Fuchuen - 05.10.06
>
>
> LAWRENCE / KWONG
>
>
>
>
>> Re: M/V Lowlands Sumida - Fuchuen - 05.10.06
>>
>> Please find attached the working copy of the above Charter Party,
> which we
>> trust have been drawn up in accordance with the recap.
>>
>> Please confirm by return your agreement with same, in order to enable
> us
>> to draw up the original Charter Party, and submit same for signature.
>>
>> Best Regards
>
>
> <FONT size=2>PCCW IMS Virus Control Center, powered by Trend Micro,
> scans all your attachment for known viruses. </A></FONT><table>
>
>
>

1

TOTAL P.20