UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
TRANSFIELD ER CAPE LIMITED,

        Plaintiff,

 - against -

FUCHUEN DIHAI SHIPPING CO. LTD. and ZHEJIANG
FUCHUEN CO. LTD.,

        Defendants.
---------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/21/07

07 CV 04528 (MGC)

ECF CASE

### STIPULATION OF DISMISSAL AND RELEASE OF ATTACHED FUNDS

WHEREAS, the London arbitrator hearing the dispute between Plaintiff and Defendant, Fuchuen Dihai Shipping Co. Ltd. of BVI and/or Fuchuen Dihai Shipping Company Limited of Hong Kong has ruled against the Plaintiff and in favor of the Defendants; and

WHEREAS, the Plaintiff has determined not to apply for re-hearing or appeal the London arbitrator's award; and

WHEREAS, the Plaintiff has agreed to the release of all funds attached in this action in the hands of various garnishee banks within the District pursuant to the Court's May 30, 2007 Ex Parte Order for issuance of Process of Maritime Attachment and Garnishment; and

WHEREAS, the parties' have further agreed that upon release and distribution of the attached funds by the garnishees to the parties this action should be dismissed, with prejudice, each party bearing its own costs;

1

WHEREFORE IT IS STIPULATED AND AGREED that the May 30, 2007 Ex Parte Order is vacated; and

IT IS FURTHER STIPULATED AND AGREED that the funds held by the various garnishees shall be immediately released and distributed in accordance with written instructions to be provided by counsel for the Defendants to the garnishees; and

IT IS FURTHER STIPULATED AND AGREED that upon disbursement of the attached funds by the garnishees and confirmation of receipt of the funds by the parties this action shall be dismissed with prejudice and without costs to any party, each bearing its own costs.

                                  The Plaintiff,
                                  TRANSFIELD ER CAPE LTD.

By: _____
Patrick F. Lennon (PL 2162)
LENNON, MURPHY & LENNON, LLC
The GrayBar Building
420 Lexington Ave., Suite 300
New York, NY 10170
(212) 490-6050 – phone
(212) 490-6070 – fax
pfl@lenmur.com

- and -

The Defendant,
FUCHUEN DIHAI SHIPPING CO. LTD. of BVI
and Fuchuen Dihai Shipping Company Limited of Hong Kong

By: _____
Rahul Wanchoo, Esq. (RW - 8725)
Law Offices of Rahul Wanchoo
The Empire State Building
350 Fifth Ave., Suite 3304
New York, NY 10118

2

(201) 882-0303
rwanchoo@wanchoolaw.com

- and -

The Defendant,
ZHEJIANG FUCHUEN CO. LTD.

By: _____
Owen F. Duffy, Esq. (OD - 3144)
Chalos, O'Connor & Duffy
366 Main Street
Port Washington, NY, NY 11050
(516) 767-3600
ofd@codus-law.com

SO ORDERED.

_____
U.S.D.J.

November 20, 2007

3